# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AZZUR GROUP HOLDINGS LLC, *et al.*,[1] | Case No. 25-10342 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF ENTRY OF INTERIM ORDERS AND SECOND DAY HEARING[2]

**PLEASE TAKE NOTICE** that Azzur Group Holdings LLC and its affiliated debtors (collectively, the "Debtors") filed voluntary petitions for relief on March 2, 2025 (the "Petition Date") under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Court").

## FIRST DAY MOTIONS

**PLEASE TAKE FURTHER NOTICE** that, on the Petition Date, the Debtors filed the following first day motions (collectively, the "First Day Motions"):

1. *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Operate Their Cash Management System, (B) Honor Prepetition Obligations Related Thereto, and (C) Perform Intercompany Transactions, (II) Waiving Strict Application of Section 345(b) of the Bankruptcy Code and the U.S. Trustee Guidelines to the Extent Necessary, and (III) Granting Related Relief* [D.I. 5; Interim Order D.I. 59];

2. *Motion of the Debtors for Entry of Interim and Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service, (III) Approving the Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (IV) Establishing Procedures for Resolving Objections by Utility Companies, and (V) Granting Related Relief* [D.I. 6; Interim Order D.I. 67];

3. *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance Coverage Entered into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify or Purchase*

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Azzur. The Debtors' headquarters and the mailing address for the Debtors is 330 South Warminster Road, Suite 341, Hatboro, PA 19040.

[2] Copies of all petitions, motions and pleadings identified in this notice may be obtained through the website of the Debtors' claims agent at https://cases.stretto.com/Azzur.

*Insurance Coverage, (II) Authorizing Banks to Honor Related Checks and Transfers, and (III) Granting Related Relief* [D.I. 7; Interim Order D.I. 60];

4. *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief* [D.I. 8; Interim Order D.I. 70];

5. *Motion of the Debtors for Interim and Final Orders (I) (A) Authorizing the Debtors to Pay Certain Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief* [D.I. 9; Interim Order D.I. 66]; and

6. *Motion of Debtors and Debtors in Possession for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing, (B) Grant Liens and Superpriority Claims, and (C) Grant Adequate Protection, (II) Modify the Automatic Stay, (III) Schedule a Final Hearing and (IV) Related Relief* [D.I. 11; Interim Order D.I. 63].

**PLEASE TAKE FURTHER NOTICE** that the First Day Motions were presented to the Court at a hearing held on March 4, 2025, at 9:30 a.m. (prevailing Eastern Time) (the "First Day Hearing"). Following the First Day Hearing, the Court entered orders approving each of the above-referenced First Day Motions on an interim basis (collectively, the "Interim Orders"), copies of which will be served on you with this notice.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider final approval of the First Day Motions is scheduled for **March 24, 2025, at 9:30 a.m. (prevailing Eastern Time)** (the "Second Day Hearing") before the Honorable Karen B. Owens, United States Bankruptcy Judge, at the Court, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to any First Day Motion must be (i) made in writing and (ii) filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served so as to be **received on or before 4:00 p.m. (prevailing Eastern Time) on March 17, 2025**. Service of any objection or response to any First Day Motion is to be made to: (a) proposed counsel for the Debtors, DLA Piper LLP (US), (a) proposed counsel for the Debtors, DLA Piper LLP (US), (i) 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801 (Attn.: Stuart M. Brown [stuart.brown@us.dlapiper.com]) and (ii) 444 West Lake Street, Suite 900, Chicago, Illinois 60606 (Attn.: W. Benjamin Winger [benjamin.winger@us.dlapiper.com]); (b) the Office of the United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King St., Lockbox 35, Wilmington, Delaware 19801 (Attn.: Jonathan Lipshie [jon.lipshie@usdoj.gov]); (c) counsel to the DIP Lender and Pre-Petition Lender, (i) Richards, Layton & Finger, PA, 920 North King Street, Wilmington, Delaware 19801 (Attn.: John H. Knight [knight@rlf.com]) and (ii) Otterbourg P.C., 230 Park Avenue, New York, New York 10169 (Attn.: Andrew M. Kramer [akramer@otterbourg.com] and James V. Drew [jdrew@otterbourg.com]); and (d) counsel to any official committee appointed in these chapter 11 cases.

