UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Azzur Group Holdings LLC, *et al.*, | : | Chapter 11 |
| | : | |
| | : | Case No. 24-10342 (KBO) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtor(s). | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Barker Contracting, Inc.**, Attn: Brian Barker, 2127 E. Speedway Blvd., Suite 101, Tucson, AZ 85717, Phone: 520-323-3831, Fax: 520-323-3834, Email: BBarker@barkerone.com

2. **Southworth-Milton Inc. d/b/a Milton-Cat**, Attn: Jacqueline R. Benard, 30 Industrial Drive, Londonderry, New Hampshire, Email: Jackie.benard@miltoncat.com

3. **Thomas Scientific Inc.,** Attn: Anna Walker, 1654 High Hill Road, Swedesboro, NJ 08085, Phone: 865-590-3046, Email: Anna.Walker@thomassci.com

4. **Shiraz Partners LP**, Attn: Benjamin Weiss, Esq., c/o Badiee Development, 888 Prospect At., Suite 240, La Jolla, CA 92037, Phone: 310-770-8727, Email: bweiss@badieedevelopment.com

5. **DBCI, Inc.,** Attn: Guy Sergi, Esq., 465 Waverly Oaks Road, Suite 500, Waltham, MA 02452, Phone: 781-786-6013, Email: gsergi@duffyproperties.com

6. **Controlled Contamination Services, LLC,** Attn: Catherine McNealy, 14800 Landmark Blvd., Suite 155, Dallas, TX 75254, Phone: 214-220-4804, Email: legal@cleanroomcleaning.com

7. **NESPA, Inc.**, Attn: Daniel Sarno, 208 Broadway, Malden, MA 02148, Phone: 617-322-6372, Email: dsarno@newenglandsecurity.com

                                            ANDREW R. VARA
                                            United States Trustee, Region 3

                                            /s/ *Jonathan Lipshie* for
                                            JOSEPH J. MCMAHON, JR.
                                            ASSISTANT UNITED STATES TRUSTEE

DATED: March 14, 2025

Attorney assigned to this Case: Jonathan Lipshie, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497