**EXHIBIT B**

**Brown Declaration**

| | |
|---|---|
| In re: | Chapter 11 |
| AZZUR GROUP HOLDINGS LLC, *et al.*,[1] | Case No. 25-10342 (KBO) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF STUART M. BROWN

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules") and Rule 2014-1(a) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), I, Stuart M. Brown, declare that the following is true to the best of my knowledge, information and belief:

1.      I am an attorney at law admitted and in good standing to practice in the states of Delaware and New Jersey, and the Commonwealth of Pennsylvania.

2.      I am a partner in the law firm DLA Piper LLP (US) ("DLA Piper" or the "Firm"), located at, among other locations, 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801, and am duly authorized to make this declaration on behalf of DLA Piper (this "Declaration"). I make this Declaration in support of the *Application of the Debtors for Entry of an Order (I) Authorizing the Debtors to Retain and Employ DLA Piper LLP (US) as Counsel, Effective as of the Petition Date and (II) Granting Related Relief* (the "Application").[2] The facts set forth in this Declaration are based upon my personal knowledge, discussions with other DLA Piper attorneys and the Firm's client/matter records that were reviewed by me or other DLA Piper

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Azzur. The Debtors' headquarters and the mailing address for the Debtors is 330 South Warminster Road, Suite 341, Hatboro, PA 19040.

[2] Capitalized terms not otherwise defined herein have the meaning given to them in the Application.

attorneys acting under my supervision and direction. DLA Piper, together with its international affiliates, currently employs approximately 4,500 lawyers worldwide, approximately 1,400 of whom are in the United States. To the extent any information disclosed in this Declaration requires amendment or modification upon DLA Piper's completion of further review or as additional information becomes available, DLA Piper will submit a supplemental declaration to the Court reflecting such amended or modified information.

3.     DLA Piper is well-suited to serve as Debtors' counsel in these chapter 11 cases. DLA Piper, including its international affiliates, is one of the largest law firms in the world, with a national and global practice and has substantial experience in virtually all aspects of the law that may arise in these chapter 11 cases.

4.     DLA Piper's restructuring group provides an array of sophisticated services to assist financially distressed businesses and their creditors in maximizing values and recoveries in a broad range of challenging circumstances. The group comprises more than 300 attorneys around the world. DLA Piper's lawyers have played significant roles in many large and middle market cases as counsel to debtors, including, among many others: *In re UpHealth Holdings, Inc., et al.*, Case No. 23-11476 (LSS) (Bankr. D. Del. Nov. 16, 2023); *In re Vesttoo Ltd., et al.*, Case No. 23-11160 (MFW) (Bankr. D. Del. Sept. 21, 2023); *In re AeroFarms, Inc., et al.*, Case No. 23-10737 (MFW) (Bankr. D. Del. July 29, 2023); *In re Fast Radius, Inc., et al.*, Case No. 22-11051 (JKS) (Bankr. D. Del. Dec. 13, 2022); *EYP Group Holdings, Inc.,* Case No. 22-10367 (MFW) (Bankr. D. Del. April 24, 2022), *Pennsylvania Real Estate Investment Trust,* Case No. 20-12737 (KBO) (Bankr. D. Del. November 1, 2021), *Valeritas Holdings, Inc.,* Case No. 20-10290 (LSS) (Bankr. D. Del. February 9, 2020), *Comcar Industries, Inc.*, Case No. 20-11120 (JTD) (Bankr. D. Del. May 17, 2020), *LK Bennett U.S.A, Inc.*, Case No. 19-10760 (JTD) (Bankr. D. Del.

April 3, 2019), *Celadon Group, Inc.*, Case No. 19-12606 (KBO) (Bankr. D. Del. Dec. 8, 2019), *Promise Healthcare Group, LLC*, Case No. 18-12491 (CSS) (Bankr. D. Del. Nov. 5, 2018).

## DLA PIPER'S DISCLOSURE PROCEDURES

5.     DLA Piper has a large and diversified legal practice representing many financial institutions and commercial enterprises.  In preparing this Declaration, I used a set of procedures (the "Firm Disclosure Procedures") developed by DLA Piper to ensure compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules regarding the retention of professionals.  Pursuant to the Firm Disclosure Procedures, I caused to be performed the actions described below to identify DLA Piper's connections to parties in interest in these cases.

6.     In preparing this Declaration, I caused to be submitted for review under the Firm's regularly updated conflicts check system the names of various parties in interest in these chapter 11 cases (collectively, the "Interested Parties"), as received from the Debtors.  A list of the Interested Parties is attached to this Declaration as **Schedule 1**.  The results of the conflicts check were compiled and analyzed by DLA Piper attorneys acting under my supervision.  The results of the conflicts check are set forth in **Schedule 2** attached to this Declaration.

## DLA PIPER'S CONNECTIONS WITH INTERESTED PARTIES

7.     To the best of my knowledge, based on the review procedures described above, DLA Piper does not have any "connections" to the Interested Parties, except as described in this Declaration.  While neither the term "connection," as used in Bankruptcy Rule 2014, nor the proper scope of a professional's search for a "connection" has been defined, out of an abundance of caution I am disclosing many representations that I do not understand to be disqualifying or problematic under either the Bankruptcy Code or to the extent applicable, standards of professional ethics.

