# Exhibit C

**Declaration of M. Benjamin Jones**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AZZUR GROUP HOLDINGS LLC, *et al.*,[1] | Case No. 25-10342 (KBO) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF M. BENJAMIN JONES IN SUPPORT
OF THE APPLICATION OF DEBTORS FOR ENTRY OF
AN ORDER AUTHORIZING DEBTORS TO (I) RETAIN
ANKURA CONSULTING GROUP, LLC TO PROVIDE DEBTORS A
CHIEF RESTRUCTURING OFFICER AND CERTAIN ADDITIONAL PERSONNEL
AND (II) DESIGNATE M. BENJAMIN JONES AS CHIEF RESTRUCTURING
OFFICER FOR THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE**

I, M. Benjamin Jones, hereby declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge and belief, and after reasonable inquiry, the following is true and correct:

1. I am a Senior Managing Director at Ankura Consulting Group, LLC ("Ankura Consulting"), a restructuring advisory services firm, which has a place of business at 485 Lexington Avenue, 10th Floor New York, NY 10017, and I am duly authorized to make this declaration (the "Declaration") on behalf of Ankura Consulting.

2. I make this Declaration in support of the application (the "Application")[2] of the Debtors, filed contemporaneously herewith, for the entry of an order authorizing the retention and employment of Ankura Consulting as financial advisor pursuant to Bankruptcy Code sections

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Azzur. The Debtors' headquarters and the mailing address for the Debtors is 330 South Warminster Road, Suite 341, Hatboro, PA 19040.

[2] All capitalized terms used but otherwise not defined herein shall have the same meanings set forth in the Application.

105(a) and 363(b) and designating me as Chief Restructuring Officer, effective as of the Petition Date.

3.  Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, I would testify thereto. Certain of the disclosures herein, however, relate to matters within the personal knowledge of other professionals at Ankura Consulting and are based on information provided by them.

## ANKURA CONSULTING'S QUALIFICATIONS

4.  Ankura Consulting has a wealth of experience in providing financial advisory services to distressed companies, including those in industries similar to the Debtors, in complex restructurings. Ankura Consulting has an excellent reputation for services it has rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States. Ankura Consulting's expertise includes significant experience assisting distressed companies with day-to-day management activities, including development of pro forma financials and business plans, cash flow management, and implementation of liquidity-enhancing and cost-saving strategies.

5.  I have more than 25 years of financial restructuring, interim management, turnaround, and financial advisory experience across a number of industries. I have served as president, chief restructuring officer, and chief financial officer for private and public companies. In addition, I have also played key roles in dozens of other high-profile restructurings and reorganizations, assisting clients both in and outside of chapter 11, including, among others, LaVie Care Centers, LLC, Gulf Coast Health Care, LLC, Balducci's New York LLC, High Ridge Brands Co., Trident Holdings, Mariner Post-Acute Networks, Centennial Healthcare, World Health Alternatives, The Penn Traffic Company, Milacron, Lionel, Caraustar Industries, Golden Books Family Entertainment, and Signature Healthcare. I have acted as financial advisor to companies,

lenders, boards of directors and/or principal shareholders of numerous businesses. Prior to joining Ankura Consulting, I began my career at Ernst & Young, focusing on valuations and middle-market corporate finance transactions and later joined CDG Group to focus on restructurings and reorganizations.

6. Ankura Consulting is uniquely qualified to advise the Debtors in these Chapter 11 Cases. I, along with a team of Ankura Consulting professionals, began providing the Debtors with advisory assistance in December 2023, pursuant to the terms of the Engagement Agreement annexed to the Application at <u>Exhibits B1-B3</u>. I joined the Debtors' management team as Chief Restructuring Officer on May 11, 2024. In doing so, the Ankura Consulting team and I became familiar with the Debtors' businesses, financial affairs and capital structure. Since our initial retention, the Additional Personnel and I have worked closely with the Debtors' management and other professionals to understand the Debtors' businesses and coordinate the necessary professional services and other vital aspects of preparing for these Chapter 11 Cases.

