# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AZZUR GROUP HOLDINGS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10342 (KBO)<br><br>(Jointly Administered)<br><br>**Hearing Date: April 9, 2025, at 9:30 a.m. (ET)**<br>**Objection Deadline: March 28, 2025, at 4:00 p.m. (ET)** |

## NOTICE OF HEARING[2]

**PLEASE TAKE NOTICE** that, Azzur Group Holdings LLC and its affiliated debtors (collectively, the "Debtors") filed voluntary petitions for relief on March 2, 2025 (the "Petition Date") under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously herewith, the Debtors filed the following pleadings (each, an "Application" and collectively, the "Applications"):

- *Application of the Debtors for Entry of an Order (I) Authorizing the Debtors to Retain and Employ DLA Piper LLP (US) as Counsel, Effective as of the Petition Date and (II) Granting Related Relief;*

- *Application of the Debtors for Entry of an Order Authorizing the Debtors to (I) Retain Ankura Consulting Group, LLC to Provide Debtors A Chief Restructuring Officer and Certain Additional Personnel and (II) Designate M. Benjamin Jones as Chief Restructuring Officer, Effective as of the Petition Date;*

- *Application of the Debtors for Appointment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date; and*

- *Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Debtors' Professional Retention Applications, and (II) Granting Related Relief.*

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Applications is scheduled for **April 9, 2025, at 9:30 a.m. (prevailing Eastern Time)** (the

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Azzur. The Debtors' headquarters and the mailing address for the Debtors is 330 South Warminster Road, Suite 341, Hatboro, PA 19040.

[2] Copies of all filings identified in this notice may be obtained through the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Azzur.

"Hearing") before the Honorable Karen B. Owens, United States Bankruptcy Judge, at the Court, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, any objections or responses to any Application must be (i) made in writing and (ii) filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served so as to be **received on or before 4:00 p.m. (ET) on March 28, 2025**. Service of any objection or response to the Motion is to be made to: (a) proposed counsel for the Debtors, DLA Piper LLP (US), (i) 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801 (Attn.: Stuart M. Brown [stuart.brown@us.dlapiper.com]) and (ii) 444 West Lake Street, Suite 900, Chicago, Illinois 60606 (Attn.: W. Benjamin Winger [benjamin.winger@us.dlapiper.com]); (b) the Office of the United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King St., Lockbox 35, Wilmington, Delaware 19801 (Attn.: Jonathan Lipshie [jon.lipshie@usdoj.gov]); (c) counsel to the DIP Lender and Pre-Petition Lender, (i) Richards, Layton & Finger, PA, 920 North King Street, Wilmington, Delaware 19801 (Attn.: John H. Knight [knight@rlf.com]) and (ii) Otterbourg P.C., 230 Park Avenue, New York, New York 10169 (Attn.: Andrew M. Kramer [akramer@otterbourg.com] and James V. Drew [jdrew@otterbourg.com]); and (d) counsel to any official committee appointed in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that if any objection or response is timely filed and served, you or your attorney must attend the Hearing.

[*Remainder of page intentionally left blank*]

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTION OR RESPONSE TO AN APPLICATION IS TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY ENTER THE RELIEF REQUESTED IN THE APPLICATIONS WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: March 14, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br>  /s/  Stuart M. Brown  <br>Stuart M. Brown (DE 4050)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2462<br>Email: stuart.brown@us.dlapiper.com<br><br>- and -<br><br>W. Benjamin Winger (admitted *pro hac vice*)<br>444 West Lake Street, Suite 900<br>Chicago, Illinois 60606<br>Telephone: (312) 368-4000<br>Facsimile: (312) 236-7516<br>Email: benjamin.winger@us.dlapiper.com<br><br>*Proposed Counsel to the Debtors* |