# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AZZUR GROUP HOLDINGS LLC, *et al.*,[1] | Case No. 25-10342 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 24, 2025 AT 9:30 A.M. (ET)

**ALL MATTERS ARE BEING ADJOURNED; THEREFORE, WITH THE COURT'S PERMISSION, THIS HEARING IS CANCELLED**

## MATTER ADJOURNED:

1. Motion of the Debtors for Entry of an Order (I) Extending the Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs and (II) Granting Related Relief [D.I. 10; filed 03/02/2025].

    **Response Deadline:** March 17, 2025, at 4:00 p.m. (ET).

    **Related Documents:**

    **Responses Received:** None.

    **Status:** This matter is being adjourned to April 9, 2025, at 9:30 a.m. (ET).

## MATTERS GOING FORWARD:

2. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Operate Their Cash Management System, (B) Honor Prepetition Obligations Related Thereto, and (C) Perform Intercompany Transactions, (II) Waiving Strict Application of Section 345(b) of the Bankruptcy Code and the U.S. Trustee Guidelines to the Extent Necessary, and (III) Granting Related Relief [D.I. 5; filed 03/02/2025].

    **Response Deadline:** March 17, 2025, at 4:00 p.m. (ET).

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Azzur. The Debtors' headquarters and the mailing address for the Debtors is 330 South Warminster Road, Suite 341, Hatboro, PA 19040.

[2] This amends the *Notice of Agenda of Matters Scheduled for Hearing on March 24, 2025 at 9:30 a.m. (ET)* [D.I. 129] filed on March 20, 2025. Amended items are in **BOLD**.

**Related Documents:**

- A. Certification of Counsel Regarding Interim Order (I) Authorizing the Debtors to (A) Operate Their Cash Management System, (B) Honor Prepetition Obligations Related Thereto, and (C) Perform Intercompany Transactions, (II) Waiving Strict Application of Section 345(b) of the Bankruptcy Code and the U.S. Trustee Guidelines to the Extent Necessary, and (III) Granting Related Relief [D.I. 52; filed 03/04/2025].

- B. Interim Order (I) Authorizing the Debtors to (A) Operate Their Cash Management System, (B) Honor Prepetition Obligations Related Thereto, and (C) Perform Intercompany Transactions, (II) Waiving Strict Application of Section 345(b) of the Bankruptcy Code and the U.S. Trustee Guidelines to the Extent Necessary, and (III) Granting Related Relief [D.I. 59; filed 03/04/2025].

**Responses Received:** None.

**Status:** This matter is being adjourned to March 27, 2025 at 2:00 p.m. (ET) for further scheduling.

3. Motion of the Debtors for Entry of Interim and Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service, (III) Approving the Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (IV) Establishing Procedures for Resolving Objections by Utility Companies, and (V) Granting Related Relief [D.I. 6; filed 03/02/2025].

   **Response Deadline:** March 17, 2025, at 4:00 p.m. (ET); extended by agreement for Stericycle, Inc. to March 19, 2025, at 4:00 p.m. (ET).

   **Related Documents:**

   - A. Certification of Counsel Regarding Interim Order (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service, (III) Approving the Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (IV) Establishing Procedures for Resolving Objections by Utility Companies, and (V) Granting Related Relief [D.I. 58; filed 03/04/2025].

   - B. Interim Order (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service, (III) Approving the Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (IV) Establishing Procedures for Resolving Objections by Utility Companies, and (V) Granting Related Relief [D.I. 67; filed 03/04/2025].

**Responses Received:** None.

**Status:** **This matter is being adjourned to March 27, 2025 at 2:00 p.m. (ET) for further scheduling.**

4. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance Coverage Entered into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify or Purchase Insurance Coverage, (II) Authorizing Banks to Honor Related Checks and Transfers, and (III) Granting Related Relief [D.I. 7; filed 03/02/2025].

    **Response Deadline:** March 17, 2025, at 4:00 p.m. (ET).

    **Related Documents:**

    A. Certification of Counsel Regarding Interim Order (I) Authorizing the Debtors to (A) Maintain Insurance Coverage Entered into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify or Purchase Insurance Coverage, (II) Authorizing Banks to Honor Related Checks and Transfers, and (III) Granting Related Relief [D.I. 54; filed 03/04/2025].

    B. Interim Order (I) Authorizing the Debtors to (A) Maintain Insurance Coverage Entered into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify or Purchase Insurance Coverage, (II) Authorizing Banks to Honor Related Checks and Transfers, and (III) Granting Related Relief [D.I. 60; filed 03/04/2025].

