# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AZZUR GROUP HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. Case No. 25-10342 (KBO)<br><br>(Jointly Administered)<br><br>**Re: D.I.: 13 & 177** |

## NOTICE OF AUCTION, SALE HEARING AND CERTAIN RELATED DEADLINES

**PLEASE TAKE NOTICE OF THE FOLLOWING**:

1. On March 2, 2025, the above-captioned debtors and debtors-in-possessions (the "Debtors") filed voluntary petitions for relief pursuant to chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. On March 3, 2025, the Debtors filed a motion [D.I. 13] (the "Bidding Procedures and Sale Motion"), pursuant to sections 105(a), 363, 365, 503, and 507 of the Bankruptcy Code and Rules 2002, 6004, 6006, 9007, 9008, and 9014 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), seeking entry of an order (the "Bidding Procedures Order") (a) scheduling an auction (the "Auction") for the sale of the Debtors' businesses and assets (the "Assets") and a hearing to approve the sale of the Assets (the "Sale Hearing"), (b) approving procedures (the "Bidding Procedures")[2] for submitting competing bids for the Assets, (c) authorizing the Debtors to designate the Stalking Horse Bidder and approving the Bid Protections in accordance with the Stalking Horse APA and Bidding Procedures Order, (d) subject to final Bankruptcy Court approval at the Sale Hearing, authorizing and approving the Debtors to enter into and perform under the Stalking Horse APA, as applicable, subject to higher or otherwise better offers submitted in accordance with the Bidding Procedures, (e) approving the form and manner of the notice of the Auction and the Sale Hearing, (f) establishing procedures for the assumption and assignment of the Contracts and Leases (as defined in the Bidding Procedures Order) to any purchaser(s) of the Assets and approving the form and manner of notice thereof, and (g) scheduling a hearing to approve the Debtors' assumption and assignment of the Assigned Contracts, payment of the applicable cure amounts (if any), and/or resolve any objections thereto.

3. On March 28, 2025, the Bankruptcy Court entered the Bidding Procedures Order [D.I. 177]. Pursuant to the Bidding Procedures Order, if at least two (2) Qualified Bids with regard to any particular Assets are received by the Bid Deadline (as defined below), the Debtors will

---

[1] A list of the Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Azzur. The Debtors' headquarters and the mailing address for the Debtors is 330 South Warminster Road, Suite 341, Hatboro, PA 19040.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures.

conduct the Auction. **The Auction shall be held live at the offices of DLA Piper LLP (US) located at 444 W. Lake St., Ste. 900, Chicago, IL 60606, and/or virtual, on April 9, 2025, starting at 10:00 a.m. (prevailing Eastern Time) or such other time as the Debtors shall designate and notify to all Qualified Bidders**. Only the Debtors, the Qualified Bidders, the Consultation Parties, and each such parties' respective legal and financial advisors shall be entitled to attend the Auction, along with any other creditor, and any other party the Debtors deem appropriate. Any party in interest may attend (but not participate in) the Auction if any such party in interest provides the Debtors with written notice of its intention to attend the Auction on or before the Bid Deadline, which written notice shall be sent to proposed counsel for the Debtors via electronic mail, to Stuart M. Brown, Esq. at stuart.brown@us.dlapiper.com, W. Benjamin Winger, Esq. at benjamin.winger@us.dlapiper.com, and Katherine Allison, Esq. at katie.allison@us.dlapiper.com. **Only parties that have submitted a Qualified Bid, as set forth in the Bidding Procedures Order, by no later than April 7, 2025, at 5:00 p.m. (prevailing Eastern Time) (the "Bid Deadline") may bid at the Auction**. *Any party that wishes to take part in this process and submit a Bid (as defined in the Bidding Procedures) for any portion of the Assets must submit their competing Bid prior to the Bid Deadline and in accordance with the Bidding Procedures*.

4. **The Sale Hearing to consider approval of the Sale of the Assets to the Successful Bidder(s), free and clear of all liens, claims, encumbrances, and interests, will be held before the Honorable Karen B. Owens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, on April 16, 2025, at 1:00 p.m. (prevailing Eastern Time)**; provided, however, that if there is no Auction because there are no Qualified Bids besides the Stalking Horse Bid, or if the Stalking Horse Bidder is the Successful Bidder at an Auction for the Consulting Business, then the Sale Hearing shall occur on **April 11, 2025 at 1:00 p.m. (prevailing Eastern Time)**. Subject to consultation with the Consultation Parties (and the Stalking Horse Bidder, if the Stalking Horse Bidder is the Successful Bidder), the Sale Hearing may be adjourned by the Debtors from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing or by including such adjournment on any agenda filed with the Bankruptcy Court or by the filing of a notice with the Bankruptcy Court.

