IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AZZUR GROUP HOLDINGS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10342 (KBO)<br><br>(Jointly Administered)<br><br>**Related D.I. 45** |

**CERTIFICATION OF COUNSEL REGARDING FIRST OMNIBUS ORDER
(I) AUTHORIZING THE DEBTORS TO (A) REJECT CERTAIN UNEXPIRED
LEASES AND (B) ABANDON ANY REMAINING PROPERTY LOCATED AT
PREMISES OF REJECTED LEASES AND (II) GRANTING RELATED RELIEF**

I, Stuart M. Brown, a partner with DLA Piper LLP (US), counsel to Azzur Group Holdings LLC and its affiliated debtors (collectively, the "Debtors"), in the above-captioned chapter 11 cases, hereby certify the following:

1. On March 3, 2025, the Debtors filed the *Omnibus Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases and (B) Abandon Any Remaining Property Located at Premises of Rejected Leases and (II) Granting Related Relief* [D.I. 45] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). A hearing on the Motion was set for March 24, 2025 at 9:30 a.m. (ET) with any responses due by March 17, 2025 at 4:00 p.m. (ET) (the "Response Deadline").

2. With the permission of the Court, the hearing on the Motion was continued to April 11, 2025, at 1:00 p.m. (ET).

3. A review of the docket indicates no party has filed a response or objection to the Motion. However, the Debtors have revised the proposed form of order granting the relief

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Azzur. The Debtors' headquarters and the mailing address for the Debtors is 330 South Warminster Road, Suite 341, Hatboro, PA 19040.

requested in the Motion (the "Revised Proposed Order"), by removing three leases from the list of leases to be rejected on Schedule 1, fully reserving the Debtors' rights to seek entry of an order approving the rejection of such removed leases.

4. A copy of the Revised Proposed Order is attached hereto as **Exhibit A**. A redline comparing the original proposed order filed as Exhibit A to the Motion and the Revised Proposed Order, to which the parties have agreed, is attached hereto as **Exhibit B**.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Revised Proposed Order, attached hereto as **Exhibit A**, at the earliest convenience of the Court.

| | |
|---|---|
| Dated: April 7, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br> /s/  Stuart M. Brown<br>Stuart M. Brown (DE 4050)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2462<br>Email: stuart.brown@us.dlapiper.com<br><br>- and -<br><br>W. Benjamin Winger (admitted *pro hac vice*)<br>444 West Lake Street, Suite 900<br>Chicago, Illinois 60606<br>Telephone: (312) 368-4000<br>Facsimile: (312) 236-7516<br>Email: benjamin.winger@us.dlapiper.com<br><br>*Counsel to the Debtors* |