# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AZZUR GROUP HOLDINGS LLC, *et al.*,[1] | Case No. 25-10342 (KBO) |
| Debtors. | (Jointly Administered) |

### NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 11, 2025 AT *2:00 P.M. (ET)*[3]

> This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via ZoomGov. Please review to Chief Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/judge-karen-b-owens) and the Court's website (https://ww.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Chief Judge Owens's expectations of remote participants, and the advance registration requirements.
>
> **Registration is required by 4:00 p.m. (Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourt Appearances* tool available on the Courts website.**

## MATTERS WHERE ORDERS ARE ENTERED:

1. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Operate Their Cash Management System, (B) Honor Prepetition Obligations Related Thereto, and (C) Perform Intercompany Transactions, (II) Waiving Strict Application of Section 345(b) of the Bankruptcy Code and the U.S. Trustee Guidelines to the Extent Necessary, and (III) Granting Related Relief [D.I. 5; filed 03/02/2025].

    **Response Deadline:** March 17, 2025, at 4:00 p.m. (ET).

    **Related Documents:**

    A. Certification of Counsel Regarding Interim Order (I) Authorizing the Debtors to (A) Operate Their Cash Management System, (B) Honor Prepetition Obligations

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Azzur. The Debtors' headquarters and the mailing address for the Debtors is 330 South Warminster Road, Suite 341, Hatboro, PA 19040.

[2] This amends the *Notice of Amended Agenda of Matters Scheduled for Hearing on April 11, 2025 at 1:00 p.m. (ET)* [D.I. 393], filed 04/11/2025. The only change is the time of the hearing.

[3] Copies of all motions and pleadings identified herein may be obtained through the website of the Debtors' claims agent at https://cases.stretto.com/Azzur.

      Related Thereto, and (C) Perform Intercompany Transactions, (II) Waiving Strict Application of Section 345(b) of the Bankruptcy Code and the U.S. Trustee Guidelines to the Extent Necessary, and (III) Granting Related Relief [D.I. 52; filed 03/04/2025].

    B.    Interim Order (I) Authorizing the Debtors to (A) Operate Their Cash Management System, (B) Honor Prepetition Obligations Related Thereto, and (C) Perform Intercompany Transactions, (II) Waiving Strict Application of Section 345(b) of the Bankruptcy Code and the U.S. Trustee Guidelines to the Extent Necessary, and (III) Granting Related Relief [D.I. 59; filed 03/04/2025].

    C.    Certification of Counsel Regarding Second Interim Order (I) Authorizing the Debtors to (A) Operate Their Cash Management System, (B) Honor Prepetition Obligations Related Thereto, and (C) Perform Intercompany Transactions, (II) Waiving Strict Application of Section 345(b) of the Bankruptcy Code and the U.S. Trustee Guidelines to the Extent Necessary, and (III) Granting Related Relief [D.I. 338]; filed 04/03/2025].

    D.    Second Interim Order (I) Authorizing the Debtors to (A) Operate Their Cash Management System, (B) Honor Prepetition Obligations Related Thereto, and (C) Perform Intercompany Transactions, (II) Waiving Strict Application of Section 345(b) of the Bankruptcy Code and the U.S. Trustee Guidelines to the Extent Necessary, and (III) Granting Related Relief [D.I. 355; filed 04/07/2025].

**Responses Received:** None.

**Status:**    The Court has entered the Second Interim Order for this matter; therefore, no hearing is necessary.

2.    Application of Debtors for Entry of an Order Authorizing Debtors to (I) Retain Ankura Consulting Group, LLC to Provide Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designate M. Benjamin Jones as Chief Restructuring Officer for the Debtors, Effective as of the Petition Date [Sealed D.I. 107; Redacted D.I. 111; filed 03/14/2025].

**Response Deadline:**  March 28, 2025, at 4:00 p.m. (ET).

**Related Documents:** None.

    A.    Certification of Counsel Regarding Order Authorizing the Debtors to (I) Retain Ankura Consulting Group, LLC to Provide Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designate M. Benjamin Jones as Chief Restructuring Officer for the Debtors, Effective as of the Petition Date [D.I. 339; filed 04/03/2025].

