# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>AZZUR GROUP HOLDINGS LLC, *et al.*,[1]<br>Debtors. | Chapter 11<br>Case No. 25-10342 (KBO)<br>(Jointly Administered)<br>**Related D.I.: 420 & 421** |

### ORDER SCHEDULING EMERGENCY HEARING, SHORTENING AND LIMITING NOTICE WITH RESPECT TO THE EMERGENCY SECOND OMNIBUS MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO (A) REJECT CERTAIN UNEXPIRED LEASES AND (B) ABANDON ANY REMAINING PROPERTY LOCATED AT PREMISES OF REJECTED LEASES AND (II) GRANTING CERTAIN RELATED RELIEF

Upon the motion (the "<u>Motion</u>"),[2] filed by the above-captioned debtors (collectively, the "<u>Debtors</u>") for entry of an order (this "<u>Order</u>") (i) limiting service of notice with respect to the *Emergency Second Omnibus Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases and (B) Abandon Any Remaining Property Located at Premises of Rejected Leases and (II) Granting Certain Related Relief* [D.I. 420] (the "<u>Second Omnibus Lease Rejection Motion</u>") to the Limited Notice Parties, and (ii) granting related relief, all as further described in the Motion; and this Court having jurisdiction over the Debtors and their estates pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found this is a core proceeding under 28 U.S.C. § 157(b)(2)(A); and this Court having found that venue of this proceeding and this matter in this District is proper under

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.stretto.com/Azzur. The Debtors' headquarters and the mailing address for the Debtors is 330 South Warminster Road, Suite 341, Hatboro, PA 19040.

[2] Capitalized terms used but not otherwise defined in this Order shall have the meaning given to them in the Motion.

28 U.S.C. §§ 1408 and 1409; and this Court having found and determined the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing were adequate and appropriate under the circumstances and no other or further notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested in the Motion at a hearing before this Court; and having determined the legal and factual bases set forth in the Motion and the First Day Declaration establish just cause for the relief granted in the Order; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED, as set forth in this Order.

2. The hearing to consider the relief requested in the Second Omnibus Lease Rejection Motion shall be held on **April 22, 2025 at 2:00 p.m. (ET)** (the "Hearing"). Any objections or responses to the Second Omnibus Lease Rejection Motion (each, an "Objection") shall be filed on or before **4:00 p.m. (ET) on April 21, 2025**, and served on the following parties: (a) counsel for the Debtors, DLA Piper LLP (US), (i) 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801 (Attn.: Stuart M. Brown [stuart.brown@us.dlapiper.com]), (ii) 444 West Lake Street, Suite 900, Chicago, Illinois 60606 (Attn.: W. Benjamin Winger [benjamin.winger@us.dlapiper.com] and Katherine Allison [katie.allison@us.dlapiper.com]); (b) the Office of the United States Trustee for District 3, J. Caleb Boggs Federal Building, 844 King St., Lockbox 35, Wilmington, DE 19801 (Attn.: Jonathan Lipshie [jon.lipshie@usdoj.gov]); (c) counsel to the DIP Lender and Pre-Petition Lender, (i) Richards, Layton & Finger, PA, 920 North King Street, Wilmington, Delaware 19801 (Attn.: John H. Knight [knight@rlf.com]) and

(ii) Otterbourg P.C., 230 Park Avenue, New York, New York 10169 (Attn.: Andrew M. Kramer [akramer@otterbourg.com] and James V. Drew [jdrew@otterbourg.com]); and (d) counsel to the Committee (Attn.: Laura Davis Jones [ljones@pszjlaw.com], David M. Bertenthal [dbertenthal@pszjlaw.com], Colin R. Robinson [crobinson@pszjlaw.com], and Edward A. Corma [ecorma@pszjlaw.com].

3. The Debtors are authorized to submit any reply in further support of the Second Omnibus Lease Rejection Motion before or orally at the Hearing.

4. The Debtor is authorized, but not directed, to limit service of notice of the Second Omnibus Lease Rejection Motion to (a) the Office of the United States Trustee for Region 3; (b) counsel for the Committee; (c) the Internal Revenue Service; (d) counsel to the DIP Lender and Pre-Petition Lender; (e) any party that has requested notice pursuant to Bankruptcy Rule 2002; and (f) the lessors of the Premises and counterparties listed on Schedule 1 to Exhibit A of the Second Omnibus Lease Rejection Motion.

5. The Debtors are hereby authorized to take all actions they deem necessary to effectuate the relief ranted in this Order.

6. This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

Dated: April 16th, 2025
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE