# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AZZUR GROUP HOLDINGS LLC, *et al.*,[1] | Case No. 25-10342 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON APRIL 22, 2025 AT 2:00 P.M. (ET)

> This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via ZoomGov.  Please review to Chief Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/judge-karen-b-owens) and the Court's website (https://ww.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Chief Judge Owens's expectations of remote participants, and the advance registration requirements.
>
> **Registration is required by 4:00 p.m. (Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourt Appearances* tool available on the Courts website.**

## MATTER GOING FORWARD:

1. Emergency Motion of the Debtors for Entry of an Order Approving and Authorizing the Settlement Agreement by and Between Azzur Cleanrooms-on-Demand – Devens, LLC and Editas Medicine, Inc. [D.I. 412; filed 04/14/2025].

    **Response Deadline:**  April 21, 2025 at 4:00 p.m. (ET).

    **Related Documents:**

    A. Order Scheduling Emergency Hearing, Shortening and Limiting Notice with Respect to the Emergency Motion of the Debtors for Entry of an Order Approving and Authorizing the Settlement Agreement By and Among Azzur Cleanrooms-on-Demand – Devens, LLC and Editas Medicine, Inc. [D.I. 416; filed 04/14/2025].

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Azzur.  The Debtors' headquarters and the mailing address for the Debtors is 330 South Warminster Road, Suite 341, Hatboro, PA 19040.

**Responses Received:** None.

**Status:**     This matter is going forward.

2.  Emergency Second Omnibus Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases and (B) Abandon Any Remaining Property Located at Premises of Rejected Leases and (II) Granting Certain Related Relief [D.I. 420; filed 04/15/2025].

    **Response Deadline:**  April 21, 2025 at 4:00 p.m. (ET).

    **Related Documents:**

    A.  Order Scheduling Emergency Hearing, Shortening and Limiting Notice with Respect to the Emergency Second Omnibus Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases and (B) Abandon Any Remaining Property Located at Premises of Rejected Leases and (II) Granting Certain Related Relief [D.I. 422; filed 04/16/2025].

    **Responses Received:** None.

    **Status:**     This matter is going forward.

**PLEASE TAKE FURTHER NOTICE** that parties interested in obtaining copies of the aforementioned pleadings, and/or any other document filed in the above-captioned cases may do so by: (i) accessing the Court's website at https://www.deb.uscourts.gov (note that a PACER password is needed to access documents on the Court's website); (ii) contacting the Office of the Clerk of the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801; (iii) accessing the website maintained by Stretto, Inc., the Debtors' proposed noticing agent, available at: https://cases.stretto.com/Azzur (which is free of charge); or (iv) contacting proposed counsel for the Debtors using the contact information below.

[*Remainder of page intentionally left blank*]

Dated: April 17, 2025
       Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

 /s/ *Stuart M. Brown*
Stuart M. Brown (DE 4050)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2462
Email: stuart.brown@us.dlapiper.com

- and -

W. Benjamin Winger (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: benjamin.winger@us.dlapiper.com

*Counsel to the Debtors*