**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AZZUR GROUP HOLDINGS, LLC, *et al.*,[1] | Case No. Case No. 25-10342 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I.: 13 & 177** |

**NOTICE OF FILING OF PROPOSED SALE ORDER WITH RESPECT TO**
**THE SALE OF THE DEBTORS' CLEANROOMS-ON-DEMAND BUSINESS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.      On March 2, 2025, the above-captioned debtors and debtors in possession (the "**Debtors**") filed voluntary petitions for relief pursuant to chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2.      On March 3, 2025, the Debtors filed a motion [Docket No. 13] (the "Bidding Procedures and Sale Motion"), pursuant to 105(a), 363, 365, 503, and 507 of the Bankruptcy Code and Rules 2002, 6004, 6006, 9007, 9008, and 9014 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), requesting entry of an order approving the proposed bidding procedures and related matters.

*3.*      On March 28, 2025, the Court entered the *Order (I) Approving Bidding Procedures in Connection With Sale of Assets of the Debtors and Related Bid Protections, (II) Approving Form and Manner of Notice, (III) Scheduling Auction and Sale Hearing, (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases, and (V) Granting Related Relief* [D.I. 177] (the "Bidding Procedures Order") (a) approving procedures (the "Bidding Procedures")[2] for submitting competing bids for the for the sale (the "Sale") of the Debtors' assets (the "Assets"); (b) approving the form and manner of the notices and certain other dates and deadlines in connection with the Sale; and (c) establishing procedures for the assumption and assignment of the Assigned Contracts (as defined in the Bidding Procedures Order) to any purchaser(s) of the Assets and approving the manner of notice thereof.

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Azzur. The Debtors' headquarters and the mailing address for the Debtors is 330 South Warminster Road, Suite 341, Hatboro, PA 19040.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures.

4.      On April 18, 2025, the Debtors, in consultation with the Consultation Parties, determined that Chrysalis Holdings LLC (the "Successful Bidder") is the successful bidder with respect to their cleanrooms-on-demand ("COD") business and filed that certain *Notice of Successful Bidder with Respect to the Sale of the Debtors' Cleanroom-on-Demand Business* [D.I. [•]] in accordance with the Bidding Procedures.  In connection therewith, certain of the Debtors entered into that certain Asset Purchase Agreement (the "APA"), annexed as **Exhibit 1** to the proposed sale order (the "Sale Order"), which is attached hereto as **Exhibit A**.  The APA also contemplates the sale of certain equipment located at the premises of Azzur Cleanrooms-On-Demand – Devens LLC at 45 Jackson Road, Devens, MA 01434 ("Devens Equipment").  Further disclosure concerning the proposed sale of the Devens Equipment is attached hereto as **Exhibit B**.

5.      **Pursuant to the Bidding Procedures and Sale Motion, the Debtors are requesting that all objections related to the approval of the APA and the transactions contemplated therein and the Sale of the COD Business free and clear of liens, claims, encumbrances, and other interests (except as set forth in the APA) to the Successful Bidder must be in writing, state the basis of such objection with specificity, and be filed with the Bankruptcy Court and served on the following parties so that it is actually received by 12:00 p.m. (prevailing Eastern Time) on April 22, 2025 (the "Sale Objection Deadline")**: (a) counsel to the Debtors, DLA Piper LLP (US) (i) 1201 North Market Street, Suite 2100 Wilmington, Delaware 19801 (Attn.: Stuart M. Brown [stuart.brown@us.dlapiper.com]); and (ii) 444 West Lake Street, Suite 900 Chicago, Illinois 60606 (Attn.: W. Benjamin Winger [benjamin.winger@us.dlapiper.com] and Katherine Allison [katie.allison@us.dlapiper.com]); (b) financial advisor to the Debtors, Ankura Consulting Group, LLC, 485 Lexington Avenue, 10th Floor, New York, New York 10017 (Attn.: M. Benjamin Jones, Chief Restructuring Officer of the Debtors [ben.jones@ankura.com]); (c) investment banker to the Debtors, Brown Gibbons Lang & Co. Securities, One Magnificent Mile, 980 N. Michigan Ave., Suite 1800, Chicago, IL 60611 (Attn.: Kyle Brown [kbrown@bglco.com] and T. Michael Madden [mmadden@bglco.com]); (d) counsel to the DIP Lender and Pre-Petition Lender, (i) Richards, Layton & Finger, PA, 920 North King Street, Wilmington, Delaware 19801 (Attn.: John H. Knight [knight@rlf.com]) and (ii) Otterbourg P.C., 230 Park Avenue, New York, New York 10169 (Attn.: Andrew M. Kramer [akramer@otterbourg.com] and James V. Drew [jdrew@otterbourg.com]); (e) counsel to any official committee appointed in these chapter 11 cases; and (f) the Office of the United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King St., Lockbox 35, Wilmington, Delaware 19801 (Attn.: Jonathan Lipshie [jon.lipshie@usdoj.gov]).

**UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, IT SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO SUCH SALE, INCLUDING WITH RESPECT TO THE SALE OF THE DEBTORS' COD BUSINESS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, EXCEPT AS SET FORTH IN THE STALKING HORSE APA, AND THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER HEARING AND NOTICE.**

6.      Pursuant to the Bidding Procedures and Sale Motion, the Debtors **have also requested** that the Sale Hearing to consider approval of the APA sale transactions free and clear of all liens, claims and encumbrances, be held before the Honorable Judge Karen B. Owens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824

North Market Street, 5th Floor, on or about **April 22, 2025, at 2:00 p.m. (prevailing Eastern Time)**.  The Sale Hearing may be adjourned by the Debtors from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing or by including such adjournment on any agenda filed with the Bankruptcy Court or by the filing of a notice with the Bankruptcy Court.

7.      Parties interested in receiving more information regarding the APA sale transactions or any related document, including the Bidding Procedures and Sale Motion, the Bidding Procedures, the Bidding Procedures Order, the APA, or the proposed Sale Order may make a written request to Benjamin Winger [benjamin.winger@us.dlapiper.com] and Katherine Allison [katie.allison@us.dlapiper.com].

8.      This Notice is subject to the fuller terms and conditions of the Bidding Procedures and the Bidding Procedures Order.  In the event of any conflict, the Bidding Procedures Order shall control, and the Debtors encourage parties in interest to review such documents in their entirety.  Copies of the Bidding Procedures Motion, Bidding Procedures Order, Bidding Procedures, this Notice, and any other related documents are available (a) for free on the Debtors' restructuring website at https://cases.stretto.com/Azzur or (b) for a fee via PACER by visiting https://pacer.uscourts.gov.

Dated: April 18, 2025
Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

 _/s/Stuart M. Brown_
Stuart M. Brown (DE - 4050)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2462
Email: stuart.brown@us.dlapiper.com

*- and -*

W. Benjamin Winger (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: benjamin.winger@us.dlapiper.com

*Counsel to the Debtors*