# !IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AZZUR GROUP HOLDINGS LLC, *et al.*,[1] | Case No. 25-10342 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 22, 2025 AT 2:00 P.M. (ET)

> This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via ZoomGov.  Please review to Chief Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/judge-karen-b-owens) and the Court's website (https://ww.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Chief Judge Owens's expectations of remote participants, and the advance registration requirements.
>
> **Registration is required by 4:00 p.m. (Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourt Appearances* tool available on the Courts website.**

## MATTER GOING FORWARD:

1. Emergency Motion of the Debtors for Entry of an Order Approving and Authorizing the Settlement Agreement by and Between Azzur Cleanrooms-on-Demand – Devens, LLC and Editas Medicine, Inc. [D.I. 412; filed 04/14/2025].

   **Response Deadline:**  April 21, 2025 at 4:00 p.m. (ET).

   **Related Documents:**

   A. Order Scheduling Emergency Hearing, Shortening and Limiting Notice with Respect to the Emergency Motion of the Debtors for Entry of an Order Approving and Authorizing the Settlement Agreement By and Among Azzur Cleanrooms-on-Demand – Devens, LLC and Editas Medicine, Inc. [D.I. 416; filed 04/14/2025].

---

[1]  A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Azzur.  The Debtors' headquarters and the mailing address for the Debtors is 330 South Warminster Road, Suite 341, Hatboro, PA 19040.

[2]  This amends the *Notice of Agenda of Matters Scheduled for Hearing on April 22, 2025 at 2:00 p.m. (ET)* [D.I. 432], filed 04/17/2025.  The amended items are in **BOLD**.

**Responses Received:** None.

**Status:** This matter is going forward.

2. Emergency Second Omnibus Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases and (B) Abandon Any Remaining Property Located at Premises of Rejected Leases and (II) Granting Certain Related Relief [D.I. 420; filed 04/15/2025].

    **Response Deadline:** April 21, 2025 at 4:00 p.m. (ET).

    **Related Documents:**

    A. Order Scheduling Emergency Hearing, Shortening and Limiting Notice with Respect to the Emergency Second Omnibus Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases and (B) Abandon Any Remaining Property Located at Premises of Rejected Leases and (II) Granting Certain Related Relief [D.I. 422; filed 04/16/2025].

    **Responses Received:** None.

    **Status:** This matter is going forward.

3. **Notice of Filing of Proposed Sale Order with Respect to the Sale of the Debtors' Cleanrooms-on-Demand Business [D.I. 442; filed 04/18/2025].**

    **Response Deadline:** April 22, 2025 at 12:00 p.m. (ET).

    **Related Documents:**

    A. **Motion of the Debtors for Entry of an Order (I) (A) Approving Bidding Procedures for the Potential Sale of the Debtors' Assets, (B) Scheduling Certain Dates with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter Into the Consulting Stalking Horse APA and Related Bid Protections, (E) Approving Procedures for Assumption and Assignment, and (F) Granting Related Relief and (II) (A) Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [D.I. 13; filed 03/03/2025].**

    B. **Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 42; filed 03/03/2025].**

    C. **Notice of Revised Cure Schedule [D.I. 78; filed 03/06/2025].**

    D. **Notice of Filing of Supplemental Cure Schedule [D.I. 91; filed 03/10/2025].**

E. **Notice of Filing of Second Supplemental Cure Notice [D.I. 131; filed 03/21/2025].**

F. **Notice of Filing of Third Supplemental Cure Notice [D.I. 138; filed 03/24/2025].**

G. **Notice of Filing Revised Proposed Order (I) Approving Bidding Procedures in Connection with the Sale of Assets of the Debtor and Related Bid Protections, (II) Approving Form and Manner of the Notice, (III) Scheduling Auction and Sale Hearing, (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases, and (V) Granting Related Relief [D.I. 159; filed 03/27/2025].**

H. **Certification of Counsel Regarding Order (I) Approving Bidding Procedures in Connection with the Sale of Assets of the Debtor and Related Bid Protections, (II) Approving Form and Manner of the Notice, (III) Scheduling Auction and Sale Hearing, (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases, and (V) Granting Related Relief [D.I. 174; filed 03/28/2025].**

I. **Order (I) Approving Bidding Procedures in Connection with the Sale of Assets of the Debtor and Related Bid Protections, (II) Approving Form and Manner of the Notice, (III) Scheduling Auction and Sale Hearing, (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases, and (V) Granting Related Relief [D.I. 177; filed 03/28/2025].**

J. **Notice of Extension of the Bid Deadline Solely with Respect to the Sale of the Debtors' Cleanrooms-On-Demand Business [D.I. 363; filed 04/08/2025].**

K. **Notice of Filing of Fourth Supplemental Cure Notice [D.I. 419; filed 04/15/2025].**

L. **Notice of Filing of Fifth Supplemental Cure Notice [D.I. 434; filed 04/17/2025].**

M. **Notice of Filing of Sixth Supplemental Cure Notice [D.I. 439; filed 04/18/2025].**

N. **Notice of Successful Bidder with Respect to the Sale of the Debtors' Cleanrooms-on-Demand Business [D.I. 441; filed 04/18/2025].**

**Responses Received**: None.

**Status:**     This matter is going forward.

**PLEASE TAKE FURTHER NOTICE** that parties interested in obtaining copies of the aforementioned pleadings, and/or any other document filed in the above-captioned cases may do so by: (i) accessing the Court's website at https://www.deb.uscourts.gov (note that a PACER

password is needed to access documents on the Court's website); (ii) contacting the Office of the Clerk of the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801; (iii) accessing the website maintained by Stretto, Inc., the Debtors' proposed noticing agent, available at: https://cases.stretto.com/Azzur (which is free of charge); or (iv) contacting proposed counsel for the Debtors using the contact information below.

| | |
|---|---|
| Dated: April 18, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br> /s/  Stuart M. Brown<br>Stuart M. Brown (DE 4050)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2462<br>Email: stuart.brown@us.dlapiper.com<br><br>- and -<br><br>W. Benjamin Winger (admitted *pro hac vice*)<br>444 West Lake Street, Suite 900<br>Chicago, Illinois 60606<br>Telephone: (312) 368-4000<br>Facsimile: (312) 236-7516<br>Email: benjamin.winger@us.dlapiper.com<br><br>*Counsel to the Debtors* |