**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AZZUR GROUP HOLDINGS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10342 (KBO)<br><br>(Jointly Administered)<br><br>**Related D.I.: 474** |

**NOTICE OF CLOSING OF THE SALE OF THE DEBTORS' CLEANROOMS-ON-DEMAND BUSINESS AND RELATED ASSETS TO CHRYSALIS HOLDINGS LLC**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.      On April 25, 2025, the United States Bankruptcy Court for the District of Delaware entered that certain *Order (I) Approving and Authorizing the Sale of the Debtors' Cleanrooms-On-Demand Business and Related Assets, (II) Approving Assumption and Assignment of Certain Unexpired Leases And Executory Contracts, and (III) Granting Related Relief* [D.I. 474] (the "COD Business Sale Order"),[2] among other things, authorizing and approving the sale of the Debtors' assets and the assumption and assignment of certain executory contracts and unexpired leases relating to the Debtors' COD Business (the "COD Sale") to Chrysalis Holdings LLC (the "Purchaser").

2.      On April 30, 2025, the Debtors and the Purchaser closed on the COD Sale in accordance with the terms of the COD Business Sale Order and that certain Asset Purchase Agreement, dated as of April 18, 2025 (as amended, restated, or supplemented, the "COD Business APA"), which was attached to the COD Business Sale Order as "Exhibit 1".

3.      Copies of the COD Business Sale Order, the COD Business APA, this Notice, and any other documents related to the Sale are available (a) for free on the Debtors' restructuring website at https://cases.stretto.com/Azzur or (b) for a fee via PACER by visiting https://pacer.uscourts.gov.

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Azzur. The Debtors' headquarters and the mailing address for the Debtors is 330 South Warminster Road, Suite 341, Hatboro, PA 19040.

[2] Capitalized terms used but not otherwise defined herein will retain the meaning ascribed to such terms in the COD Business Sale Order.

Dated: May 9, 2025
       Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

 _/s/ Stuart M. Brown_
Stuart M. Brown (DE 4050)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2462
Email: stuart.brown@us.dlapiper.com

- and -

W. Benjamin Winger (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: benjamin.winger@us.dlapiper.com

*Counsel to the Debtors*