# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AZZUR GROUP HOLDINGS LLC, *et al.*,[1] | Case No. 25-10342 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 19, 2025 AT 10:00 A.M. (ET)

> This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via ZoomGov.  Please review to Chief Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/judge-karen-b-owens) and the Court's website (https://ww.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Chief Judge Owens's expectations of remote participants, and the advance registration requirements.
>
> **Registration is required by 4:00 p.m. (Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourt Appearances* tool available on the Courts website.**

## MATTER WITH ORDER ENTERED:

1.  Motion of the Debtors to Redact Portions of the Revised Proposed Order (I) Approving and Authorizing the Sale of the Debtors' Consulting Business and Related Assets, (II) Approving Assumption and Assignment of Certain Executory Contracts and (III) Granting Related Relief [D.I. 418; filed 04/15/2025].

    **Response Deadline:**   April 29, 2025 at 4:00 p.m. (ET).

    **Related Documents:**

    A.  Certificate of No Objection Regarding Motion of the Debtors to Redact Portions of the Revised Proposed Order (I) Approving and Authorizing the Sale of the Debtors' Consulting Business and Related Assets, (II) Approving Assumption and Assignment of Certain Executory Contracts and (III) Granting Related Relief [D.I. 533; filed 05/13/2025].

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Azzur.  The Debtors' headquarters and the mailing address for the Debtors is 330 South Warminster Road, Suite 341, Hatboro, PA 19040.

[2] This amends the *Notice of Agenda of Matters Scheduled for Hearing on May 19, 2025 at 10:00 a.m. (ET)* [D.I. 553] filed on May 15, 2025.  The amended items are in **BOLD**.

- B. Order Authorizing the Debtors to Redact Portions of the Revised Proposed Order (I) Approving and Authorizing the Sale of the Debtors' Consulting Business and Related Assets, (II) Approving Assumption and Assignment of Certain Executory Contracts and (III) Granting Related Relief [D.I. 550; filed 05/15/2025].

**Responses Received:** None.

**Status:** An order granting this motion has been entered; therefore, no hearing is necessary.

## MATTERS GOING FORWARD:

2. Emergency Second Omnibus Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases and (B) Abandon Any Remaining Property Located at the Premises of Rejected Leases and (II) Granting Certain Related Relief [D.I. 420; filed 04/15/2025].

    **Response Deadline:** April 30, 2025 at 4:00 p.m. (ET).

    **Related Documents:**

    - A. Order Scheduling Emergency Hearing, Shortening and Limited Notice with Respect to the Emergency Second Omnibus motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases and (B) Abandon any Remaining Property Located at Premises of Rejected Leases and (II) Granting Certain Related Relief [D.I. 422; filed 04/16/2025].

    - B. Notice of Adjourned Hearing on Emergency Second Omnibus Motion of the Debtors for Entry of and Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases and (B) Abandon Any Remaining Property Located at Premises of Rejected Leases and (II) Granting Related Relief [D.I. 468; filed 04/23/2025].

    - C. Order (I) Authorizing the Debtors to (A) Reject Unexpired Lease with King 45 Jackson LLC and (B) Abandon Any Remaining Property Located at the Leased Premises and (II) Granting Certain Related Relief [D.I. 472; filed 04/24/2025].

    - D. Order (I) Authorizing the Debtors to (A) Reject Unexpired Lease with VV330 LLC and (B) Abandon Any Remaining Property Located at Premises and (II) Granting Certain Related Relief [D.I. 514; filed 05/02/2025].

    **Responses Received:** None.

    - A. Takeda Development Center Americas, Inc.'s Omnibus Limited Objection and Reservation of Rights [D.I. 447; filed 04/21/2025].

    - B. Limited Omnibus Objection and Reservation of Rights of King 45 Jackson LLC to (1) Emergency Motion of the Debtors for Entry of an Order Approving and Authorizing the Settlement Agreement By and Between Azzur Clearnrooms-on-

> Demand-Devens, LLC and Editas Medicine, Inc., (2) Emergency Second Omnibus Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases and (B) Abandon Any Remaining Property Located at the Premises of the Rejected Leases and (II) Granting Related Relief, and (3) Notice of Filing of Proposed Sale Order with Respect to the Sale of the Debtors' Cleanrooms-on-Demand Business [D.I. 448; filed 04/21/2025].
>
> **Status:** This matter is being adjourned to June 24, 2025 at 2:00 p.m. (ET).

