IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| AZZUR GROUP HOLDINGS LLC, *et al.*,[1] | ) Case No. 25-10342 (KBO) |
| Debtors. | ) (Jointly Administered) |

Re: Docket No. 680

**ORDER APPROVING STIPULATION BETWEEN OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND MANUFACTURERS AND TRADERS TRUST COMPANY REGARDING REMITTANCE OF PORTION OF UCC SETTLEMENT CARVEOUT**

Upon consideration of the *Stipulation Between Official Committee of Unsecured Creditors and Manufacturers and Traders Trust Company Regarding Remittance of Portion of UCC Settlement Carveout* (the "Stipulation"),[2] by and between the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors") and Manufacturers and Traders Trust Company ("M&T"), in its capacity as Pre-Petition Lender and DIP Lender (as defined in the Final DIP Order) (collectively, the "Parties"), a copy of which is attached hereto as **Exhibit 1**; and the district court having jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Stipulation in this district is proper pursuant to 28 U.S.C. §§

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.cases.stretto.com/Azzur. The Debtors' headquarters and the mailing address for the Debtors is 330 South Warminster Road, Suite 341, Hatboro, PA 19040.

[2] Capitalized terms used but not otherwise defined herein have the terms given to them in the Stipulation.

1408 and 1409; and this Court having reviewed the Stipulation; and this Court having determined that the legal and factual bases set forth in the Stipulation establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is hereby approved and the Parties thereto are authorized and directed to comply with their obligations under the Stipulation.

2. This Court retains jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

Dated: August 11th, 2025
Wilmington, Delaware

**KAREN B. OWENS**
**CHIEF JUDGE**

4936-0186-2733.11 06063.00002