# EXHIBIT 1

**Stipulation**

4936-0186-2733.11 06063.00002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AZZUR GROUP HOLDINGS LLC, *et al.*,[1] | ) Case No. 25-10342 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**STIPULATION BETWEEN OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND MANUFACTURERS AND TRADERS TRUST COMPANY REGARDING REMITTANCE OF PORTION OF UCC SETTLEMENT CARVEOUT**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors") and Manufacturers and Traders Trust Company ("M&T"), in its capacity as Pre-Petition Lender and DIP Lender (as defined in the Final DIP Order (as defined below)) (together, the "Parties"), hereby submit this stipulation (the "Stipulation"), and in support thereof, respectfully state as follows:

WHEREAS, on March 2, 2025, the Debtors filed voluntary petitions for relief under title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

WHEREAS, on March 3, 2025, the Debtors filed a motion to approve DIP financing [Docket No. 11] (the "DIP Motion"). On April 4, 2025, the Official Committee of Unsecured Creditors (the "Committee") filed an objection to the DIP Motion [Docket No. 341] (the "UCC Objection").

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.cases.stretto.com/Azzur. The Debtors' headquarters and the mailing address for the Debtors is 330 South Warminster Road, Suite 341, Hatboro, PA 19040.

WHEREAS, on April 11, 2025, the Court held a final hearing on approval of the DIP Motion (the "Hearing").

WHEREAS, at the Hearing, the Committee and M&T announced a settlement of the UCC Objection, whereby M&T agreed to fund the sum of $1,625,000 (the "UCC Settlement Carveout"), which amount includes the sum of $500,000 allocated for the Committee's retained professionals under the DIP Budget (the "Original UCC Fee Carveout"). The Committee and M&T agreed that the UCC Settlement Carveout would be utilized solely for the purpose of paying the allowed fees and expenses of the Committee's professionals and funding a distribution to the holders of allowed general unsecured, non-priority claims against the Debtors.

WHEREAS, the Original UCC Fee Carveout of $500,000 is currently held by the Debtors and the remaining portion of the UCC Settlement Carveout in the amount of $1,125,000 is currently held by M&T.

WHEREAS, on April 14, 2025, the Court entered the *Final Order (I) Authorizing Debtors and Debtors in Possession to (A) Obtain Postpetition Financing, (B) Grant Liens and Super-Priority Claims, and (C) Grant Adequate Protection; (II) Modifying the Automatic Stay; and (III) Granting Related Relief* [Docket No. 414] (the "Final DIP Order"). The Final DIP Order provides that "[t]he Committee's objections to the [DIP] Motion are resolved on the terms set forth on the record at the Final Hearing." Final DIP Order § 5.21. As noted above, the terms of the resolution were set forth on the record at the Hearing. *See* 4/11/25 Tr. at 20-27.

NOW THEREFORE, in consideration of the foregoing, the Parties hereby stipulate and agree as follows, effective upon approval of this Stipulation by order of the Bankruptcy Court (the "Order"):

1. Within two (2) business days after entry of the Order, M&T is authorized and directed to remit the sum of $1,125,000 currently held by M&T, which sum represents a portion of the UCC Settlement Carveout, to the trust account of counsel to the Committee.

2. All rights of the Committee's retained professionals with respect to the Original UCC Fee Carveout of $500,000 currently held by the Debtors in the Professional Fee Escrow Account (as defined in the Final DIP Order) are expressly reserved and retained. The Committee is authorized to hold the $1,125,000 portion of the UCC Settlement Carveout to be remitted by M&T under this Stipulation in the trust account of counsel to the Committee and such funds may be utilized: (a) for the purpose of paying the allowed fees and expenses of the Committee's professionals, subject to Court approval; and (b) subject to separate Court approval (including through confirmation of a plan), funding a distribution to the holders of general unsecured, non-priority claims against the Debtors. The UCC Settlement Carveout, including the Original UCC Fee Carveout, remain subject to the jurisdiction of the Court.

3. This Stipulation constitutes the entire agreement and supersedes all other prior agreements and understandings, both written and oral, between the Parties with respect to the subject matter hereof and, except as otherwise expressly provided herein, are not intended to confer upon any other person any rights or remedies hereunder.

4. Notwithstanding anything to the contrary herein: (a) all of the Debtors' rights, remedies, claims and defenses, if any, in relation to the UCC Settlement Carveout (excluding the Original UCC Fee Carveout) as to the proposed allocation and/or distribution of the UCC Settlement Carveout (excluding the Original UCC Fee Carveout), are expressly preserved; and (b) all of the Committee's and M&T's rights, remedies, claims and defenses with respect to the same

are expressly preserved.  Nothing herein shall be deemed an acknowledgement by the Committee or M&T that the Debtors have any such rights, remedies claims and defenses

5. Each Party has participated in and jointly consented to the drafting of this Stipulation and agrees that any claimed ambiguity shall not be construed for or against any Party on account of such drafting.

6. The Court shall retain jurisdiction over any and all disputes or other matters arising under or otherwise relating to this Stipulation.

Dated:  July 25, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (*pro hac vice*)
Edward A. Corma (DE Bar No. 6718)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
          crobinson@pszjlaw.com
          ecorma@pszjlaw.com

*Counsel to the*
*Official Committee of Unsecured Creditors*

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ John H. Knight*
John H. Knight (No. 3848)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: knight@rlf.com
          queroli@rlf.com

-and-

Andrew M. Kramer (*pro hac vice*)
James V. Drew (*pro hac vice*)
OTTERBOURG, P.C.
230 Park Avenue
New York, NY 10169
Telephone: 212-661-9100
Facsimile: 212-682-6104
Email: akramer@otterbourg.com
jdrew@otterbourg.com

*Counsel to Manufacturers and Traders Trust Company, as Pre-Petition and DIP Lender*