**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AZZUR GROUP HOLDINGS, INC., *et al.*,[1] | : | Case No. 25-10342 (KBO) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Hearing Date: Oct. 7, 2025, at 9:30 a.m. (ET) |
| | : | Objection Deadline: Sept. 26, 2025, at 4:00 p.m. (ET) |

**UNITED STATES TRUSTEE'S MOTION TO COMPEL DEBTORS TO FILE AN AMENDED PLAN AND/OR REVISED, PROPOSED CONFIRMATION ORDER IN RESPONSE TO THE BANKRUPTCY COURT'S MAY 20, 2025 RULINGS ON THE COMBINED DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN OF AZZUR GROUP HOLDINGS LLC AND ITS AFFILIATED DEBTORS**

Andrew R. Vara, the United States Trustee for Regions Three & Nine ("U.S. Trustee"), through his counsel, files this motion (the "Motion") to compel Azzur Group Holdings, Inc. and its debtor-affiliates (collectively, the "Debtors") to file an amended plan and/or a revised, proposed confirmation order in response to the Bankruptcy Court's May 20, 2025 rulings on the *Debtors' Combined Disclosure Statement and Joint Chapter 11 Plan of Azzur Group Holdings LLC and Its Affiliated Debtors* (the "Plan") [D.I. 410], and in support of his Motion states:

**PRELIMINARY STATEMENT**

1. On May 19 and 20, 2025, this Court held its hearing on the confirmation of the Plan. At the hearing, the Court sustained the objections to confirmation filed by the U.S. Trustee [D.I. 545] and the official committee of unsecured creditors ("Committee") [D.I. 546]. The Court directed the parties to confer and address the issues raised by the Court. Almost four months have

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.cases.stretto.com/Azzur. The Debtors' headquarters and the mailing address for the Debtors is 330 South Warminster Road, Suite 341, Hatboro, PA 19040.

passed since the May 2025 hearing. At present, the Debtors and the Committee have failed to circulate an amended plan and/or a revised, proposed form of confirmation order resolving the issues raised by the Court. Further delay threatens to prejudice the interests of stakeholders. Accordingly, the U.S. Trustee requests that this Court order the Debtors to file an amended plan and/or a revised, proposed confirmation order within seven (7) days of the entry of the proposed order.

## JURISDICTION AND STANDING

2. Under (i) 28 U.S.C. § 1334; (ii) applicable order(s) of the United States District Court for the District of Delaware issued pursuant to 28 U.S.C. § 157(a); and (iii) 28 U.S.C. § 157(b)(2)(A), this Court has jurisdiction to hear and determine confirmation of the Plan and this Motion.

3. Pursuant to 28 U.S.C. § 586, the U.S. Trustee is charged with the administrative oversight of cases commenced pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). This duty is part of the U.S. Trustee's overarching responsibility to enforce the bankruptcy laws as written by Congress and interpreted by the courts. *See United States Trustee v. Columbia Gas Sys., Inc. (In re Columbia Gas Sys., Inc.)*, 33 F.3d 294, 295-96 (3d Cir. 1994) (noting that U.S. Trustee has "public interest standing" under 11 U.S.C. § 307, which goes beyond mere pecuniary interest); *Morgenstern v. Revco D.S., Inc. (In re Revco D.S., Inc.)*, 898 F.2d 498, 500 (6th Cir. 1990) (describing the U.S. Trustee as a "watchdog").

4. Pursuant to 28 U.S.C. § 586(a)(3)(B), the U.S. Trustee has the duty to monitor plans and disclosure statements filed in Chapter 11 cases and to comment on such plans and disclosure statements.

5. The U.S. Trustee has standing to be heard on the Plan and this Motion pursuant to

11 U.S.C. § 307.

## BACKGROUND

6.      On March 2, 2025, the above-captioned cases were commenced by the filing of voluntary petitions in this Court.

7.      On March 14, 2025, the U.S. Trustee appointed an official committee of unsecured creditors. D.I. 99.

8.      On March 7, 2025, the Debtors filed their combined disclosure statement and joint chapter 11 plan [D.I. 85] and their motion to approve the Debtors' disclosure statement and certain solicitation procedures [D.I. 86].

9.      On April 14, 2025, this Court entered the Order approving the disclosure statement and solicitation procedures. [D.I. 407]. The Court set the voting and confirmation deadlines for May 14, 2025. The confirmation hearing was scheduled for May 19, 2025, at 10:00 a.m. (ET).

10.      On May 14, 2025, the U.S. Trustee filed his objection to confirmation of the Plan. D.I. 545.

11.      On May 14, 2025, the Committee filed its objection to Plan confirmation. D.I. 546.

12.      On May 19 and May 20, 2025, the Court held a hearing on the confirmation of the Plan (the "Confirmation Hearing"). The Court sustained in part the objections of the U.S. Trustee and the Committee. The Court rejected the language in the Plan relating to the Debtors' Release [Tr. 5/20/25 93:24 – 94:2; 98:8-15 (gross negligence, willful misconduct and fraud "carveout")] and the exculpation provision [Tr. 5/20/25 98:16 -- 99:1]. Additionally, the Court sustained the Committee's objection to the Debtors' selection for Plan Administrator under the facts & circumstances presented. Tr. 5/20/25 97: 23 – 25. The Court, however, directed the parties to confer and address the issues raised by the Court's rulings. Tr. 5/20/25 99:17 – 100:3.

**REQUEST FOR RELIEF**

13. The Confirmation Hearing was almost four months ago. As of the filing of this Motion, the Debtors and the Committee have not circulated an amended plan and/or a revised, proposed confirmation order to the U.S. Trustee for review. The rulings made by this Court at the Confirmation Hearing should have been resolved well in advance of the filing of this Motion or, alternatively, presented to the Court for resolution. This protracted delay has been detrimental to the interests of general unsecured creditors and other stakeholders in the Debtors' estates. Administrative expenses continue to accrue. Accordingly, this Court should set a deadline for compliance with its May 20, 2025 directive(s).

**WHEREFORE**, the U.S. Trustee requests that this Court enter an order (i) granting the Motion, (ii) directing the Debtors to file an amended plan and/or a proposed form or order confirming the Debtors' Plan, and (iii) granting such other relief that the Court deems just and proper.

| | |
|---|---|
| Dated: September 16, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>**ANDREW R. VARA**<br>**UNITED STATES TRUSTEE**<br>**REGIONS 3 & 9**<br><br>By: */s/ Jonathan W. Lipshie*<br>　　Jonathan W. Lipshie<br>　　Trial Attorney<br>　　United States Department of Justice<br>　　Office of the United States Trustee<br>　　J. Caleb Boggs Federal Building<br>　　844 King Street, Suite 2207, Lockbox 35<br>　　Wilmington, Delaware 19801<br>　　Phone: (202) 567-1124<br>　　Email: jon.lipshie@usdoj.gov |