**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

IN RE: Azzur Labs-Dallas LLC

§ § § § §

CHAPTER 11

DEBTOR(S)

CASE NO.: 25-10368

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

    Now comes Dallas County, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case. Dallas County filed its secured claim on or about April 10, 2025, in the amount of $2,448.25, which claim is designated as claim number 41 on the claims register. Therefore, Dallas County hereby withdraws its claim 41.

**CERTIFICATE OF SERVICE**

I hereby certify that on  29th  day of  September , 2025, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Ave Suite 800
Dallas, TX 75219
(214) 880-0089 - *Telephone*
(469) 221-5003 - *Fax*
Email: Dallas.Bankruptcy@lgbs.com

By: /s/ John K. Turner
    Sherrel K. Knighton, Attorney
    Texas Bar No. 00796900
    Lisa Large Evans, Attorney
    Texas Bar No. 24036379
    John K. Turner, Attorney
    Texas Bar No. 00788563