**SECOND DAY MOTIONS**

**PLEASE TAKE FURTHER NOTICE** that on the Petition Date and March 3, 2025, respectively, the Debtors also filed the following motions (collectively, the "Second Day Motions," and together with the First Day Motions, the "Motions"):

1. *Motion of the Debtors for Entry of an Order (I) Extending the Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs and (II) Granting Related Relief* [D.I. 10] (the "Extension Motion"); and

2. *Motion of the Debtors for Entry of an Order (I) (A) Approving Bidding Procedures for the Potential Sale of the Debtors' Assets, (B) Scheduling Certain Dates with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter Into the Consulting Stalking Horse APA and Related Bid Protections, (E) Approving Procedures for Assumption and Assignment, and (F) Granting Related Relief and (II) (A) Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief* [D.I. 13] (the "Bidding Procedures, Bidder Protections and Sale Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider final approval of the Extension Motion is scheduled for **March 24, 2025, at 9:30 a.m. (prevailing Eastern Time)** before the Honorable Karen B. Owens, United States Bankruptcy Judge, at the Court, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Extension Motion must be (i) made in writing and (ii) filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served so as to be **received on or before 4:00 p.m. (prevailing Eastern Time) on March 17, 2025**. Service of any objection or response to the Extension Motion is to be made to: (a) proposed counsel for the Debtors, DLA Piper LLP (US), (a) proposed counsel for the Debtors, DLA Piper LLP (US), (i) 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801 (Attn.: Stuart M. Brown [stuart.brown@us.dlapiper.com]) and (ii) 444 West Lake Street, Suite 900, Chicago, Illinois 60606 (Attn.: W. Benjamin Winger [benjamin.winger@us.dlapiper.com]); (b) the Office of the United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King St., Lockbox 35, Wilmington, Delaware 19801 (Attn.: Jonathan Lipshie [jon.lipshie@usdoj.gov]); (c) counsel to the DIP Lender and Pre-Petition Lender, (i) Richards, Layton & Finger, PA, 920 North King Street, Wilmington, Delaware 19801 (Attn.: John H. Knight [knight@rlf.com]) and (ii) Otterbourg P.C., 230 Park Avenue, New York, New York 10169 (Attn.: Andrew M. Kramer [akramer@otterbourg.com] and James V. Drew [jdrew@otterbourg.com]); and (d) counsel to any official committee appointed in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Bidding Procedures, Bidder Protections and Sale Motion, **solely as it pertains to the entry of the Bidding Procedures Order**, which includes, among other things, approval of the proposed Bid Procedures, Bid Protections, Assumption and Assignment Procedures, all forms of notices and notice

procedures and related deadlines is scheduled for **March 24, 2025, at 9:30 a.m. (prevailing Eastern Time)** before the Honorable Karen B. Owens, United States Bankruptcy Judge, at the Court, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Bidding Procedures, Bidder Protections and Sale Motion, as it relates to the entry of the proposed Bidding Procedures Order, [3] must be (i) made in writing and (ii) filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served so as to be **received on or before 4:00 p.m. (prevailing Eastern Time) on March 17, 2025**. Service of any objection or response to the Bidding Procedures, Bidder Protections and Sale Motion is to be made to: (a) proposed counsel for the Debtors, DLA Piper LLP (US), (a) proposed counsel for the Debtors, DLA Piper LLP (US), (i) 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801 (Attn.: Stuart M. Brown [stuart.brown@us.dlapiper.com]) and (ii) 444 West Lake Street, Suite 900, Chicago, Illinois 60606 (Attn.: W. Benjamin Winger [benjamin.winger@us.dlapiper.com] and Katherine Allison [katie.allison@us.dlapiper.com]); (b) proposed financial advisor to the Debtors, Ankura Consulting Group, LLC, 485 Lexington Avenue, 10th Floor, New York, New York, 10017 (Attn.: M. Benjamin Jones, Chief Restructuring Officer of the Debtors [ben.jones@ankura.com]); (c) proposed investment banker to the Debtors, Brown Gibbons Lang & Co. Securities, One Magnificent Mile, 980 North Michigan Avenue, Suite 1800, Chicago, Illinois 60611 (Attn.: Kyle Brown [kbrown@bflco.com] and T. Michael Madden [mmadden@bglco.com]); (d) counsel to the DIP Lender and Pre-Petition Lender, (i) Richards, Layton & Finger, PA, 920 North King Street, Wilmington, Delaware 19801 (Attn.: John H. Knight [knight@rlf.com]) and (ii) Otterbourg P.C., 230 Park Avenue, New York, New York 10169 (Attn.: Andrew M. Kramer [akramer@otterbourg.com] and James V. Drew [jdrew@otterbourg.com]); (e) counsel to the Stalking Horse Bidder, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York 10036-8704 (Attn.: Cristine Schwarzman [Cristine.schwarzman@ropesgray.com] and Patricia Chen [patricia.chen@ropesgray.com]); (f) the Office of the United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King St., Lockbox 35, Wilmington, Delaware 19801 (Attn.: Jonathan Lipshie [jon.lipshie@usdoj.gov]); and (g) counsel to any official committee appointed in these chapter 11 cases (the "Sale Notice Parties").