8.     Neither I, nor any partner, of counsel or associate of DLA Piper, as far as I have been able to ascertain, has any connection with the Debtors, their creditors, the Debtors' professionals and accountants or any other Interested Party, except as set forth below or otherwise in this Declaration:

(a)     Attached to this Declaration as **Schedule 1** and incorporated in this Declaration by reference, is a list of Interested Parties (or their affiliates) in these chapter 11 cases. **Schedule 2** attached to and incorporated in this Declaration by reference, discloses Interested Parties whom DLA Piper currently represents, has represented in the past, and may in the future represent in matters **unrelated** to the Debtors' chapter 11 cases. Although DLA Piper has represented, currently represents, and may continue to represent certain entities and individuals listed on **Schedule 2** attached to this Declaration, DLA Piper will not represent any such entity or individual in these chapter 11 cases. For the avoidance of doubt, DLA Piper will not commence a cause of action in these chapter 11 cases against the entities listed on **Schedule 2** attached to this Declaration that are current clients of DLA Piper unless DLA Piper has an applicable waiver on file or first receives a waiver from such entity allowing DLA Piper to commence such an action. To the extent that a waiver does not exist or is not obtained from such entity and it is necessary for the Debtors to commence an action against that entity, the Debtors will be represented in such particular matter by conflicts counsel.

(b)     DLA Piper does not represent, and has not represented, any entities other than the Debtors in matters related to these chapter 11 cases.

(c)     DLA Piper personnel may have business associations with certain creditors of the Debtors, counsel or other professionals involved in these chapter 11 cases. In the ordinary course of business, DLA may engage counsel or other professionals in unrelated matters, who now represent, or in the future may represent, creditors or other interested parties in these chapter 11 cases.

9.     DLA Piper represented the Debtors prior to the Petition Date in connection with the development of strategic alternatives, including implementing sale processes both out-of-court. More recently, DLA Piper represented the Debtors in connection with their strategic planning and restructuring efforts pursuant to that certain engagement letter between the Debtors and DLA Piper, dated as of November 23, 2024 (the "Engagement Letter"), a copy of which is attached to the Application as **Exhibit D**.

4

10. As disclosed on **Schedule 2**, DLA Piper currently represents, and has in the past represented, Baird Capital ("Baird"), an equity holder of the Debtors. DLA Piper represented Baird in its investment in the Debtors in a transaction that was consummated in April 2021.[3] DLA Piper did not represent Baird in connection with its investment in the Debtors following the consummation of the 2021 investment. DLA Piper has not represented, and will not represent, Baird in connection with any mater in these chapter 11 cases. For the avoidance of doubt, all current and prior DLA representations of Baird have been in matters unrelated to these chapter 11 cases. I do not believe that DLA Piper's current or prior representation of Baird precludes DLA Piper from meeting the disinterestedness standard under the Bankruptcy Code.

11. Given the number of attorneys in its various offices, attorneys at DLA Piper may have professional, working or social relationships with firms or professionals at firms that may be adverse to the Debtors. In addition, certain attorneys at DLA Piper have spouses, parents, children, siblings, or fiancé(e)s, who are attorneys at other law firms or companies or are employees of one or more of the parties in interest. DLA Piper has strict policies against disclosing confidential information to anyone outside of DLA Piper, including spouses, parents, children, siblings, and fiancé(e)s.

12. DLA Piper, including its international affiliates, employs approximately 4,500 attorneys and 4,000 other employees worldwide. Despite the efforts described above to identify and disclose DLA Piper's connections with parties in interest in these chapter 11 cases, because DLA Piper is an international firm with thousands of attorneys across more than one hundred offices and affiliated firms, and because the Debtors are a substantial enterprise with numerous creditor and other relationships, DLA Piper is unable to state with certainty that every client

---

[3] *See* First Day Declaration at ¶ 16.

representation or other connection has been disclosed. In this regard, if DLA Piper discovers additional information requiring disclosure, I will file, or cause to be filed, a supplemental disclosure with the Court.

13.     To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry and as disclosed herein, neither I, nor DLA Piper, nor any partner, of counsel, or associate thereof holds or represents an interest adverse to the Debtors or their respective estates, and DLA Piper is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code, in that: (a) DLA Piper has no connection with the Debtors, their creditors, the U.S. Trustee, any person employed in the Office of the U.S. Trustee or any other party with an actual or potential interest in these chapter 11 cases or their respective attorneys or accountants, except as set forth in this Declaration, (b) DLA Piper is not a creditor, equity security holder or insider of the Debtors, (c) DLA Piper is not and was not, within two years of the Petition Date, a director, officer, or employee of the Debtors, and (d) DLA Piper neither holds nor represents an interest adverse to the Debtors, their respective estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in the Debtors, or for any other reason.

## DLA PIPER'S RATES AND BILLING PRACTICES

14.     DLA Piper has not received any promises of payment or compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and as disclosed in this Declaration.