7. I believe that Ankura Consulting and I are qualified to represent the Debtors in these Chapter 11 Cases.

**ANKURA CONSULTING'S DISINTERESTEDNESS AND ELIGIBILITY**

8. Ankura Consulting utilizes certain procedures ("<u>Firm Procedures</u>") to determine the Firm's relationships, if any, to parties that may have a connection to any of the Debtors in the Chapter 11 Cases. In implementing the Firm Procedures, the following actions were taken to identify parties that may have connections to the Debtors, and Ankura Consulting's relationship with such parties:

    a. Ankura Consulting requested and obtained from the Debtors extensive lists of interested parties and significant creditors (the "<u>Potential Parties-in-

Interest").³ The list of Potential Parties-in-Interest that Ankura Consulting reviewed is annexed hereto as **Schedule 1**. The Potential Parties-in-Interest reviewed include, among others, the Debtors, current and former officers, bankruptcy professionals, judges for the United States Bankruptcy Court for Delaware, banks, lenders, contract counterparties, governmental/regulatory agencies, insurance carriers, landlords, parties to significant actual or known litigation with Debtors/adverse parties, top 30 creditors, U.S. Trustee personnel for the District of Delaware, utility providers, and vendors.

b. Ankura Consulting then compared the names of each of the Potential Parties-in-Interest to the names in its master electronic database of the Ankura Entities' clients and vendors (the "Database").⁴ For clients, the Database generally includes the name of each client of the Ankura Entities, the name of each party that has, or had, a substantial role with regard to the subject matter of the Ankura Entity's retention, and the names of the Ankura Entity professionals who are, or were, primarily responsible for matters for such clients. For vendors, the Database generally includes the name of the vendor.

c. An email was sent to all of the Ankura Entities' Senior Managing Directors, Managing Directors, and all Turnaround & Restructuring practice professionals requesting disclosure of information regarding: (i) any known personal connections between the respondent and/or the Ankura Entities on the one hand, and the Potential Parties-in-Interest, on the other hand,⁵ (ii) any known connections or representation by the respondent and/or the Firm of any of those Potential Parties-in-Interest in matters relating to the

---

³ As may be necessary, Ankura Consulting will supplement the Declaration if additional Potential Parties-in-Interest are provided to it and Ankura Consulting becomes aware of any relationship that may adversely affect Ankura Consulting's retention in the Chapter 11 Cases or would otherwise require disclosure.

⁴ Ankura Consulting is affiliated with certain other Ankura-branded entities, including its affiliates, subsidiaries, and parent entities, which entities are managed by the same executive team (such entities, the "Ankura Entities"). The Database maintained by the Ankura Entities includes information for all of the Ankura Entities. For companies and businesses acquired by any Ankura Entity, the Database captures engagements that were active at the time of such acquisition, as well as any post-acquisition engagements. For purposes of relationship disclosure, a three-year lookback period is used. The Ankura Entities include a trust company (Ankura Trust Company, LLC) and a broker-dealer (Ankura Capital Advisors, LLC). Neither of these entities hold or trade securities for their own account and, as with the other Ankura Entities, the clients of the trust company and broker-dealer entities are included in the Database.

⁵ In reviewing its records and the relationships of its professionals, Ankura Consulting did not seek information as to whether any Ankura Entity professional or member of such professional's immediate family: (a) indirectly owns, through a public mutual fund or through partnerships in which certain Ankura Entity professionals have invested but as to which such professionals have no control over or knowledge of investment decisions, securities of the Debtors, or any other party-in-interest; or (b) has engaged in any ordinary course consumer transaction with any party-in-interest. If any such relationship does exist, I do not believe it would impact Ankura Consulting's disinterestedness or otherwise give rise to a finding that Ankura Consulting holds or represents an interest adverse to the Debtors' estates.

4

Debtors; and (iii) any other conflict or reason why Ankura Consulting may be unable to represent the Debtors.

d. Known connections between former or recent clients and vendors of the Ankura Entities and the Potential Parties-in-Interest were compiled for purposes of preparing this Declaration. These connections are listed in **Schedule 2** annexed hereto.

9. To provide further detail on the Database and the Firm Procedures, I note that Ankura Consulting is a portfolio company of private funds affiliated with Madison Dearborn Partners, LLC ("MDP" and such funds together with MDP, the "MDP Entities"). As such, the Firm Procedures include a review of MDP and its affiliated funds that have an ownership interest in Ankura Consulting, as well as MDP's other portfolio companies (the "Portfolio Companies") as of December 4, 2024, to determine if such entities appear on the list of Potential Parties-in-Interest.