    **Responses Received:** None.

    **Status:** **This matter is being adjourned to March 27, 2025 at 2:00 p.m. (ET) for further scheduling.**

5. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [D.I. 8; filed 03/02/2025].

    **Response Deadline:** March 17, 2025, at 4:00 p.m. (ET).

    **Related Documents:**

    A. Certification of Counsel Regarding Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [D.I. 65; filed 03/04/2025].

    B. Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [D.I. 70; filed 03/05/2025].

**Responses Received:** None.

**Status:** **This matter is being adjourned to March 27, 2025 at 2:00 p.m. (ET) for further scheduling.**

6. Motion of the Debtors for Interim and Final Orders (I) (A) Authorizing the Debtors to Pay Certain Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief [D.I. 9; filed 03/02/2025].

   **Response Deadline:** March 17, 2025, at 4:00 p.m. (ET).

   **Related Documents:**

   A. Certification of Counsel Regarding Interim Order (I) (A) Authorizing the Debtors to Pay Certain Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief [D.I. 57; filed 03/04/2025].

   B. Interim Order (I) (A) Authorizing the Debtors to Pay Certain Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief [D.I. 66; filed 03/04/2025].

   **Responses Received:** None.

   **Status:** **This matter is being adjourned to March 27, 2025 at 2:00 p.m. (ET) for further scheduling.**

7. Motion of Debtors and Debtors in Possession for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing, (B) Grant Liens and Superpriority Claims, and (C) Grant Adequate Protection, (II) Modify the Automatic Stay, (III) Schedule a Final Hearing and (IV) Related Relief [D.I. 11; filed 03/03/2025].

   **Response Deadline:** March 17, 2025, at 4:00 p.m. (ET); extended by agreement for King 45 Jackson LLC to March 18, 2025, at 4:00 p.m. (ET); extended by agreement for Chubb Insurance Companies to March 19, 2025, at 4:00 p.m. (ET); **extended by agreement for Official Committee of Unsecured Creditors (the "Committee") to March 26, 2025 at 5:00 p.m. (ET)**.

   **Related Documents:**

   A. Notice of Filing of Amended Proposed Debtor in Possession Financing Budget [D.I. 19; filed 03/03/2025].

   B. Certification of Counsel Regarding Interim Order (I) Authorizing Debtors and Debtors in Possession to (A) Obtain Postpetition Financing, (B) Grant Liens and Super-Priority Claims, and (C) Grant Adequate Protection, (II) Modify the

| | | |
|---|---|---|
| | | Automatic Stay, (III) Schedule a Final Hearing and (IV) Related Relief [D.I. 61; filed 03/04/2025]. |
| | C. | Interim Order (I) Authorizing Debtors and Debtors in Possession to (A) Obtain Postpetition Financing, (B) Grant Liens and Super-Priority Claims, and (C) Grant Adequate Protection, (II) Modify the Automatic Stay, (III) Schedule a Final Hearing and (IV) Related Relief [D.I. 63; filed 03/04/2025]. |
| | D. | Motion of the Debtors for Leave to File a Late Omnibus Reply to Devens Landlord Limited Objection to DIP Motion and U.S. Trustee Limited Objection to Sale Incentive Plan [D.I. 128; filed 03/20/2025]. |
| | E. | Order Granting Motion of the Debtors for Leave to File a Late Omnibus Reply to Devens Landlord Limited Objection to DIP Motion and U.S. Trustee Limited Objection to Sale Incentive Plan [D.I. 132; filed 3/21/2025]. |

**Responses Received:**

A. Limited Objection of King 45 Jackson LLC to Debtors' DIP Financing Motion [D.I. 117; filed 03/18/2025].

B. Debtors' Omnibus Reply to Devens Landlord's Limited Objection to DIP Motion and U.S. Trustee's Limited Objection to Sale Incentive Plan [D.I. 126; filed 03/20/2025].

**Status:** **This matter is being adjourned to March 27, 2025 at 2:00 p.m. (ET) for further scheduling.**

8. Motion of the Debtors for Entry of an Order (I) (A) Approving Bidding Procedures for the Potential Sale of the Debtors' Assets, (B) Scheduling Certain Dates with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter Into the Consulting Stalking Horse APA and Related Bid Protections, (E) Approving Procedures for Assumption and Assignment, and (F) Granting Related Relief and (II) (A) Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [D.I. 13; filed 03/03/2025].

**Response Deadline:** March 17, 2025, at 4:00 p.m. (ET); **extended by agreement for Committee to March 26, 2025 at 4:00 p.m. (ET)**.

**Related Documents:**

A. Notice of Proposed Sale Pursuant to Stalking Horse APA and Related Dates and Deadlines [D.I. 41; filed 03/03/2025].

B. Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 42; filed 03/03/2025].