5. **The Debtors encourage all parties-in-interest to review the documents referenced herein in their entirety, including the Bidding Procedures and Sale Motion and the Bidding Procedures Order, which requests approval of a number of important dates and deadlines in connection with the Sale.**

6. As set forth in the notice filed by the Debtors on the docket of the Chapter 11 Cases on March 3, 2025, at D.I. 41, objections to approval of the Stalking Horse APA and the transactions contemplated therein and the Sale of the Consulting Business free and clear of liens, claims, encumbrances, and other interests (except as set forth in the Stalking Horse APA) to the Stalking Horse Bidder were required to be in writing, shall have stated the basis of such objection with specificity, and shall have been filed with the Bankruptcy Court and served on the following parties

(collectively, the "Notice Parties") so that such objection was **actually received by 4:00 p.m. (prevailing Eastern Time) on March 24, 2025** (the "Stalking Horse Sale Objection Deadline"):[3]

   (a)   proposed counsel to the Debtors, DLA Piper LLP (US) (i) 1201 North Market Street, Suite 2100 Wilmington, Delaware 19801 (Attn.: Stuart M. Brown [stuart.brown@us.dlapiper.com]); and (ii) 444 West Lake Street, Suite 900 Chicago, Illinois 60606 (Attn.: W. Benjamin Winger [benjamin.winger@us.dlapiper.com] and Katherine Allison [katie.allison@us.dlapiper.com]);

   (b)   proposed financial advisor to the Debtors, Ankura Consulting Group, LLC, 485 Lexington Avenue, 10th Floor, New York, New York 10017 (Attn.: M. Benjamin Jones, Chief Restructuring Officer of the Debtors [ben.jones@ankura.com]);

   (c)   investment banker to the Debtors, Brown Gibbons Lang & Co. Securities, One Magnificent Mile, 980 N. Michigan Ave., Suite 1800, Chicago, IL 60611 (Attn.: Kyle Brown [kbrown@bglco.com] and T. Michael Madden [mmadden@bglco.com]);

   (d)   counsel to the DIP Lender and Pre-Petition Lender, (i) Richards, Layton & Finger, PA, 920 North King Street, Wilmington, Delaware 19801 (Attn.: John H. Knight [knight@rlf.com]) and (ii) Otterbourg P.C., 230 Park Avenue, New York, New York 10169 (Attn.: Andrew M. Kramer [akramer@otterbourg.com] and James V. Drew [jdrew@otterbourg.com]);

   (e)   proposed counsel to the Official Committee of Unsecured Creditors (the "Committee"), Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (Attn.: Laura Davis Jones [ljones@pszjlaw.com], David M. Bertenthal [dbertenthal@pszjlaw.com], Colin R. Robinson [crobinson@pszjlaw.com.], and Edward A. Corma [ecorma@pszjlaw.com]);

   (f)   counsel to the Stalking Horse Bidder, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036-8704 (Attn.: Cristine Schwarzman, Esq. [cristine.schwarzman@ropesgray.com] and Patricia Chen, Esq. [patricia.chen@ropesgray.com]; and

   (g)   the Office of the United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King St., Lockbox 35, Wilmington, Delaware 19801 (Attn.: Jonathan Lipshie [jon.lipshie@usdoj.gov]).

7.     **Objections related solely to (i) the Sale of the Assets to a Successful Bidder other than the Stalking Horse Bidder, (ii) the conduct of the Auction, (iii) the identity of any Successful Bidder other than the Stalking Horse Bidder, and (iv) adequate assurance of future performance by any Successful Bidder other than the Stalking Horse Bidder must be**

---

[3] The Stalking Horse Sale Objection Deadline shall apply to all parties in interest except the Committee (defined herein). The Committee's deadline to object to the approval of the Stalking Horse APA and the Sale of the Consulting Business free and clear of liens, claims, encumbrances, and other interests (except as set forth in the Stalking Horse APA) to the Stalking Horse Bidder is 4:00 p.m. (prevailing Eastern Time) on April 7, 2025.

**in writing, state the basis of such objection with specificity, and be filed with the Bankruptcy Court and served so that it is actually received by the Notice Parties by April 14, 2025, at 4:00 p.m. (prevailing Eastern Time).**

**UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, IT SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO SUCH SALE, INCLUDING WITH RESPECT TO THE SALE OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, EXCEPT AS SET FORTH IN THE APPLICABLE PURCHASE AGREEMENT(S), AND THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER HEARING AND NOTICE.**

8. This Sale Notice is subject to the fuller terms and conditions of the Bidding Procedures and Sale Motion and the Bidding Procedures Order, with such Bidding Procedures Order controlling in the event of any conflict. The Debtors encourage all parties-in-interest to review such documents in their entirety. Parties interested in receiving more information regarding the sale of the Assets and/or copies of any related document, including the Bidding Procedures and Sale Motion, the Bidding Procedures Order, or the proposed form of Sale Order may make a written request to Benjamin Winger [benjamin.winger@us.dlapiper.com] and Katherine Allison [katie.allison@us.dlapiper.com]. In addition, copies of the Bidding Procedures and Sale Motion, the Bidding Procedures Order and this Notice are on file with the Clerk of the Bankruptcy Court, Third Floor, 824 North Market Street, Wilmington, Delaware 19801, and are available (a) for free on the Debtors' restructuring website at https://cases.stretto.com/Azzur or (b) for a fee via PACER by visiting https://pacer.uscourts.gov.

| | |
|---|---|
| Dated: March 31, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br> */s/ Stuart M. Brown*<br>Stuart M. Brown (DE - 4050)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2462<br>Email: stuart.brown@us.dlapiper.com<br><br>*- and -*<br><br>W. Benjamin Winger (admitted *pro hac vice*)<br>444 West Lake Street, Suite 900<br>Chicago, Illinois 60606<br>Telephone: (312) 368-4000<br>Facsimile: (312) 236-7516<br>Email: benjamin.winger@us.dlapiper.com<br><br>*Proposed Counsel to the Debtors* |