    B.    Order Authorizing the Debtors to (I) Retain Ankura Consulting Group, LLC to Provide Debtors a Chief Restructuring Officer and Certain Additional Personnel

and (II) Designate M. Benjamin Jones as Chief Restructuring Officer for the Debtors, Effective as of the Petition Date [D.I. 359; filed 04/08/2025].

**Responses Received:** None.

**Status:** The Court has entered the Order for this matter; therefore, no hearing is necessary.

## MATTERS GOING FORWARD:

3. Motion of the Debtors for Interim and Final Orders (I) (A) Authorizing the Debtors to Pay Certain Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief [D.I. 9; filed 03/02/2025].

   **Response Deadline:** March 17, 2025, at 4:00 p.m. (ET) extended by agreement for the Committee to April 7, 2025, at 4:00 p.m. (ET).

   **Related Documents:**

   A. Certification of Counsel Regarding Interim Order (I) (A) Authorizing the Debtors to Pay Certain Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief [D.I. 57; filed 03/04/2025].

   B. Interim Order (I) (A) Authorizing the Debtors to Pay Certain Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief [D.I. 66; filed 03/04/2025].

   C. **Notice of Proposed Final Order (I) (A) Authorizing the Debtors to Pay Certain Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Compensation and Benefits Programs, and (II) Granting Related Relief [D.I. 373; filed 04/09/2025].**

   D. ~~Supplemental Declaration of M. Benjamin Jones in Support of the Motion of the Debtors for Entry of Interim and Final Orders (I) (A) Authorizing the Debtors to Pay Certain Prepetition Wages, Salaries, Other Compensation and Benefit Programs, and (II) Granting Related Relief [D.I. TBD; filed 04/09/2025].~~

   **Responses Received:**

   A. Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Entry of Interim and Final Orders (I)(A) Authorizing the Debtors to Pay Certain Prepetition Wages, Salaries, Other Compensation and Benefits Programs, and (II) Granting Related Relief [D.I. 354; filed 04/07/2025].

B.   Omnibus Reply of the Debtors in Support of Entry of Orders Approving the (I) Sale of the Consulting Business to the Stalking Horse Purchaser, (II) Conditional Approval of the Disclosure Statement and Related Solicitation Procedures, and (III) Wages Motion on a Final Basis [D.I. 369; filed 04/09/2025].

**Status:** This matter is going forward.

4. Motion of Debtors and Debtors in Possession for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing, (B) Grant Liens and Superpriority Claims, and (C) Grant Adequate Protection, (II) Modify the Automatic Stay, (III) Schedule a Final Hearing and (IV) Related Relief [D.I. 11; filed 03/03/2025].

**Response Deadline:** March 17, 2025, at 4:00 p.m. (ET); extended by agreement for King 45 Jackson LLC to March 18, 2025, at 4:00 p.m. (ET); extended by agreement for Chubb Insurance Companies to March 19, 2025, at 4:00 p.m. (ET); extended by agreement for the Committee to April 7, 2025, at 4:00 p.m. (ET).

**Related Documents:**

A.   Notice of Filing of Amended Proposed Debtor in Possession Financing Budget [D.I. 19; filed 03/03/2025].

B.   Certification of Counsel Regarding Interim Order (I) Authorizing Debtors and Debtors in Possession to (A) Obtain Postpetition Financing, (B) Grant Liens and Super-Priority Claims, and (C) Grant Adequate Protection, (II) Modify the Automatic Stay, (III) Schedule a Final Hearing and (IV) Related Relief [D.I. 61; filed 03/04/2025].

C.   Interim Order (I) Authorizing Debtors and Debtors in Possession to (A) Obtain Postpetition Financing, (B) Grant Liens and Super-Priority Claims, and (C) Grant Adequate Protection, (II) Modify the Automatic Stay, (III) Schedule a Final Hearing and (IV) Related Relief [D.I. 63; filed 03/04/2025].

D.   Motion of the Debtors for Leave to File a Late Omnibus Reply to Devens Landlord Limited Objection to DIP Motion and U.S. Trustee Limited Objection to Sale Incentive Plan [D.I. 128; filed 03/20/2025].

E.   Order Granting Motion of the Debtors for Leave to File a Late Omnibus Reply to Devens Landlord Limited Objection to DIP Motion and U.S. Trustee Limited Objection to Sale Incentive Plan [D.I. 132; filed 03/21/2025].