3. L.E.A.F. Pharmaceutical LLC's Motion for Relief From the Automatic Stay [D.I. 424; filed 04/16/2025].

   **Response Deadline:** April 30, 2025 at 4:00 p.m. (ET).

   **Related Documents:**

   A.  Re-Notice of Hearing [D.I. 479; filed 04/25/2025].

   **Responses Received:** None.

   **Status:** The parties have reached an agreed resolution in this matter which is incorporated into the confirmation order to be submitted for the Court's approval.

4. Application of the Official Committee of Unsecured Creditors for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of March 19, 2025 [D.I. 435; filed 04/18/2025].

   **Response Deadline:** May 2, 2025 at 4:00 p.m. (ET).

   **Related Documents:** None.

   **A.  Supplemental Declaration of Laura Davis Jones in Support of Application of the Official Committee of Unsecured Creditors for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of March 19, 2025 [D.I. 557; filed 05/16/2025].**

   **B.  Certification of Counsel Regarding Application of the Official Committee of Unsecured Creditors for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of March 19, 2025 [D.I. 558; filed 05/16/2025].**

   **C.  Order Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of March 19, 2025 [D.I. 562; filed 05/16/2025].**

**Responses Received:** None.

**Status:** **An order granting this application has been entered; therefore, no hearing is necessary.**

5. Application of the Official Committee of Unsecured Creditors of Azzur Group Holdings, LLC, *et al.* to Retain and Employ Huron Consulting Services LLC as Financial Advisor, *Nunc Pro Tunc* to March 19, 2025 [D.I. 440; filed 04/18/2025].

   **Response Deadline:** May 2, 2025 at 4:00 p.m. (ET); extended by agreement to May 9, 2025 at 4:00 p.m. (ET) for the Debtors and the Office of the United States Trustee.

   **Related Documents:** None.

   A. Certification of Counsel Regarding Application of the Official Committee of Unsecured Creditors of Azzur Group Holdings, LLC, *et al.* to Retain and Employ Huron Consulting Services LLC as Financial Advisor, *Nunc Pro Tunc* to March 19, 2025 [D.I. 552; filed 05/15/2025].

   B. **Order Authorizing the Official Committee of Unsecured Creditors of Azzur Group Holdings, LLC, *et al.* to Retain and Employ Huron Consulting Services LLC as Financial Advisor, *Nunc Pro Tunc* to March 19, 2025 [D.I. 554; filed 05/15/2025].**

   **Responses Received:** None.

   **Status:** **An order granting this application has been entered; therefore, no hearing is necessary.**

6. Combined Disclosure Statement and Joint Chapter 11 Plan of Azzur Group Holdings LLC and Its Affiliated Debtors [D.I. 410; filed 04/14/2025].

   **Response Deadline:** May 14, 2025 at 4:00 p.m. (ET).

   **Related Documents:**

   A. Order (I) Approving the Debtors' Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of, the Combined Disclosure Statement and Plan; and (VI) Granting Related Relief [D.I. 407; filed 04/14/2025].

B. Notice of Filing of Solicitation Version of the Combined Disclosure Statement and Joint Plan of Azzur Group Holdings LLC and Its Affiliated Debtors [D.I. 411; filed 04/14/2025].

C. Notice of (I) Approval of Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Hearing to Consider (A) Final Approval of Combined Disclosure Statement and Plan and (B) Confirmation of Combined Disclosure Statement and Plan; (III) Deadline for Voting on Combined Disclosure Statement and Plan; and (IV) Deadline for Filing Objection to Confirmation of Combined Disclosure Statement and Plan [D.I. 415; filed 04/14/2025].

D. Affidavit of Service (D.I. 407, 410, 415) [D.I. 430; filed 04/16/2025].

E. Affidavit of Service (D.I. 407, 410, 415) [D.I. 431; filed 04/16/2025].

F. Affidavit of Publication of Notice of (I) Approval of Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Hearing to Consider (A) Final Approval of Combined Disclosure Statement and Plan and (B) Confirmation of Combined Disclosure Statement and Plan; (III) Deadline for Voting on Combined Disclosure Statement and Plan; and (IV) Deadline for Filing Objections to Confirmation of Combined Disclosure Statement Plan in The Wall Street Journal [D.I. 446; filed 04/21/2025].