**PLEASE TAKE FURTHER NOTICE** that, **as provided in the** *Notice of Proposed Sale Pursuant to Stalking Horse APA and Related Deadlines* **[D.I. 41] (the "Stalking Horse Sale Objection Deadline Notice")**, the Debtors are requesting the Court establish **March 24, 2025 at 4:00 p.m. (prevailing Eastern Time)** (the "Stalking Horse Sale Objection Deadline") as the deadline to file all objections related to the approval of the Stalking Horse APA, and the transactions contemplated therein, and the Sale of the Consulting Business free and clear of liens, claims, encumbrances, and other interests (except as set forth in the Stalking Horse APA) to the Stalking Horse Bidder. **As further provided in the Stalking Horse Sale Objection Deadline Notice**, any objections or responses to the foregoing must be (i) in writing, (ii) state the basis of such objection with specificity, (iii) be filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and (iv) served on the Sale Notice Parties such that it is actually filed and served on or before the Stalking Horse Sale Objection Deadline.

---

[3] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed in the related Motion.

**PLEASE TAKE FURTHER NOTICE** that, **as set forth in the** *Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* **[D.I. 42] (the "<u>Assumption and Assignment Notice</u>")** the Debtors are requesting the Court establish **March 24, 2025 at 4:00 p.m. (prevailing Eastern Time)** (the "<u>Assigned Contract Objection Deadline</u>") as the deadline to file all obejctions related to the validity of the Cure Amount (as defined in the Assumption and Assignment Notice) as determined by the Debtors, or otherwise assert any other amounts, defaults, conditions or pecuniary losses must by cured or satisfied under any of the Potentially Assigned agreements (as defined in the Assumption and Assignment Notice), in order for such contract or lease to be assumed and assigned, to objection not the adequate assurance of future performance by the Stalking Horse Bidder, or to otherwise object to the potential assumption and assignment of its Potentially Assigned Agreements to the Stalking Horse Bidder. **As further provided in the Assumption and Assignment Notice**, any objections or responses to the foregoing must be (in writing, (ii) state the basis of such objection with specificity, including the specific monetary amount the party asserts to be due, the specific types of the alleged defaults, pecuniary losses, accrued amounts and conditions to assignment and the support therefor, (iii) be filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served on the (a) proposed counsel for the Debtors, DLA Piper LLP (US), (a) proposed counsel for the Debtors, DLA Piper LLP (US), (i) 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801 (<u>Attn</u>.: Stuart M. Brown [stuart.brown@us.dlapiper.com]) and (ii) 444 West Lake Street, Suite 900, Chicago, Illinois 60606 (<u>Attn</u>.: W. Benjamin Winger [benjamin.winger@us.dlapiper.com] and Katherine Allison [katie.allison@us.dlapiper.com]); (b) [Cristine.schwarzman@ropesgray.com] and Patricia Chen [patricia.chen@ropesgray.com]); (f) the Office of the United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King St., Lockbox 35, Wilmington, Delaware 19801 (<u>Attn</u>.: Jonathan Lipshie [jon.lipshie@usdoj.gov]); (c) counsel to the Stalking Horse Bidder, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York 10036-8704 (<u>Attn</u>.: Cristine Schwarzman [Cristine.schwarzman@ropesgray.com] and Patricia Chen [patricia.chen@ropesgray.com]); and (d) counsel to any official committee appointed in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that if any objection or response is timely filed and served, you or your attorney must attend the Second Day Hearing.

[*Remainder of page intentionally left blank*]

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTION OR RESPONSE TO ANY MOTION IS TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY ENTER THE RELIEF REQUESTED IN SUCH MOTION WITHOUT FURTHER NOTICE.**

Dated: March 5, 2025
      Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

 /s/ *Start M. Brown*
Stuart M. Brown (DE 4050)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2462
Email: stuart.brown@us.dlapiper.com

- and -

W. Benjamin Winger (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: benjamin.winger@us.dlapiper.com

*Proposed Counsel to the Debtors*