15.     It is DLA Piper's policy to charge its clients in all areas of practice for expenses incurred in connection with a client's matter. The expenses charged to clients include, among other things, photocopying, witness fees, travel and lodging expenses, certain secretarial and other overtime expenses, filing and recording fees, postage, computerized research, electronic

6

management services, other electronic services, vendor charges, express mail and messenger charges and expenses for "working meals." DLA Piper will charge the Debtors for these expenses in a manner and at reasonable rates consistent with charges made generally to its other clients, subject to this Court's approval of such expenses pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and Local Rules as may from time to time be applicable, such procedures as may be fixed by order of this Court and consistent with the Engagement Letter. DLA Piper believes that failure to charge these expenses would require the Firm to increase its current hourly rates.

16. Subject to the Court's approval, DLA Piper intends to (a) charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date services are rendered, and (b) seek reimbursement of actual and necessary out-of-pocket expenses.[4] DLA Piper will maintain detailed, contemporaneous records of time and any actual and necessary expenses incurred in connection with the rendering of the legal services described in the Application by category and nature of the services rendered.

17. DLA Piper intends to apply to the Court for allowance and payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, as well as any additional procedures that may be established by the Court in these chapter 11 cases.

18. DLA Piper's hourly rates are set at a level designed to compensate it fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses. I believe that these rates are commensurate with or lower than the hourly rates of other firms of similar size and

---

[4] The hourly rates charged by DLA Piper professionals differ based on, among other things, the professional's level of experience and the rates normally charged in the location of the office in which the professional is resident.

expertise. The DLA Piper professionals and paraprofessionals expected to be most active in the Debtors' chapter 11 cases, and their current standard hourly rates, include:

| | |
|---|---|
| Stuart M. Brown (Partner), Wilmington | $2,085.00 per hour |
| W. Benjamin Winger (Partner), Chicago | $1,585.00 per hour |
| Aaron S. Applebaum (Of Counsel), Wilmington | $1,425.00 per hour |
| Katherine J. Allison (Senior Attorney), Chicago | $1,305.00 per hour |
| Stephanie B. Cohen (Associate), Chicago | $1,200.00 per hour |
| Nicole McLemore (Associate), Miami | $1,085.00 per hour |
| Roxanne M. Eastes (Associate), Wilmington | $1,045.00 per hour |
| Corinne Smith (Associate), Chicago | $ 795.00 per hour |
| William L. Countryman (Case Manager / Paralegal), Baltimore | $ 575.00 per hour |

19.     DLA Piper has not agreed to share any of its compensation from these chapter 11 cases with any other person, other than a partner, counsel, associate or staff person employed by DLA Piper, as permitted by section 504 of the Bankruptcy Code.

## COMPENSATION RECEIVED BY DLA FROM THE DEBTORS

20.     Per the terms of the Engagement Letter, on December 12, 2024, the Debtors paid $100,000 to DLA Piper, which, as stated in the Engagement Letter, constituted an "evergreen" advanced payment retainer. Subsequently, the Debtors paid to DLA Piper additional advanced payment retainers totaling $1,500,000 in the aggregate.

21.     As stated in the Engagement Letter, any advanced payment retainer is earned by DLA Piper upon receipt, the Debtors no longer have a property interest in any advanced payment retainer upon DLA Piper's receipt, any advanced payment retainer will be placed in DLA Piper's general account and will not be held in a client trust account, and the Debtors will not earn any interest on any advanced payment retainer.

22.     A chart identifying the statements setting forth the professional services provided by DLA Piper to the Debtors and the expenses incurred by DLA Piper in connection therewith, as well as the advanced payment retainers transferred by the Debtors to DLA Piper, in the 90-day

period prior to the Petition Date, is set forth below.  During such 90-day period Petition Date, the

Debtors paid advanced payment retainers in the following amounts to DLA Piper:

| Type of Transaction | Date | Amount of Fees and Expenses Listed on Statement | Amount of Retainer Requested | Amount of Retainer Received | Retainer Balance |
|---|---|---|---|---|---|
| Retainer Balance | 12/03/2024 | | | | $1,126.61 |
| Request for Additional Retainer | 12/10/2024 | | $100,000.00 | | |
| Receipt of Additional Retainer | 12/12/2024 | | | $100,000.00 | $101,126.61 |
| Fee & Expense Statement | 12/17/2024 | $91,030.19 | | | $10,096.42 |
| Additional Retainer Request | 01/07/2025 | | $100,000.00 | | |
| Receipt of Additional Retainer | 01/07/2025 | | | $100,000.00 | $110,096.42 |
| Fee & Expense Statement | 01/08/2025 | $99,710.19 | | | $10,386.23 |
| Additional Retainer Request | 01/08/2025 | | $250,000.00 | | |
| Receipt of Additional Retainer | 01/13/2025 | | | $250,000.00 | $260,386.23 |
| Additional Retainer Request | 01/23/2025 | | $250,000.00 | | |
| Fee & Expense Statement | 01/27/2025 | $250,385.62 | | | $10,000.61 |
| Receipt of Additional Retainer | 01/28/2025 | | | $250,000.00 | $260,000.61 |
| Additional Retainer Request | 01/30/2025 | | $500,000.00 | | |
| Receipt of Additional Retainer | 01/31/2025 | | | $500,000.00 | $760,000.61 |
| Fee & Expense Statement | 01/31/2025 | $205,327.06 | | | $554,673.55 |
| Fee & Expense Statement | 02/07/2025 | $139,146.87 | | | $415,526.68 |
| Fee & Expense Statement | 02/20/2025 | $167,425.69 | | | $248,100.99 |
| Additional Retainer Request | 02/20/2025 | | $400,000.00 | | |
| Receipt of Additional Retainer | 02/28/2025 | | | $400,000.00 | $648,100.99 |
| Fee & Expense Statement | 02/28/2025 | $389,985.24 | | | $258,115.75 |
| Fee & Expense Statement | 03/13/2025* | $153,641.59 | | | $104,474.16 |