10. The Portfolio Companies are under separate managerial control from the Ankura Entities and do not share any internal systems with any Ankura Entity. The Ankura Entities have no ability to access the Portfolio Companies' or MDP Entities' systems or confidential information,[6] nor do the Portfolio Companies or the MDP Entities have the ability to access the Ankura Entities' systems or confidential information. Certain MDP personnel serve as members of the Ankura Entities' board of directors (the "MDP Directors") and the MDP Directors serve on boards of directors for certain of the Portfolio Companies. However, the MDP Directors are subject to confidentiality obligations and fiduciary duties, which prohibit and prevent the sharing of confidential information between companies for which they have board of director responsibilities. Despite the separation between the Ankura Entities and the Portfolio Companies,

---

[6] To the extent an Ankura Entity is engaged by another MDP portfolio company to perform services for such company, the Ankura Entities will have access to information from such company applicable to the work being performed. Such information will be subject to confidentiality agreements.

the Portfolio Companies and MDP Entities are included in the Database and reviewed as part of the Firm Procedures and any connections to the Potential Parties-in-Interest are disclosed on **Schedule 2**.[7]

11. HPS Investment Partners, LLC ("HPS"), through certain investment funds, has a minority, non-controlling interest in Ankura Consulting. The Database therefore includes HPS and the above-referenced investment funds, and any connections to the Potential Parties-in-Interest are disclosed on **Schedule 2**. HPS has one board seat and one board observer seat on the Ankura Entities' board of directors. These board participants are subject to confidentiality obligations and fiduciary duties, and information walls exist to prevent the sharing of confidential information among HPS's investments. Further, the Ankura Entities have no access to HPS's or its investments' systems or confidential information. As such, while HPS is included in the Database and reviewed as part of the Firm Procedures, HPS's affiliates and the entities in which they invest are not.[8]

12. As a result of the Firm Procedures, I have thus far ascertained that, except as may be set forth herein, upon information and belief, if retained, Ankura Consulting:

    a. is not a creditor of the Debtors (including by reason of unpaid fees for prepetition services) or an equity security holder of the Debtors;

    b. is not, and has not been, within two years before the Petition Date, a director, officer (other than by virtue of Ankura Consulting employees serving in the roles as Engagement Personnel (pre- and post-petition) as described in the Application), or an employee of the Debtors; and

---

[7] MDP may have other funds that do not have an ownership interest in the Ankura Entities. As these potential other funds are not connected to the Ankura Entities and the Ankura Entities have no access to non-public information related to such potential funds, these potential funds are not part of the Database and Firm Procedures. Similarly, MDP may use certain non-operating holding companies to hold the equity of the Portfolio Companies ("HoldCos"). Information regarding such HoldCos is not shared with the Ankura Entities and the Ankura Entities have no access to systems or confidential information related to such HoldCos. As such, these HoldCos are not part of the Database or Firm Procedures. As noted above, however, all Portfolio Companies are part of the Database and Firm Procedures, regardless of ownership structure.

ACTIVE\1617694350.2

c.  does not have an interest materially adverse to the interests of the Debtors' estates, or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

13. Further, as part of its diverse practice, the Ankura Entities appear in numerous cases and proceedings, and participate in transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who represent claimants and parties-in-interest in the Chapter 11 Cases. Further, the Ankura Entities performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and have been represented by several attorneys and law firms, some of whom may be involved in these proceedings. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Debtors in matters upon which Ankura Consulting is to be employed, and none are in connection with the Chapter 11 Cases.

14. Accordingly, except as otherwise set forth herein, insofar as I have been able to determine, neither I nor Ankura Consulting hold or represent any interest adverse to the Debtors or their estates, and Ankura Consulting is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

15. If additional Potential Parties-in-Interest are provided to Ankura Consulting and any new material relevant facts or relationships are discovered or identified, Ankura Consulting will promptly file a supplemental declaration.

## **ANKURA CONSULTING'S COMPENSATION**

16. The compensation structure set forth in the Application is consistent with Ankura Consulting's typical fees for work of this nature. The fees are set at a level designed to compensate

7

ACTIVE\1617694350.2

Ankura Consulting fairly for the work of its professionals and assistants. It is Ankura Consulting's policy to charge its clients for all disbursements and expenses incurred in the rendition of services.