C. Affidavit of Service (D.I.: 13, 41, and 42) [D.I. 47; filed 03/04/2025].

D. Notice of Revised Cure Schedule [D.I. 78; filed 03/06/2025].

E. Notice of Filing of Supplemental Cure Schedule [D.I. 91; filed 03/10/2025].

F. Affidavit of Service (Supplemental) (D.I.: 41 and 42) [D.I. 114; filed 03/17/2025].

G. Affidavit of Service (Customized D.I.: 42) [D.I. 115; filed 03/17/2025].

H. Affidavit of Service (Customized D.I. 42) [D.I. 123; filed 03/19/2025].

**I. Notice of Filing of Second Supplemental Cure Notice [D.I. 131; filed 03/21/2025].**

**Responses Received:**

A. Limited Objection of the United States Trustee to the Motion of the Debtors for Entry of an Order (A) Approving Bidding Procedures for the Potential Sale of the Debtors' Assets, (B) Scheduling Certain Dates with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter Into the Consulting Stalking Horse APA and Related Bid Protections, (E) Approving Procedures for Assumption and Assignment, and (F) Granting Related Relief [D.I. 113; filed 03/17/2025].

**Status:** **This matter is being adjourned to March 27, 2025 at 2:00 p.m. (ET)**.

9. Motion of the Debtors to Redact Portions of the Debtors' Bidding Procedures Motion [D.I. 79; filed 03/06/2025].

**Response Deadline:** March 17, 2025, at 4:00 p.m. (ET); **extended by agreement for Committee to March 26, 2025 at 4:00 p.m. (ET)**.

**Related Documents:**

A. Affidavit of Service (D.I.: 79) [D.I. 97; filed 03/11/2025].

**Responses Received:** None.

**Status:** **This matter is being adjourned to March 27, 2025 at 2:00 p.m. (ET)**.

10. Motion of the Debtors to Redact Portions of the Debtors' Cure Notice [D.I. 80; filed 03/06/2025].

**Response Deadline:** March 17, 2025, at 4:00 p.m. (ET); **extended by agreement for Committee to March 26, 2025 at 4:00 p.m. (ET)**.

**Related Documents:**

A.  Affidavit of Service (D.I.: 80) [D.I. 97; filed 03/11/2025].

**Responses Received:** None.

**Status:** This matter is being adjourned to March 27, 2025 at 2:00 p.m. (ET).

11. Application of the Debtors for Entry of an Order (I) Authorizing the Employment and Retention of Brown Gibbons Lang & Co. Securities Inc. as Investment Banker to the Debtors Effective as of the Petition Date, (II) Modifying Certain Time-Keeping Requirements, and (III) Granting Related Relief [D.I. 44; filed 03/03/2025].

    **Response Deadline:** March 17, 2025, at 4:00 p.m. (ET); **extended by agreement for Committee to March 26, 2025 at 5:00 p.m. (ET)**.

    **Related Documents:** None.

    **Responses Received:**

    A.  Objection of the United States Trustee to Application of the Debtors for an Order (I) Authorizing the Employment and Retention of Brown Gibbons Lang & Co. as Investment Bankers as of the Petition Date, (II) Modifying Certain Time Keeping Records, and (III) Granting Related Relief [D.I. 94; filed 03/11/2025].

    B.  Debtors' Reply in Support of the Application to Employ Brown Gibbons Lang & Co. Securities Inc. as Investment Banker [D.I. 124; filed 03/19/2025].

    C.  Supplemental Declaration of J. Kyle Brown in Support of Application of the Debtors for Entry of an Order (I) Authorizing the Employment and Retention of Brown Gibbons Lang & Co. Securities as Investment Banker to the Debtors Effective as of the Petition Date, (II) Modifying Certain Time-Keeping Requirements, and (III) Granting Related Relief [D.I. 125; filed 03/19/2025].

    D.  Supplemental Declaration of M. Benjamin Jones in Support of the Motion of the Debtors for Entry of an Order (I) Approving the Debtors' Sale Incentive Plan, and (II) Application to Employ and Retain Brown Gibbons Lang & Co. LLC as Investment Banker [D.I. 127; filed 3/20/2025].

    **Status:** This matter is being adjourned to March 27, 2025 at 2:00 p.m. (ET).

12. Omnibus Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases and (B) Abandon Any Remaining Property Located at Premises of Rejected Leases and (II) Granting Certain Related Relief [D.I. 45; filed 03/03/2025].