F.   Certification of Counsel Regarding Interim Order (I) Authorizing Debtors and Debtors in Possession to (A) Obtain Postpetition Financing, (B) Grant Liens and Super-Priority Claims, and (C) Grant Adequate Protection, (II) Modify the Automatic Stay, (III) Schedule a Final Hearing and (IV) Related Relief [D.I. 331; filed 04/01/2025].

G. First Amendment to Interim Order (I) Authorizing Debtors and Debtors in Possession to (A) Obtain Postpetition Financing, (B) Grant Liens and Super-Priority Claims, and (C) Grant Adequate Protection; (II) Modifying the Automatic Stay; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [D.I. 336; filed 04/02/2025].

H. **Notice of Filing Final Order (I) Authorizing Debtors and Debtors in Possession to (A) Obtain Postpetition Financing, (B) Grant Liens and Super-Priority Claims, and (C) Grant Adequate Protection; (II) Modifying the Automatic Stay; and (III) Granting Related Relief [D.I. 385; filed 04/10/2025].**

I. **Notice of Filing Amended Debtor in Possession Financing Budget [D.I. 392; filed 04/11/2025].**

**Responses Received:**

A. Limited Objection of King 45 Jackson LLC to Debtors' DIP Financing Motion [D.I. 117; filed 03/18/2025].

B. Debtors' Omnibus Reply to Devens Landlord's Limited Objection to DIP Motion and U.S. Trustee's Limited Objection to Sale Incentive Plan [D.I. 126; filed 03/20/2025].

C. Objection of the Official Committee of Unsecured Creditors to Motion of Debtors and Debtors in Possession for Entry of Interim and Final Orders (I) Authorizing Debtors and Debtors in Possession to (A) Obtain Postpetition Financing, (B) Grant Liens and Super-Priority Claims, and (C) Grant Adequate Protection; (II) Modifying the Automatic Stay; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [D.I. 341; filed 04/04/2025].

D. Debtors' Reply in Support of Motion for Entry of Final Order Approving Postpetition Financing [D.I. 368; filed 04/09/2025].

E. **Response of Manufacturers and Traders Trust Company to the Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Post-Petition Financing, (B) Grant Liens and Superpriority Claims, and (C) Grant Adequate Protection, (II) Modifying the Automatic Stay, (III) Scheduling a Final Hearing, and (IV) Related Relief [D.I. 374; filed 04/10/2025].**

**Status:** This matter is going forward.

5. Motion of the Debtors for Entry of an Order (I) (A) Approving Bidding Procedures for the Potential Sale of the Debtors' Assets, (B) Scheduling Certain Dates with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter Into the Consulting Stalking Horse APA and Related Bid Protections, (E) Approving Procedures for Assumption and Assignment, and (F) Granting Related Relief and (II) (A) Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Liens,

Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [D.I. 13; filed 03/03/2025].

**Sale Objection Response Deadline:** March 24, 2025, at 4:00 p.m. (ET); extended by agreement for the Committee and The Chubb Companies to April 7, 2025, at 4:00 p.m. (ET).

**Related Documents:**

A. Notice of Proposed Sale Pursuant to Stalking Horse APA and Related Dates and Deadlines [D.I. 41; filed 03/03/2025].

B. Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 42; filed 03/03/2025].

C. Affidavit of Service (D.I.: 13, 41, and 42) [D.I. 47; filed 03/04/2025].

D. Notice of Revised Cure Schedule [D.I. 78; filed 03/06/2025].

E. Notice of Filing of Supplemental Cure Schedule [D.I. 91; filed 03/10/2025].

F. Affidavit of Service (*Supplemental*) (D.I.: 41 and 42) [D.I. 114; filed 03/17/2025].

G. Affidavit of Service (Customized D.I.: 42) [D.I. 115; filed 03/17/2025].

H. Affidavit of Service (Customized D.I. 42) [D.I. 123; filed 03/19/2025].

I. Notice of Filing of Second Supplemental Cure Notice [D.I. 131; filed 03/21/2025].

J. Supplemental Affidavit of Service (Customized D.I. 41 and 42) [D.I. 135; filed 03/24/2025].

K. Notice of Filing of Third Supplemental Cure Notice [D.I. 138; filed 03/24/2025].

L. Notice of Filing Revised Proposed Order (I) Approving Bidding Procedures in Connection with the Sale of Assets of the Debtor and Related Bid Protections, (II) Approving Form and Manner of the Notice, (III) Scheduling Auction and Sale Hearing, (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases, and (V) Granting Related Relief [D.I. 159; filed 03/27/2025].