G. Affidavit of Service (D.I. 407, 410, 415) [D.I. 451; filed 04/21/2025].

H. Affidavit of Service (D.I. 407 (Customized), 410, 415) [D.I. 501; filed 04/28/2025].

I. Notice of Filing of Plan Supplement to the Combined Disclosure Statement and Joint Chapter 11 Plan [D.I. 502; filed 04/28/2025].

J. Affidavit of Service (D.I. 407 (Customized), 410, 415) [D.I. 509; filed 05/01/2025].

K. Supplemental Affidavit of Service (D.I. 415) [D.I. 515; filed 05/05/2025].

L. Affidavit of Service (D.I. 407 (Customized), 410, 415) [D.I. 518; filed 05/07/2025].

M. Notice of Filing of First Supplement to the Plan Supplement for the Combined Disclosure Statement and Joint Chapter 11 Plan [D.I. 522; filed 05/07/2025].

N. Supplemental Affidavit of Service (D.I. 407 (Customized), 410, 415) [D.I. 527; filed 05/09/2025].

O. First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Azzur Group Holdings LLC and Its Affiliated Debtors [D.I. 531; filed 05/12/2025].

P. Notice of Filing of First Amended Combined Disclosure Statement and Joint Chapter 11 Plan Azzur Group Holdings LLC and Its Affiliated Debtors [D.I. 532; filed 05/12/2025].

Q. Affidavit of Service (D.I. 407 (Customized), 410, 415) [D.I. 544; filed 05/14/2025].

R. Declaration of Clarissa Cu Regarding the Solicitation and Tabulation of Votes on the First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Azzur Group Holdings LLC and Its Affiliated Debtors [D.I. 551; filed 05/15/2025].

S. **Supplemental Declaration of Clarissa Cu Regarding the Solicitation and Tabulation of Votes on the First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Azzur Group Holdings LLC and Its Affiliated Debtors [D.I. 559; filed 05/16/2025].**

T. **Notice of Filing of Second Supplement to the Plan Supplement for the Combined Disclosure Statement and Joint Chapter 11 Plan [D.I. 563; filed 05/16/2025].**

U. **Memorandum of Law (I) in Support of Confirmation of First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Azzur Group Holdings LLC and Its Affiliated Debtors, and (II) Omnibus Response to Committee's and U.S. Trustee's Objections [D.I. 564; filed 05/16/2025].**

V. **[Proposed] Findings of Fact, Conclusions of Law, and Order Confirming Debtors' Combined Disclosure Statement and Joint Chapter 11 Plan [D.I. 565; filed 05/16/2025].**

W. **Declaration of M. Benjamin Jones in Support of Confirmation of the Debtors' First Amended Combined Disclosure Statement and Joint Chapter 11 Plan [D.I. 566; filed 05/16/2025].**

**Responses Received:**

A. United States Trustee's Objection to Combined Disclosure Statement and Joint Chapter 11 Plan of Azzur Group Holdings LLC and Its Affiliated Debtors [D.I. 545; filed 05/14/2025].

B. Objection of the Official Committee of Unsecured Creditors to Debtors' First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Azzur Group Holdings LLC and Its Affiliated Debtors [D.I. 546; filed 05/14/2025].

**Status:** This matter is going forward.

**PLEASE TAKE FURTHER NOTICE** that parties interested in obtaining copies of the aforementioned pleadings, and/or any other document filed in the above-captioned cases may do so by: (i) accessing the Court's website at https://www.deb.uscourts.gov (note that a PACER password is needed to access documents on the Court's website); (ii) contacting the Office of the

Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801; (iii) accessing the website maintained by Stretto, Inc., the Debtors' noticing agent, available at: https://cases.stretto.com/Azzur (which is free of charge); or (iv) contacting counsel for the Debtors using the contact information below.

Dated: May 17, 2025
       Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Stuart M. Brown*
Stuart M. Brown (DE 4050)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2462
Email: stuart.brown@us.dlapiper.com

- and -

W. Benjamin Winger (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: benjamin.winger@us.dlapiper.com

*Counsel to the Debtors*