* Covering period up to March 2, 2025

23.     As of the Petition Date, the Debtors did not owe DLA Piper any amounts for legal services rendered before the Petition Date.  Although certain expenses and fees may have been incurred, but not yet applied to DLA Piper's Retainer, DLA Piper's total Retainer always exceeded any amounts listed on statements describing services rendered and expenses incurred during such period prior to the Petition Date.

24.     In addition, DLA Piper has applied the Retainer to pay the accrued fees for services performed and expenses incurred through the Petition Date (the "<u>Prepetition Services Payment</u>"). The Prepetition Services Payment included actual fees and expenses that had been incurred and recorded on DLA Piper's billing system as well as an estimate of fees and expenses to be incurred through the Petition Date, but not yet recorded on DLA Piper's billing system.  As a result of the application of the Retainer to the Prepetition Services Payment, including for the estimated fees and expenses through the Petition Date, and waiver of any additional fees and expenses incurred prior to the Petition Date, all fees and expenses due to DLA Piper for the period prior to the Petition Date were satisfied in full, and DLA Piper holds no pre-petition claims against the Debtors.

25.     To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I, nor DLA Piper, nor any partner or associate thereof, has received or been promised any compensation for legal services rendered or to be rendered in any capacity in connection with the Debtors' chapter 11 cases, other than as permitted by the Bankruptcy Code.

26.     DLA Piper has not agreed to share compensation received in connection with these chapter 11 cases with any other person, except as permitted by section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016(b) in respect of the sharing of compensation among DLA Piper's partners.

## STATEMENT REGARDING U.S. TRUSTEE GUIDELINES

27.    DLA Piper intends to apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with applicable provisions of the Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of the Court.  DLA Piper also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective As of November 1, 2013* (the "Revised UST Guidelines"), both in connection with this Application and the interim and final fee applications to be filed by DLA Piper in these chapter 11 cases.[5]

## ATTORNEY STATEMENT PURSUANT TO REVISED UST GUIDELINES

28.    The following is provided in response to the request for additional information set forth in Paragraph D.1. of the Revised UST Guidelines:

(a)    **Question**: Did DLA Piper agree to any variations from, or alternatives to, DLA Piper's standard billing arrangements for this engagement?

**Answer**: No. DLA Piper and the Debtors have not agreed to a variation from DLA Piper's standard billing arrangements for this engagement. DLA Piper did offer the company a pre-petition discount for certain pre-petition services.  DLA Piper offered the company a 12.5% discount on its pre-petition invoices.  While the Engagement Letter does not provide for a discount on fees, DLA Piper continued to offer the company this discount for all pre-petition services consistent with a prior pre-petition retention letter.  The rate structure provided by DLA Piper to the Debtors is appropriate and is not significantly different from (a) the rates that DLA

---

[5] Among other things, the U.S. Trustee Guidelines ask attorneys in larger chapter 11 cases to provide additional documentation and make significant new disclosures in connection with their retention under section 327 and compensation under section 330 of the Bankruptcy Code. As the U.S. Trustee Guidelines themselves acknowledge, "the Guidelines do not supersede local rules, court orders, or other controlling authority." While the Debtors and DLA Piper intend to work cooperatively with the U.S. Trustee, the Debtors and DLA Piper reserve all rights as to the relevance and substantive legal effect of the U.S. Trustee Guidelines with respect to any application for employment or compensation in these cases.

Piper charges for other non-bankruptcy representations or (b) the rates of other comparably skilled professionals.

(b) **Question**: Do any of DLA Piper's professionals in this engagement vary their rate based on the geographic location of the Debtors' chapter 11 cases?

**Answer**: No. The hourly rates used by DLA Piper in representing the Debtors are consistent with the rates that DLA Piper charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

(c) **Question**: If DLA Piper has represented the Debtors in the 12 months pre-petition, disclose DLA Piper's billing rates and material financial terms for the pre-petition engagement, including any adjustments during the 12 months pre-petition. If DLA Piper's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**Answer**: DLA Piper's current hourly rates, for services rendered on behalf of the Debtors range as follows:[6]

| Billing Category | Range |
|---|---|
| Partners | $1,585.00 - $2,085.00 |
| Of Counsel | $1,425.00 |
| Associates & Attorneys | $795.00 - $1,305.00 |
| Paraprofessionals | $575.00 |

(d) **Question**: Have the Debtors approved DLA Piper's budget and staffing plan, and, if so, for what budget period?