17. If the Court grants the relief requested herein, Ankura Consulting will be employed in these Chapter 11 Cases pursuant to section 363 of the Bankruptcy Code. Because Ankura Consulting is not being employed as a professional under section 327 of the Bankruptcy Code, Ankura Consulting shall not be required to submit fee applications pursuant to sections 330 and 331 of the Bankruptcy Code. However, to maintain transparency and to comply with the U.S. Trustee's protocol applicable to the retention of personnel under section 363 of the Bankruptcy Code (sometimes referred to as the "J. Alix Protocol"), Ankura Consulting will file reports of compensation earned and expenses incurred on a monthly basis (each a "<u>Monthly Staffing Report</u>," and collectively, the "<u>Monthly Staffing Reports</u>") with the Court and provide notice to the United States Trustee for the District of Delaware ("<u>U.S. Trustee</u>"), counsel to the DIP Lender (as defined in the First Day Declaration), and counsel to the Official Committee of Unsecured Creditors (the "<u>Committee</u>," and collectively with the U.S. Trustee and DIP Lender, the "<u>Notice Parties</u>"). Such reports will (a) summarize the services provided to the Debtors by discrete project, (b) summarize the compensation earned by each of the Ankura Consulting personnel, (c) identify the daily time expended by Ankura Consulting personnel, by discrete project, reported in one tenth of an hour increments for Additional Personnel and half hour increments for fixed fee personnel, and (d) itemize the expenses incurred. Notice for the Monthly Staffing Reports will provide for a time period of at least fourteen (14) days for objections by parties in interest.

18. To the best of my knowledge, except as set forth above, (a) no commitments have been made or received by Ankura Consulting with respect to compensation or payment in connection with the Chapter 11 Cases other than in accordance with applicable provisions of the

8

Bankruptcy Code and the Bankruptcy Rules, and (b) Ankura Consulting has no agreement with any other entity to share with such entity any compensation received by Ankura Consulting in connection with the Chapter 11 Cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: March 14, 2025  /s/ M. Benjamin Jones_____
M. Benjamin Jones
Senior Managing Director
Ankura Consulting Group, LLC

# **Schedule 1**

ACTIVE\1617694350.2

**INTEREST PARTIES LIST**
**Azzur Group Holdings LLC**

**Debtors**
Azzur Austin LLC
Azzur Chicago LLC
Azzur Cleanrooms-On-Demand - Boston LLC
Azzur Cleanrooms-On-Demand - Burlington LLC
Azzur Cleanrooms-On-Demand - Devens LLC
Azzur Cleanrooms-On-Demand - Raleigh LLC
Azzur Cleanrooms-On-Demand - San Diego LLC
Azzur Cleanrooms-On-Demand - San Francisco LLC
Azzur Cleanrooms-On-Demand - Services LLC
Azzur Consulting, LLC
Azzur Denver LLC
Azzur Group Holdings LLC
Azzur Group, LLC
Azzur IT, LLC
Azzur Labs - Boston LLC
Azzur Labs - Chicago LLC
Azzur Labs - Dallas LLC
Azzur Labs - San Diego LLC
Azzur Labs - San Francisco LLC
Azzur Labs NC, LLC
Azzur Labs, LLC
Azzur North Carolina, LLC
Azzur of CA, LLC
Azzur of NE, LLC
Azzur Princeton LLC
Azzur San Diego LLC
Azzur San Francisco LLC
Azzur Solutions, LLC
Azzur Technical Services - Boston, LLC
Azzur Training Center - Raleigh LLC
Azzur Washington DC LLC
Azzur Worcester LLC
Cobalt LLC

**Non-Debtor Affiliate**
Azzur Gainesville LLC
Azzur Irvine LLC
Azzur Recruiting, LLC

**Bank, Lender, & Lienholder**
M&T Bank

**Managers and Officers**
M. Benjamin Jones
Gary Knight
Ilya Vasserman
James Kalinovich
Joe Perrotto
John Riddle
Michael Khavinson
Ray Jaffe
Rob Ospalik
Ryan Ott

**Significant Equity Holders (Greater Than 5%)**
Azzur Blocker, LLC
Yotomachi, LLC

**Bankruptcy Professionals**
Ankura Consulting Group, LLC
Brown Gibbons Lang & Company
DLA Piper
Otterbourg P.C.
Richards, Layton & Finger
Ropes & Gray LLP
Stretto, Inc.