    **Response Deadline:** March 17, 2025, at 4:00 p.m. (ET); **extended by agreement for Committee to March 26, 2025 at 5:00 p.m. (ET)**.

    **Related Documents:** None.

**Responses Received:** None.

**Status:** **This matter is being adjourned to March 27, 2025 at 2:00 p.m. (ET) for further scheduling.**

13. Motion of the Debtors for Entry of an Order (I) Approving the Debtors' Sale Incentive Plan, and (II) Granting Related Relief [UNDER SEAL: D.I. 46; filed 03/03/2025].

    **Response Deadline:** March 17, 2025, at 4:00 p.m. (ET); extended by agreement for the Office of the United States Trustee to March 19, 2025, at 4:00 p.m. (ET); **extended by agreement for Committee to March 26, 2025 at 5:00 p.m. (ET)**.

    **Related Documents:**

    A. Notice of Filing Redacted Version of Motion of the Debtors for Entry of an Order (I) Approving the Debtors' Sale Incentive Plan, and (II) Granting Related Relief [D.I. 82; filed 03/06/2025].

    B. Notice of Filing Revised Redacted Version of Motion of the Debtors for Entry of an Order (I) Approving the Debtors' Sale Incentive Plan, and (II) Granting Related Relief [D.I. 90; filed 03/10/2025].

    C. Motion of the Debtors for Leave to File a Late Omnibus Reply to Devens Landlord Limited Objection to DIP Motion and U.S. Trustee Limited Objection to Sale Incentive Plan [D.I. 128; filed 03/20/2025].

    **Responses Received:**

    A. United States Trustee's Limited Objection to Motion of the Debtors for Entry of an Order (I) Approving the Debtors' Sale Incentive Plan and (II) Granting Related Relief [D.I. 122; filed 03/18/2025].

    B. Supplemental Declaration of M. Benjamin Jones in Support of the Motion of the Debtors for Entry of an Order (I) Approving the Debtors' Sale Incentive Plan, and (II) Application to Employ and Retain Brown Gibbons Lang & Co. LLC as Investment Banker [D.I. 127; filed 3/20/2025].

    C. Order Granting Motion of the Debtors for Leave to File a Late Omnibus Reply to Devens Landlord Limited Objection to DIP Motion and U.S. Trustee Limited Objection to Sale Incentive Plan [D.I. 132; filed 3/21/2025].

    **Status:** **This matter is being adjourned to March 27, 2025 at 2:00 p.m. (ET).**

14. Motion of the Debtors to Redact Portions of the Motion of the Debtors for Entry of an Order Approving the Debtors' Sale Incentive Plan, and (II) Granting Related Relief [D.I. 81; filed 03/06/2025].

**Response Deadline:** March 17, 2025, at 4:00 p.m. (ET); **extended by agreement for Committee to March 26, 2025 at 4:00 p.m. (ET)**.

**Related Documents:** None.

**Responses Received:** None.

**Status:** **This matter is being adjourned to March 27, 2025 at 2:00 p.m. (ET).**

15. Motion of the Debtors for Entry of an Order (I) Establishing Deadlines for Filing Proofs of Claim, Including Section 503(b)(9) Claims, (II) Approving the Form and Manner of Notice Thereof, and (III) Granting Related Relief [D.I. 93; filed 03/10/2025].

    **Response Deadline:** March 17, 2025, at 4:00 p.m. (ET); **extended by agreement for Committee to March 26, 2025 at 5:00 p.m. (ET)**.

    **Related Documents:** None.

    **Responses Received:** None.

    **Status:** **This matter is being adjourned to March 27, 2025 at 2:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE** that parties interested in obtaining copies of the aforementioned pleadings, and/or any other document filed in the above-captioned cases may do so by: (i) accessing the Court's website at https://www.deb.uscourts.gov (note that a PACER password is needed to access documents on the Court's website); (ii) contacting the Office of the Clerk of the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801; (iii) accessing the website maintained by Stretto, Inc., the Debtors' proposed noticing agent, available at: https://cases.stretto.com/Azzur (which is free of charge); or (iv) contacting proposed counsel for the Debtors using the contact information below.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: March 21, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br>　/s/　Stuart M. Brown　　　　<br>Stuart M. Brown (DE 4050)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2462<br>Email: stuart.brown@us.dlapiper.com<br><br>- and -<br><br>W. Benjamin Winger (admitted *pro hac vice*)<br>444 West Lake Street, Suite 900<br>Chicago, Illinois 60606<br>Telephone: (312) 368-4000<br>Facsimile: (312) 236-7516<br>Email: benjamin.winger@us.dlapiper.com<br><br>*Proposed Counsel to the Debtors* |