M. Certification of Counsel Regarding Order (I) Approving Bidding Procedures in Connection with the Sale of Assets of the Debtor and Related Bid Protections, (II) Approving Form and Manner of the Notice, (III) Scheduling Auction and Sale Hearing, (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases, and (V) Granting Related Relief [D.I. 174; filed 03/28/2025].

N.      Order (I) Approving Bidding Procedures in Connection with the Sale of Assets of the Debtor and Related Bid Protections, (II) Approving Form and Manner of the Notice, (III) Scheduling Auction and Sale Hearing, (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases, and (V) Granting Related Relief [D.I. 177; filed 03/28/2025].

O.      Notice of Auction, Sale Hearing and Certain Related Deadlines [D.I. 318; filed 3/31/2025]

P.      Affidavit of Publication of Notice of Auction, Sale Hearing and Certain Related Deadlines in the New York Times [D.I. 340; filed 04/03/2025].

Q.      Affidavit of Service (Customized D.I. 42) [D.I. 342; filed 04/04/2025].

R.      Supplemental Affidavit of Service (Customized D.I. 42, D.I. 131) [D.I. 356; filed 04/07/2025].

S.      Affidavit of Service (Customized D.I. 42) [D.I. 361; filed 04/08/2025].

T.      Notice of Extension of the Bid Deadline Solely with Respect to the Sale of the Debtors' Cleanrooms-On-Demand Business [D.I. 363; filed 04/08/2025].

U.      **Notice of Filing Revised Proposed Order (I) Approving and Authorizing the Sale of the Debtors' Consulting Business and Related Assets, (II) Approving Assumption and Assignment of Certain Executory Contracts and (III) Granting Related Relief [SEALED D.I. 383; Redacted D.I. 384; filed 04/10/2025].**

**Responses Received:**

A.      Limited Objection of the United States Trustee to the Motion of the Debtors for Entry of an Order (A) Approving Bidding Procedures for the Potential Sale of the Debtors' Assets, (B) Scheduling Certain Dates with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter Into the Consulting Stalking Horse APA and Related Bid Protections, (E) Approving Procedures for Assumption and Assignment, and (F) Granting Related Relief [D.I. 113; filed 03/17/2025].

B.      Limited Objection of Vastek, Inc. to Debtors' Cure Notices [D.I. 134; filed 03/24/2025].

C.      Objection of the Chubb Companies to the (I) Notice of Filing of Third Supplemental Cure Notice and (II) Sale Transaction [D.I. 350; filed 04/07/2025].

D.      Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to Debtors' Stalking Horse Sale [D.I. 353; filed 04/07/2025].

    E.    Omnibus Reply of the Debtors in Support of Entry of Orders Approving the (I) Sale of the Consulting Business to the Stalking Horse Purchaser, (II) Conditional Approval of the Disclosure Statement and Related Solicitation Procedures, and (III) Wages Motion on a Final Basis [D.I. 369; filed 04/09/2025].

    **Status:**    This matter is going forward.

6.    Omnibus Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases and (B) Abandon Any Remaining Property Located at Premises of Rejected Leases and (II) Granting Certain Related Relief [D.I. 45; filed 03/03/2025].

    **Response Deadline:**  March 17, 2025, at 4:00 p.m. (ET); extended by agreement for the Official Committee of Unsecured Creditors (the "Committee") to March 26, 2025 at 5:00 p.m. (ET).

    **Related Documents:**

    A.    Certification of Counsel Regarding First Omnibus Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases and (B) Abandon Any Remaining Property Located at Premises of Rejected Leases and (II) Granting Related Relief [D.I. 357; filed 04/07/2025].

    **Responses Received:** None.

    **Status:**    This matter is going forward.

7.    Motion of the Debtors for Entry of an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or reject the Combined Disclosure Statement and Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of, the Combined Disclosure Statement and Plan; and (VI) Granting Related Relief [D.I. 86; filed 03/07/2025].

    **Response Deadline:**  March 21, 2025, at 4:00 p.m. (ET); extended by agreement for the Committee and the Office of the United States Trustee to April 7, 2025, at 4:00 p.m. (ET).