**Answer**: Yes, for the period from March 2, 2025 through May 2, 2025.

### AFFIRMATIVE STATEMENT OF DISINTERESTEDNESS

29.     Based on the conflicts search conducted to date and described herein, to the best

of my knowledge and insofar as I have been able to ascertain, (a) DLA Piper is a "disinterested

person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section

327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors'

---

[6] While the rate ranges provided for in this Application may change if an individual leaves or joins DLA Piper, and if any such individual's billing rate falls outside the ranges disclosed above, DLA Piper does not intend to update the ranges for such circumstances.

estates and (b) DLA Piper has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed herein.

To the best of my knowledge, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 14, 2025
     Wilmington, Delaware

                                          */s/ Stuart M. Brown*
                                          Stuart M. Brown, Partner
                                          DLA Piper LLP (US)
                                          1201 North Market Street,
                                          Wilmington, DE 19801

# **SCHEDULE 1**

**List of Parties-In-Interest Noted for Court Disclosure**

**INTEREST PARTIES LIST**
**Azzur Group Holdings LLC**

**Debtors**
Azzur Austin LLC
Azzur Chicago LLC
Azzur Cleanrooms-On-Demand - Boston LLC
Azzur Cleanrooms-On-Demand - Burlington LLC
Azzur Cleanrooms-On-Demand - Devens LLC
Azzur Cleanrooms-On-Demand - Raleigh LLC
Azzur Cleanrooms-On-Demand - San Diego LLC
Azzur Cleanrooms-On-Demand - San Francisco LLC
Azzur Cleanrooms-On-Demand - Services LLC
Azzur Consulting, LLC
Azzur Denver LLC
Azzur Group Holdings LLC
Azzur Group, LLC
Azzur IT, LLC
Azzur Labs - Boston LLC
Azzur Labs - Chicago LLC
Azzur Labs - Dallas LLC
Azzur Labs - San Diego LLC
Azzur Labs - San Francisco LLC
Azzur Labs NC, LLC
Azzur Labs, LLC
Azzur North Carolina, LLC
Azzur of CA, LLC
Azzur of NE, LLC
Azzur Princeton LLC
Azzur San Diego LLC
Azzur San Francisco LLC
Azzur Solutions, LLC
Azzur Technical Services - Boston, LLC
Azzur Training Center - Raleigh LLC
Azzur Washington DC LLC
Azzur Worcester LLC
Cobalt LLC

**Non-Debtor Affiliate**
Azzur Gainesville LLC
Azzur Irvine LLC
Azzur Recruiting, LLC

**Bank, Lender, & Lienholder**
M&T Bank

**Managers and Officers**
M. Benjamin Jones
Gary Knight
Ilya Vasserman
James Kalinovich
Joe Perrotto
John Riddle
Michael Khavinson
Ray Jaffe
Rob Ospalik
Ryan Ott

**Significant Equity Holders (Greater Than 5%)**
Azzur Blocker, LLC
Yotomachi, LLC

**Bankruptcy Professionals**
Ankura Consulting Group, LLC
Brown Gibbons Lang & Company
DLA Piper
Otterbourg P.C.
Richards, Layton & Finger
Ropes & Gray LLP
Stretto, Inc.

**Broker & Insurers**
ACE American Insurance Company
Chubb
CNA Insurance
Coalition
Continental Casualty Company
Endurance Assurance Corporation
Federal Insurance Company
Illinois Union Insurance Company
Lockton Companies, LLC
Sompo Insurance

**Other Professionals**
Andersen Tax Holdings
CBIZ CMF LLC
Dickinson Wright LLC
Fox Rothschild LLP
Jackson Lewis P.C.
Kelley Drye & Warren LLP

Khavinson & Associates, P.C.
Klehr Harrison Harvey Branzburg
Krassan & Glauser, P.C.
Rich May
Solomon Ward Seidenwurm & Smith LLP
Tax Dad Consulting LLC

**Landlords & Lessors**
1955 North Loop Owner, LLC
2065 North Loop Owner, LLC
60B Blanchard Owner LLC
7929 Brookriver, LP
DBC I, Inc.
Duffy Associates LLC.
G&I IX, 1101 Shiloh LLC
Howard One Grant LLC
Iodine Propco 2021, LLC
King 45 Jackson LLC
Market Place Business Center LLC (successor in interest to The Irvine Company, LLC)
Morgan Alton, Ltd.
Orchard Commercial Center LLC
Shiraz Partners LP
VV330 LLC
Weatherfield Associates, LLC

**Litigation Parties**
American Mechanical
Angstrom Technology
Barker Contracting Inc
Brady Trane

Clutch Creative Marketing LLC
Commonwealth of Massachusetts Attorney General
Crown Equipment Corp

Global Integrated Technologies, Inc.
Hallamore Corp.