**Broker & Insurers**
ACE American Insurance Company
Chubb
CNA Insurance
Coalition
Continental Casualty Company
Endurance Assurance Corporation
Federal Insurance Company
Illinois Union Insurance Company
Lockton Companies, LLC
Sompo Insurance

**Other Professionals**
Andersen Tax Holdings
CBIZ CMF LLC
Dickinson Wright LLC
Fox Rothschild LLP
Jackson Lewis P.C.
Kelley Drye & Warren LLP

Azzur Group Holdings LLC – Parties & Interest List

Khavinson & Associates, P.C.
Klehr Harrison Harvey Branzburg
Krassan & Glauser, P.C.
Rich May
Solomon Ward Seidenwurm & Smith LLP
Tax Dad Consulting LLC

**Landlords & Lessors**
1955 North Loop Owner, LLC
2065 North Loop Owner, LLC
60B Blanchard Owner LLC
7929 Brookriver, LP
DBC I, Inc.
Duffy Associates LLC.
G&I IX, 1101 Shiloh LLC
Howard One Grant LLC
Iodine Propco 2021, LLC
King 45 Jackson LLC
Market Place Business Center LLC (successor in interest to The Irvine Company, LLC)
Morgan Alton, Ltd.
Orchard Commercial Center LLC
Shiraz Partners LP
VV330 LLC
Weatherfield Associates, LLC

**Litigation Parties**
American Mechanical
Angstrom Technology
Barker Contracting Inc
Brady Trane

Clutch Creative Marketing LLC
Commonwealth of Massachusetts Attorney General
Crown Equipment Corp

Global Integrated Technologies, Inc.
Hallamore Corp.

Howard One Grand, LLC
Hygenix Inc

Leaf Phamaceuticals


Synergy Franchising d/b/a Jani-King
Thermal Care Inc

**Customers**


**Vendors**
Aciem Group
Acumen Decisions Inc
Agile Wizard LLC
Alice Consulting, LLC
Aplomb Technologies, Inc
Caisson LLC
Dorman & Fawcett
EventX LLC
Greentech Facilities LLC
Kinzo Group LLC
Mirroar LLC
Mobius Cloud Solutions, LLC
Panorama Consulting & Engineering
Reliant Consulting, Inc.
Sathram Corporation
Shane McGinley

Sokol Material and Services, Inc.
ST Smart Solution Group Inc
Technical & Professional Services, LLC
The Veritas Healthcare Solutions, LLC
United Pharma Technologies, Inc.
Vastek, Inc.
Versat Consulting
Wilson Consulting Services, LLC
Worldwide Trainers and Writers, Inc.
Wunderlich-Malec Engineering, Inc.

**Taxing and Governmental Authorities**
Borough of Hatboro
California Department of Tax and Fee Administration
California Franchise Tax Board
California Secretary of State
California State Board of Equalization
City of Waltham
Dallas County
Internal Revenue Service
Massachusetts Department of Revenue
Massachusetts Secretary of State
North Carolina Department of Revenue
North Carolina Secretary of State
Pennsylvania Department of Revenue
Pennsylvania Secretary of State
Texas Comptroller of Public Accounts
Texas Secretary of State
Texas Workforce Commission
The Commonwealth of Massachusetts
Town of Burlington

**Top 30**
1955 North Loop Owner, LLC
2065 North Loop Owner, LLC
60B Blanchard Owner LLC
Angstrom Technology
Barker Contracting Inc
Blue Mountain Quality Resources
CDW Direct
Citro Digital LLC
Clade Therapeutics, Inc.
CleanSpace
Controlled Contamination Services, LLC
DBC I, Inc.
Devens Utilities
Iodine Propco 2021, LLC
King 45 Jackson LLC
Milton CAT

nanoClean
New England Security
OnePointe Solutions LCC
Oracle America, Inc.
QSI 3PL Plus LLC
Ring Therapeutics
Shiraz Partners LP
Stericycle Inc
Sunbelt Rentals
Technical Safety Services, LLC
Thomas Scientific, LLC
Unifirst Corporation
Veolia Environmental Services
VV330 LLC

**M&A and Potential M&A Counterparties**



ELIQUENT Life Sciences

GHO Capital Partners LLP

Keystone Capital

Azzur Group Holdings LLC – Parties & Interest List



**Bankruptcy Judges and Staff**
Chief Judge Karen B. Owens
Judge Laurie Selber Silverstein
Judge John T. Dorsey
Judge Craig T. Goldblatt
Judge Thomas M. Horan
Judge Brendan L. Shannon
Judge J. Kate Stickles
Judge Mary F. Walrath
Laura Haney
Nikki Washington
Demitra Yeager
Nickita Barksdale
Claire Brady
Marquietta Lopez
Amanda Hrycak
Danielle Gadson
Jill Walker
Rachel Bello
Cacia Batts
Lora Johnson
Paula Subda
Al Lugano
Laurie Capp
Xavier Hurt