    **Related Documents:**

    A.    Combined Disclosure Statement and Joint Chapter 11 Plan of Azzur Group Holdings LLC and Its Affiliated Debtors [D.I. 85; filed 03/07/2025].

    B.    Notice of Hearing [D.I. 87; filed 03/07/2025].

    C.    **Combined Disclosure Statement and Joint Chapter 11 Plan of Azzur Group Holdings LLC and Its Affiliated Debtors [D.I. 386; filed 04/10/2025].**

- D. **Notice of Filing of Combined Disclosure Statement and Joint Chapter 11 Plan of Azzur Group Holdings LLC and Its Affiliated Debtors [D.I. 387; filed 04/10/2025].**

- E. **Notice of Filing Revised Proposed Order (I) Approving the Debtors' Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of, the Combined Disclosure Statement and Plan; and (VI) Granting Related Relief [D.I. 388; filed 04/10/2025].**

**Responses Received:**

- A. United States Trustee's Objection to Motion of the Debtors for Entry of an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or reject the Combined Disclosure Statement and Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of, the Combined Disclosure Statement and Plan; and (VI) Granting Related Relief [D.I. 351; filed 04/07/2025].

- B. Objection of the Official Committee of Unsecured Creditors to (I) Conditional Approval of the Adequacy of Debtors' Combined Disclosure Statement and Plan and (II) Motion of Debtors for Approval of Solicitation Procedures and Related Relief [D.I. 352; filed 04/07/2025].

- C. Omnibus Reply of the Debtors in Support of Entry of Orders Approving the (I) Sale of the Consulting Business to the Stalking Horse Purchaser, (II) Conditional Approval of the Disclosure Statement and Related Solicitation Procedures, and (III) Wages Motion on a Final Basis [D.I. 369; filed 04/09/2025].

**Status:** This matter is going forward.

8. Motion of the Debtors for Leave to File (A) a Late Omnibus Reply to U.S. Trustee and Committee Objections to the (I) Combined Disclosure Statement and Plan, (II) Wages Motion, and (III) Sale Motion, and (B) a Late Reply to the Committee's Objection to the DIP Motion [D.I. 371; filed 04/09/2025].

**Response Deadline:** April 11, 2025, at 1:00 p.m. (ET).

**Related Documents:** None.

**Responses Received:** None.

**Status:** This matter is going forward.

9. Motion of the Debtors for Entry of an Order (A) Waiving Local Rule 7007-2 to Permit the Debtors to Exceed the Page Limit Requirement for the Omnibus Reply of the Debtors in Support of Entry of Orders Approving the (I) Solicitation Procedures and Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes, (II) Sale to the Stalking Horse Bidder and (III) Debtors' Wages Motion, and (B) Granting Related Relief [D.I. 372; filed 04/09/2025].

    **Response Deadline:** April 11, 2025, at 1:00 p.m. (ET).

    **Related Documents:** None.

    **Responses Received:** None.

    **Status:** This matter is going forward.

10. **Motion of Manufacturers and Traders Trust Company for Leave to File Response in Support of Final Approval of the DIP Motion [D.I. 375; filed 04/09/2025].**

    **Response Deadline:** April 11, 2025, at 1:00 p.m. (ET).

    **Related Documents:** None.

    **Responses Received:** None.

    **Status:** This matter is going forward.

**PLEASE TAKE FURTHER NOTICE** that parties interested in obtaining copies of the aforementioned pleadings, and/or any other document filed in the above-captioned cases may do so by: (i) accessing the Court's website at https://www.deb.uscourts.gov (note that a PACER password is needed to access documents on the Court's website); (ii) contacting the Office of the Clerk of the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801; (iii) accessing the website maintained by Stretto, Inc., the Debtors' proposed noticing agent, available at: https://cases.stretto.com/Azzur (which is free of charge); or (iv) contacting proposed counsel for the Debtors using the contact information below.

[*Remainder of page intentionally left blank*]

Dated: April 11, 2025
       Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

/s/ Stuart M. Brown
Stuart M. Brown (DE 4050)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2462
Email: stuart.brown@us.dlapiper.com

- and -

W. Benjamin Winger (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: benjamin.winger@us.dlapiper.com

*Counsel to the Debtors*