Howard One Grand, LLC
Hygenix Inc

Leaf Phamaceuticals


Synergy Franchising d/b/a Jani-King
Thermal Care Inc

**Customers**


**Vendors**
Aciem Group
Acumen Decisions Inc
Agile Wizard LLC
Alice Consulting, LLC
Aplomb Technologies, Inc
Caisson LLC
Dorman & Fawcett
EventX LLC
Greentech Facilities LLC
Kinzo Group LLC
Mirroar LLC
Mobius Cloud Solutions, LLC
Panorama Consulting & Engineering
Reliant Consulting, Inc.
Sathram Corporation
Shane McGinley

Sokol Material and Services, Inc.
ST Smart Solution Group Inc
Technical & Professional Services, LLC
The Veritas Healthcare Solutions, LLC
United Pharma Technologies, Inc.
Vastek, Inc.
Versat Consulting
Wilson Consulting Services, LLC
Worldwide Trainers and Writers, Inc.
Wunderlich-Malec Engineering, Inc.

**Taxing and Governmental Authorities**
Borough of Hatboro
California Department of Tax and Fee Administration
California Franchise Tax Board
California Secretary of State
California State Board of Equalization
City of Waltham
Dallas County
Internal Revenue Service
Massachusetts Department of Revenue
Massachusetts Secretary of State
North Carolina Department of Revenue
North Carolina Secretary of State
Pennsylvania Department of Revenue
Pennsylvania Secretary of State
Texas Comptroller of Public Accounts
Texas Secretary of State
Texas Workforce Commission
The Commonwealth of Massachusetts
Town of Burlington

**Top 30**
1955 North Loop Owner, LLC
2065 North Loop Owner, LLC
60B Blanchard Owner LLC
Angstrom Technology
Barker Contracting Inc
Blue Mountain Quality Resources
CDW Direct
Citro Digital LLC
Clade Therapeutics, Inc.
CleanSpace
Controlled Contamination Services, LLC
DBC I, Inc.
Devens Utilities
Iodine Propco 2021, LLC
King 45 Jackson LLC
Milton CAT

nanoClean
New England Security
OnePointe Solutions LCC
Oracle America, Inc.
QSI 3PL Plus LLC
Ring Therapeutics
Shiraz Partners LP
Stericycle Inc
Sunbelt Rentals
Technical Safety Services, LLC
Thomas Scientific, LLC
Unifirst Corporation
Veolia Environmental Services
VV330 LLC

**M&A and Potential M&A Counterparties**



ELIQUENT Life Sciences

GHO Capital Partners LLP

Keystone Capital



**Bankruptcy Judges and Staff**
Chief Judge Karen B. Owens
Judge Laurie Selber Silverstein
Judge John T. Dorsey
Judge Craig T. Goldblatt
Judge Thomas M. Horan
Judge Brendan L. Shannon
Judge J. Kate Stickles
Judge Mary F. Walrath
Laura Haney
Nikki Washington
Demitra Yeager
Nickita Barksdale
Claire Brady
Marquietta Lopez
Amanda Hrycak
Danielle Gadson
Jill Walker
Rachel Bello
Cacia Batts
Lora Johnson
Paula Subda
Al Lugano
Laurie Capp
Xavier Hurt

**United States Trustee and Staff**
Joseph McMahon
Lauren Attix
Malcolm M. Bates
Linda Casey

Joseph Cudia
Holly Dice
Shakima L. Dortch
Timothy J. Fox, Jr.
Diane Giordano
Michael Girello
Christine Green
Benjamin Hackman
Nyanquoi Jones
Hawa Konde
Jane Leamy
Jonathan Lipshie
Hannah M. McCollum
Jonathan Nyaku
James R. O'Malley
Linda Richenderfer
Richard Schepacarter
Edith A. Serrano
Rosa Sierra-Fox
Elizabeth Thomas
Dion Wynn

**Utilities**
Alameda Municipal Power
AT&T
Comcast
Cox Business
Cox Communications
Devens Utilities
Direct Energy Business
Dominion Energy
Duke Energy
East Bay Municipal Utility District
Edison - Southern California
Eversource
Gastec
GFL Environmental
Massachusetts Water Resources Authority
Momentum Telecom, Inc.
Nationalgrid
NRG Business Marketing
RCN
Republic Services
San Diego Gas & Electric
Spectrum
T-Mobile
Verizon
Verizon Wireless

**Benefits Providers & Administrators**

Delta Dental Plans Association
EyeMed Vision Care, LLC
HealthEquity, Inc.
Independence Blue Cross
isolved HRM
Reliance Standard Life Insurance Company
TAG Resources
The Harrison Group, Inc.

**Subcontractors**
9391-4471 Quebec
Aciem Group
Acumen Decisions Inc
Agile Wizard LLC
Alice Consulting, LLC
Aplomb Technologies, Inc
Area Consulting LLC
AscendIT
Aseem Group Inc
Aspire Consulting
Automation & Validation Solutions
Barrington James USA
BioEngine LLC
Blue Line Landscape
Box Inc
Caisson LLC
Capital Technology
CFR Consulting
Chemical Engineering Solutions
CloudVik LLC
CoGenyx LLC
Commissioning & Qualificatoin
CQV Solutions
Daelight Solutions
De Jong Pharm Consult
Desalvo Consulting
Dukes Consulting
ECSquared
Elite Inc.
Enterprise Rental
Essco Calibration Laboratory
EventX LLC
Fire wheel Support Services
Forge Forward Engineering
Fourth Technologies
Full Spectrum Quality
Global Compliance Group
Graymatter Partners
Greentech Facilities LLC
IBN Technologies