**United States Trustee and Staff**
Joseph McMahon
Lauren Attix
Malcolm M. Bates
Linda Casey

Joseph Cudia
Holly Dice
Shakima L. Dortch
Timothy J. Fox, Jr.
Diane Giordano
Michael Girello
Christine Green
Benjamin Hackman
Nyanquoi Jones
Hawa Konde
Jane Leamy
Jonathan Lipshie
Hannah M. McCollum
Jonathan Nyaku
James R. O'Malley
Linda Richenderfer
Richard Schepacarter
Edith A. Serrano
Rosa Sierra-Fox
Elizabeth Thomas
Dion Wynn

**Utilities**
Alameda Municipal Power
AT&T
Comcast
Cox Business
Cox Communications
Devens Utilities
Direct Energy Business
Dominion Energy
Duke Energy
East Bay Municipal Utility District
Edison - Southern California
Eversource
Gastec
GFL Environmental
Massachusetts Water Resources Authority
Momentum Telecom, Inc.
Nationalgrid
NRG Business Marketing
RCN
Republic Services
San Diego Gas & Electric
Spectrum
T-Mobile
Verizon
Verizon Wireless

**Benefits Providers & Administrators**

Azzur Group Holdings LLC – Parties & Interest List

Delta Dental Plans Association
EyeMed Vision Care, LLC
HealthEquity, Inc.
Independence Blue Cross
isolved HRM
Reliance Standard Life Insurance Company
TAG Resources
The Harrison Group, Inc.

**Subcontractors**
9391-4471 Quebec
Aciem Group
Acumen Decisions Inc
Agile Wizard LLC
Alice Consulting, LLC
Aplomb Technologies, Inc
Area Consulting LLC
AscendIT
Aseem Group Inc
Aspire Consulting
Automation & Validation Solutions
Barrington James USA
BioEngine LLC
Blue Line Landscape
Box Inc
Caisson LLC
Capital Technology
CFR Consulting
Chemical Engineering Solutions
CloudVik LLC
CoGenyx LLC
Commissioning & Qualificatoin
CQV Solutions
Daelight Solutions
De Jong Pharm Consult
Desalvo Consulting
Dukes Consulting
ECSquared
Elite Inc.
Enterprise Rental
Essco Calibration Laboratory
EventX LLC
Fire wheel Support Services
Forge Forward Engineering
Fourth Technologies
Full Spectrum Quality
Global Compliance Group
Graymatter Partners
Greentech Facilities LLC
IBN Technologies

Innovative Quality Solutions
JL Pharma Consulting
Joanna Ellis
Josee Bouchard
JVT Advisors
Kinzo Group LLC
Kneat Solutions
Level Up Cyclehouse LLC
Medix Staffing Solutions
Minda McDorman Consulting
Mirroar LLC
MJensen Consulting
MNL Consulting
Mobius Cloud Solutions, LLC
MVEER Fintech, India
ND Global Consulting Services
Nebolisa Enterprises LLC
Novel Corporation
Panacea Group
Panorama Consulting & Engineering
Peace Haven Corp
Phaidon International (US) Inc.
Pionnerr GMP Consulting
Premium Ventures LLC
PTS Advance
Regus Management Group LLC
Reliable Building Services
Reliant Consulting, Inc.
RKZ GROUP LLC
Sarah Stewart
Sathram Corporation
Shane McGinley
Sokol Material and Services, Inc.
SSATech
ST Smart Solution Group Inc
Steyer Consulting Engineering Resources
Strategic Advisory Solutions
StrattBio Consulting
Tam Consulting LLC
TAPFIN
Team3GreyMatter, LLC
Technical & Professional Services, LLC
The Biotech Box
The Veritas Healthcare Solutions, LLC
TL Keel Counsulting
Touchstone Merchandise Group
Transperfect
TRC Staffing
Tyalk LLC
Tyson & Sons Logisitcs