Innovative Quality Solutions
JL Pharma Consulting
Joanna Ellis
Josee Bouchard
JVT Advisors
Kinzo Group LLC
Kneat Solutions
Level Up Cyclehouse LLC
Medix Staffing Solutions
Minda McDorman Consulting
Mirroar LLC
MJensen Consulting
MNL Consulting
Mobius Cloud Solutions, LLC
MVEER Fintech, India
ND Global Consulting Services
Nebolisa Enterprises LLC
Novel Corporation
Panacea Group
Panorama Consulting & Engineering
Peace Haven Corp
Phaidon International (US) Inc.
Pionnerr GMP Consulting
Premium Ventures LLC
PTS Advance
Regus Management Group LLC
Reliable Building Services
Reliant Consulting, Inc.
RKZ GROUP LLC
Sarah Stewart
Sathram Corporation
Shane McGinley
Sokol Material and Services, Inc.
SSATech
ST Smart Solution Group Inc
Steyer Consulting Engineering Resources
Strategic Advisory Solutions
StrattBio Consulting
Tam Consulting LLC
TAPFIN
Team3GreyMatter, LLC
Technical & Professional Services, LLC
The Biotech Box
The Veritas Healthcare Solutions, LLC
TL Keel Counsulting
Touchstone Merchandise Group
Transperfect
TRC Staffing
Tyalk LLC
Tyson & Sons Logisitcs

Azzur Group Holdings LLC – Parties & Interest List

United Pharma Technologies, Inc.
Valcon Engineering
Validation Associates
Validation Resolution
Valira LLC
Valnet Hire Group
Vastek, Inc.
Vella Consulting
Verdantas LLC
Versat Consulting
Vision Consulting
Visual technologies
Wainrights
Willow River Solutions
Wilson Consulting Services, LLC
Worldwide Trainers and Writers, Inc.
Wunderlich-Malec Engineering, Inc.
ZenQMS LLC

**<u>SCHEDULE 2</u>**

**Interested Parties that Currently Employ
or Have Formerly Employed DLA Piper LLP (US) in Matters Unrelated to
the Debtors or the Chapter 11 Cases**

## Schedule 2

**Interested Parties that Currently Employ or Have Formerly
Employed DLA Piper LLP (US) in Matters Unrelated to
Debtors or the Chapter 11 Case**

| Party Name[1] | Relationship to Debtors[2] | Relationship to DLA[3] |
|---|---|---|
| Azzur Group Holdings LLC (and related Azzur affiliates) | Debtors | Current clients in this Chapter 11 Case. |
| Azzur - Labs PA, LLC | Non-Debtor Affiliates | Affiliate of current clients in this Chapter 11 Case. |
| Azzur Recruiting, LLC | Non-Debtor Affiliates | Affiliate of current clients in this Chapter 11 Case. |
| Azzur Irvine LLC | Non-Debtor Affiliates | Affiliate of current clients in this Chapter 11 Case. |
| Azzur Gainesville LLC | Non-Debtor Affiliates | Affiliate of current clients in this Chapter 11 Case. |
| Manufacturers and Traders Trust Company | Bank | Current client a on matters unrelated to the Debtors or this Chapter 11 Case. |
| Ankura Consulting Group | Bankruptcy Professionals | Current client and affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| ACE American Insurance Company | Broker & Insurers | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |

---

[1]   Where a party and the Debtors maintain multiple relationships, the Debtors listed such parties under each applicable category on the Debtors' Interested Parties List.  Where numerous affiliated entities appeared in the Debtors' Interested Parties List, the DLA Piper performed conflicts searches for all such entities, yet herein list only the most generic and generally applicable name for such affiliated entities.

[2]   This column lists the relationship(s) between the party and the Debtors as reported on the Debtors' Interested Parties List.

[3]   A "current client" is an entity for which DLA Piper is presently engaged; a "former client" is an entity for which there were no active matters as of the date hereof, but there may in the future be active matters.  Use of the word "potential" before such designations signifies entities for which DLA was unable to determine whether any similarities of names were a coincidence or whether the party in interest is related to a client in DLA's databases. DLA does not represent any "potential" clients in matters related to the Debtors or these Chapter 11 Cases.  The identification of a party in interest herein is not an admission of a conflict, disabling or otherwise.

| | | |
|---|---|---|
| CNA Insurance | Broker & Insurers | Current and former client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Coalition | Broker & Insurers | Current client and affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Continental Casualty Company | Broker & Insurers | Current client and affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Chubb | Broker & Insurers | Current client and affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Endurance Assurance Corporation | Broker & Insurers | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Federal Insurance Company | Broker & Insurers | Current client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Illinois Union Insurance Company | Broker & Insurers | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Lockton Companies, LLC | Broker & Insurers | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Sompo Insurance | Broker & Insurers | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Clutch Creative Marketing LLC | Litigation Parties | Potential affiliate of client on matters unrelated to the Debtors or this Chapter 11 Case. |
| CBIZ CMF LLC | Other Professionals | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Kelley Drye & Warren LLP | Other Professionals | Current client on matters unrelated to the Debtors or this Chapter 11 Case. |