Azzur Group Holdings LLC – Parties & Interest List

United Pharma Technologies, Inc.
Valcon Engineering
Validation Associates
Validation Resolution
Valira LLC
Valnet Hire Group
Vastek, Inc.
Vella Consulting
Verdantas LLC
Versat Consulting
Vision Consulting
Visual technologies
Wainrights
Willow River Solutions
Wilson Consulting Services, LLC
Worldwide Trainers and Writers, Inc.
Wunderlich-Malec Engineering, Inc.
ZenQMS LLC

**<u>Schedule 2</u>**

| Matched Entity | Relationship to Debtors | Relationship to Ankura |
|---|---|---|
| ACE American Insurance Company | Broker & Insurers | Past Client |
| Andersen Tax Holdings | Other Professionals | Current Client, Vendor |
| AT&T | Utilities | Current Client, Past Client, Vendor |
| Box Inc | Subcontractors | Current Client, Vendor |
| California Department of Tax and Fee Administration | Taxing and Governmental Authorities | Vendor |
| California Franchise Tax Board | Taxing and Governmental Authorities | Vendor |
| CDW Direct | Top 30 | Current Client, Vendor |
| Chubb | Broker & Insurers | Past Client, Vendor |
| CNA Insurance | Broker & Insurers | Vendor |
| Comcast | Utilities | Current Client, Vendor |
| Commonwealth of Massachusetts Attorney General | Litigation Parties | Past Client |
| Dallas County | Taxing and Governmental Authorities | Vendor |
| Delta Dental Plans Association | Benefits Providers & Administrators | Past Client |
| DLA Piper | Bankruptcy Professionals | Current Client, Past Client, Vendor |
| Endurance Assurance Corporation | Broker & Insurers | Current Client, Past Client |
| Eversource | Utilities | Current Client, Past Client |
| EyeMed Vision Care, LLC | Benefits Providers & Administrators | Past Client |
| Fox Rothschild LLP | Other Professionals | Current Client, Past Client, Vendor |
| HealthEquity, Inc. | Benefits Providers & Administrators | Vendor |
| Illinois Union Insurance Company | Broker & Insurers | Current Client |
| isolved HRM | Benefits Providers & Administrators | Vendor |
| Jackson Lewis P.C. | Other Professionals | Current Client, Past Client |
| Kelley Drye & Warren LLP | Other Professionals | Current Client, Past Client, Vendor |
| Keystone Capital | M&A and Potential M&A Counterparties | Current Client |
| Klehr Harrison Harvey Branzburg | Other Professionals | Past Client |
| Lockton Companies, LLC | Broker & Insurers | Vendor |
| M&T Bank | Bank, Lender & Lienholder | Current Client |
| Market Place Business Center LLC (successor in interest to The Irvine Company, LLC) | Landlords & Lessors | Current Client |
| Massachusetts Department of Revenue | Taxing and Governmental Authorities | Vendor |
| Nationalgrid | Utilities | Past Client |
| North Carolina Secretary of State | Taxing and Governmental Authorities | Vendor |
| Oracle America, Inc. | Top 30 | Past Client, Vendor |
| Otterbourg P.C. | Bankruptcy Professionals | Current Client |
| Phaidon International (US) Inc. | Subcontractors | Vendor |

| Matched Entity | Relationship to Debtors | Relationship to Ankura |
|---|---|---|
| Regus Management Group LLC | Subcontractors | Vendor |
| Republic Services | Utilities | Current Client |
| Richards, Layton & Finger | Bankruptcy Professionals | Current Client, Past Client, Vendor |
| Ropes & Gray LLP | Bankruptcy Professionals | Current Client, Past Client |
|  |  |  |
| San Diego Gas & Electric | Utilities | Current Client |
|  |  |  |
| Solomon Ward Seidenwurm & Smith LLP | Other Professionals | Past Client |
| Sompo Insurance | Broker & Insurers | Past Client |
| Stericycle Inc | Top 30 | Past Client, Vendor |
| Texas Comptroller of Public Accounts | Taxing and Governmental Authorities | Vendor |
| Texas Workforce Commission | Taxing and Governmental Authorities | Vendor |
| The Commonwealth of Massachusetts | Taxing and Governmental Authorities | Past Client, Vendor |
| The Irvine Company LLC | Landlords & Lessors | Past Client |
| T-Mobile | Utilities | Current Client, Past Client |
| Transperfect | Subcontractors | Vendor |
| Veolia Environmental Services | Top 30 | Current Client, Past Client |
| Verizon | Utilities | Vendor |
| Verizon Wireless | Utilities | Vendor |
|  |  |  |