| | | |
|---|---|---|
| AT&T | Utilities | Current client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Baird Capital | Utilities | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Comcast | Utilities | Former client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| COX Business | Utilities | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Direct Energy Business | Utilities | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Edison - Southern California | Utilities | Current client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Eversource | Utilities | Former client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Gastec | Utilities | Potential affiliate of clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| GFL Environmental | Utilities | Former client and affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Nationalgrid | Utilities | Current client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| NRG Business Marketing | Utilities | Affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| San Diego Gas & Electric | Utilities | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Spectrum Enterprise | Utilities | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |

| | | |
|---|---|---|
| T-Mobile | Utilities | Current client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Verizon and Verizon Wireless | Utilities | Affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| CleanSpace | Top 30 Creditors | Potential affiliate of client on matters unrelated to the Debtors or this Chapter 11 Case. |
| CDW Direct | Top 30 Creditors | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Oracle America, Inc. | Top 30 Creditors | Current client and affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Stericycle Inc | Top 30 Creditors | Current and former client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Sunbelt Rentals | Top 30 Creditors | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Blue Mountain Quality Resources | Top 30 Creditors | Current client and affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Veolia Environmental Services | Top 30 Creditors | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Brady Trane Service, Inc. | Litigation Parties | Current client and affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Keystone Capital | M&A and Potential M&A Counterparties | Current client and affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| ▮ | M&A and Potential M&A Counterparties | Potential affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |

| | | |
|---|---|---|
| ■■■■ | **M&A and Potential M&A Counterparties** | Potential affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| ■■ | **M&A and Potential M&A Counterparties** | Current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| ■■■■■ | **M&A and Potential M&A Counterparties** | Current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| ■■■■■ | **M&A and Potential M&A Counterparties** | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| ■■■■■ | **M&A and Potential M&A Counterparties** | Current client and affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| ■■■■■ | **M&A and Potential M&A Counterparties** | Current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| ■■■■ | **M&A and Potential M&A Counterparties** | Current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| ■■■■ | **M&A and Potential M&A Counterparties** | Current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| ■■■■■ | **M&A and Potential M&A Counterparties** | Former client on matters unrelated to the Debtors or this Chapter 11 Case. |
| ■■■■ | **M&A and Potential M&A Counterparties** | Current client and affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| ■■■■■ | **M&A and Potential M&A Counterparties** | Current client and affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| ■■■■■ | **M&A and Potential M&A Counterparties** | Affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| ■■■■ | **M&A and Potential M&A Counterparties** | Current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| ■■■■■ | **M&A and Potential M&A Counterparties** | Affiliate of current on matters unrelated to the Debtors or this Chapter 11 Case. |

| | | |
|---|---|---|
| ■■■■■ | M&A and Potential M&A Counterparties | Current and former client and affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| ■■■■ | M&A and Potential M&A Counterparties | Potential affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| ■■■■■ | M&A and Potential M&A Counterparties | Potential affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| ■■■■■■ | M&A and Potential M&A Counterparties | Current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Texas Comptroller of Public Accounts | Taxing Authorities | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Texas Secretary of State | Taxing Authorities | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Texas Workforce Commission | Taxing Authorities | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Independence Blue Cross | Benefits Providers & Administrators | Current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Delta Dental Plans Association | Benefits Providers & Administrators | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Reliance Standard Life Insurance Company | Benefits Providers & Administrators | Affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| TAG Resources | Benefits Providers & Administrators | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| Acumen Decisions Inc. | Subcontractors | Potential affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Medix Staffing Solutions | Subcontractors | Current client on matters unrelated to the Debtors or this Chapter 11 Case. |

| | | |
|---|---|---|
| Box Inc. | Subcontractors | Current client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Regus Management Group LLC | Subcontractors | Current client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| TAPFIN | Subcontractors | Affiliate of current client on matters unrelated to the Debtors or this Chapter 11 |
| Transperfect | Subcontractors | Potential affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| ▮▮▮▮▮▮ | Customers | Affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| ▮▮▮▮▮▮ | Customers | Current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| ▮▮▮▮▮▮ | Customers | Current client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| ▮▮▮▮▮▮ | Customers | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| ▮▮▮▮▮▮ | Customers | Former client on matters unrelated to the Debtors or this Chapter 11 Case. |
| ▮▮▮▮▮▮ | Customers | Current client on matters unrelated to the Debtors or this Chapter 11 Case. |
| ▮▮▮▮▮▮ | Customers | Current client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| ▮▮▮▮▮▮ | Customers | Affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| ▮▮▮▮▮▮ | Customers | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| ▮▮▮▮▮▮ | Customers | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |

| | | |
|---|---|---|
| ████████████ | Customers | Affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| Just - Evotec Biologics, Inc. | Customers | Affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| ██████ | Customers | Current client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| ████████ | Customers | Current client and affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| ██████████ | Customers | Current client and affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| ████████ | Customers | Current client and affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| ████████████ | Customers | Affiliate of current and former clients on matters unrelated to the Debtors or this Chapter 11 Case. |
| ██████████ | Customers | Current client and affiliate of current clients on matters unrelated to the Debtors or this Chapter 11 Case. |