## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AZZUR GROUP HOLDINGS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10342 (KBO)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Ivan Salas, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On September 26, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, via first-class mail on five (5) confidential parties not included herein, via electronic mail on the service list attached hereto as **Exhibit B**, and via electronic mail on two (2) confidential parties not included herein:

- **Objection of the Debtors to the United States Trustee's Motion to Compel Debtors to File an Amended Plan and/or Revised, Proposed Confirmation Order in Response to the Bankruptcy Court's May 20, 2025 Rulings on the Combined Disclosure Statement and Joint Chapter 11 Plan of Azzur Group Holdings LLC and Its Affiliated Debtors** (Docket No. 729)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: September 29, 2025

*Ivan Salas*
Ivan Salas

State of Colorado    )
                     ) SS.
County of Arapahoe   )

Subscribed and sworn before me this 29th day of September 2025 by Ivan Salas.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Azzur. The Debtors' headquarters and the mailing address for the Debtors is 485 Lexington Avenue, 10th Floor, New York, NY 10017.

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 1955 North Loop Owner, LLC | Attn: Simon Gordon | 2001 Ross Avenue Suite 3400 | | Dallas | TX | 75201 |
| 1955 North Loop Owner, LLC | Attn: Simon Gordon, CBRE, Inc. | 415 Mission Street, Suite 4600 | | San Francisco | CA | 94105 |
| 2065 North Loop Owner, LLC | Attn: Simon Gordon | 2001 Ross Avenue Suite 3400 | | Dallas | TX | 75201 |
| 2065 North Loop Owner, LLC | Attn: Simon Gordon, CBRE, Inc. | 415 Mission Street, Suite 4600 | | San Francisco | CA | 94105 |
| 60 Blanchard Owner LLC | c/o Nordblom Management Company, Inc. | Attn: Adele Olivier, Authorized Signatory | 71 Third Avenue | Burlington | MA | 01803 |
| American Express National Bank | c/o Becket & Lee LLP | Attn: Shraddha Bharatia | PO Box 3001 | Malvern | PA | 19355-0701 |
| Angstrom Technology | Attn: Chris Afendoulis, CFO | 3509 3 Mile Road NW Suite 3 | | Grand Rapids | MI | 49534 |
| Attorney General's Office | Attn: Public Inquiry Unit | P.O. Box 944255 | | Sacramento | CA | 94244-2550 |
| Barker Contracting Inc | Attn: Brian G. Lepker & Brian Barker | 2127 E. Speedway Blvd | Ste 101 | Tucson | AZ | 85717 |
| Blue Mountain Quality Resources | Attn: Ann Getz | 690 Grays Woods Blvd | | Port Matilda | PA | 16870-7142 |
| Bureau of Consumer Protection | | 15th Floor, Strawberry Square | | Harrisburg | PA | 17120 |
| California Office of the Attorney General | | PO Box 944255 | | Sacramento | CA | 94244-2550 |
| CDW Direct | Attn: Jeff Carr | PO Box 75723 | | Chicago | IL | 60675-5723 |
| CDW Direct, LLC | Attn: Jeff Carr and Vida Krug | 200 N Milwaukee Ave | | Vernon Hills | IL | 60061 |
| Citro Digital LLC | Attn: Hillary Long | 330 S Warminster Rd | Suite 341 | Hatboro | PA | 19040 |
| CleanSpace | Attn: Glenn Vandegrift | 607 Airport Blvd | | Doylestown | PA | 18902 |
| Consumer Protection | | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 |
| Controlled Contamination Services, LLC | Attn: Catherine McNealy | 14800 Landmark Blvd #155 | | Dallas | TX | 75254 |
| Controlled Contamination Services, LLC | Attn: Kelly Perna, Business Development Manager | PO Box 790379 | | St. Louis | MO | 63179-0379 |
| DBC I, Inc. | Attn: Philip Asselin & Guy Sergi | 465 Waverley Oaks Rd | Ste 500 | Waltham | MA | 02452 |
| Delaware Department of Justice | | Carvel State Office Building | 820 N French Street | Wilmington | DE | 19801 |
| Department of Consumer Affairs | c/o Consumer Information Center | 1625 North Market Blvd. | Suite N 112 | Sacramento | CA | 95834 |
| Devens Utilities | Attn: Jim Moore, Officer or Legal Dept | PO Box 55073 | | Boston | MA | 02205 |
| Illinois Office of the Attorney General | | James R. Thompson Center | 100 W. Randolph St | Chicago | IL | 62706 |
| Illinois Office of the Attorney General | c/o Consumer Protection Division | 100 West Randolph Street | | Chicago | IL | 60601 |
| Illinois Office of the Attorney General | c/o Consumer Protection Division | 500 South Second Street | | Springfield | IL | 62701 |
| Illinois Office of the Attorney General | c/o Consumer Protection Division | 601 South University Ave | | Carbondale | IL | 62901 |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Iodine Propco 2021, LLC | c/o Lincoln Harris LLC | Attn: Tammy Pierce, Sr. Lease Administrator | 4725 Piedmont Row Drive, Suite 800 | Charlotte | NC | 28210 |
| King 45 Jackson LLC | c/o Lincoln Property Company | Attn: Tyson Reynoso, Authorized Signatory | 575 University Avenue | Norwood | MA | 02062 |
| King 45 Jackson LLC | c/o Lincoln Property Company | Attn: Tyson Reynoso, Authorized Signatory | 800 Boylston St. Suite 1570 | Boston | MA | 02199 |
| Massachusetts Office of the Attorney General | | 1 Ashburton Place, 20Th Floor | | Boston | MA | 02108 |
| Milton CAT | c/o Southworth-Milton, Inc. | Attn: David DelloRusso | PO Box 3851 | Boston | MA | 02241-3851 |
| nanoClean | Attn: Bryan Runge | 128 New Boston St | Unit F | Woburn | MA | 01801 |
| NESPA, Inc. | Attn: Daniel Sarno | 208 Broadway | | Malden | MA | 02148 |
| New England Security | Attn: Daniel Ryan, President & Daniel Sarno, CFO | 208 Broadway | | Malden | MA | 02148 |
| North Carolina Office of the Attorney General | | 114 W Edenton St | | Raleigh | NC | 27603 |
| Office of Consumer Affairs and Business Regulation | c/o Attorney General's Consumer Advocacy & Response Division | 1 Federal St Ste 720 | | Boston | MA | 02110-2003 |
| Office of the Attorney General | | 300 W 15th Street | | Austin | TX | 78701 |
| Office of the Attorney General | | PO Box 12548 | | Austin | TX | 78711-2548 |
| Office of the United States Attorney for the District of Delaware | | 1313 N Market Street | | Wilmington | DE | 19801 |
| OnePointe Solutions LCC | Attn: Ashley Wright, Vice President of Operations | PO Box 841819 | | Dallas | TX | 75284 |
| Oracle America, Inc. | Attn: Cole Sundolf | 2300 Oracle Way | | Austin | TX | 78741 |
| Pennsylvania Office of the Attorney General | | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 |
| QSI 3PL Plus LLC | Attn: Shaun McCormack | 155 West St Ste1 | | Wilmington | MA | 01887 |
| Securities and Exchange Commission | | 100 F Street, NE | | Washington | DC | 20549 |

In re: Azzur Group Holdings LLC, et al.
Case No. 25-10342 (KBO)



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Securities and Exchange Commission | Attn: Regional Director | New York Regional Office | 200 Vesey Street, Suite 400 Brookfield Place | New York | NY | 10281-1022 |
| Shiraz Partners LP | Attn: Ben Badiee, President, Officer, Director or Legal Dept | 888 Prospect Street | Suite 340 | La Jolla | CA | 92037 |
| Shiraz Partners LP | c/o Badiee Development | Attn: Benjamin Weiss & Bob Badiee | 888 Prospect Street Suite 340 | La Jolla | CA | 92037 |
| Southworth-Milton Inc. d/b/a Milton-Cat | Attn: Jacqueline R. Benard | 30 Industrial Dr | | Londonderry | NH | 03053-2008 |
| State of Delaware | Department of Justice | Carvel State Office Building | 820 N French Street | Wilmington | DE | 19801 |
| Stericycle Inc | Attn: Stacy Sachs | 2355 Waukegan Rd. | | Bannockburn | IL | 60015 |
| Stericycle Inc | Attn: Stacy Sachs | PO Box 6582 | | Carol Stream | IL | 60197-6582 |
| Sunbelt Rentals | Attn: Christina Smith | 14951 Catalina St | | San Leandro | CA | 94577-6613 |
| Sunbelt Rentals | Attn: Christina Smith | PO Box 409211 | | Atlanta | GA | 30384-9211 |
| Technical Safety Services, LLC | Attn: Joe Carline, Project Manager | 40 Burt Drive Suite 9 | | Deer Park | NY | 11729 |
| Technical Safety Services, LLC | Attn: Joe Carline, Project Manager | 8360 Juniper Creek Lane | | San Diego | CA | 92126 |
| Technical Safety Services, LLC | Attn: Joe Carline, Project Manager | 98 Old Derry Road | | Hudson | NH | 03051 |
| Technical Safety Services, LLC | Attn: Joe Carline, Project Manager | Dept 33265, PO Box 39000 | | San Francisco | CA | 94139-3265 |
| Technical Safety Services, LLC | Attn: Joe Carline, Project Manager | PO Box 530060 | | Atlanta | GA | 30353-0060 |
| Texas Office of the Attorney General | | 300 W. 15Th St | | Austin | TX | 78701 |
| Thomas Scientific, LLC | Attn: Kim Duffield | PO Box 536750 | | Pittsburgh | PA | 15253-5909 |
| Thomas Scientific, LLC | Attn: Kim Duffield and Anna Walker | 1654 High Hill Rd | | Swedesboro | NJ | 08085 |
| Unifirst Corporation | Attn: Jennifer Glaude | PO Box 650481 | | Dallas | TX | 75265-0481 |
| Veolia Environmental Services | Attn: Greg Giandomenico, Sales Manager | 107 South Motor Ave. | | Azusa | CA | 91702 |
| Veolia Environmental Services | Attn: Greg Giandomenico, Sales Manager | PO Box 73709 | | Chicago | IL | 60673-7709 |
| VV330 LLC | Attn: Zachary Moore, Authorized Signatory | One Belomnt Ave | Suite 520 | Bala Cynwyd | PA | 19004 |

In re: Azzur Group Holdings LLC, et al.
Case No. 25-10342 (KBO)

Page 2 of 2

Document Ref: GXIGS-YV6HF-WLZFI-Y92BQ

Page 4 of 8

# **Exhibit B**



## Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 1955 North Loop Owner, LLC | Attn: Simon Gordon, CBRE, Inc. | | simon.gordon@cbre.com |
| 2065 North Loop Owner, LLC | Attn: Simon Gordon, CBRE, Inc. | | simon.gordon@cbre.com |
| 60 Blanchard Owner LLC | c/o Nordblom Management Company, Inc. | Attn: Adele Olivier, Authorized Signatory | gvandegrift@cleanspaceus.com |
| 60 Blanchard Owner LLC | c/o Sullivan & Worcester LLP | Attn: Amy A. Zuccarello | azuccarello@sullivanlaw.com |
| 60 Blanchard Owner LLC | c/o Sullivan & Worcester LLP | Attn: Keri L. Costello | kcostello@sullivanlaw.com |
| 60 Blanchard Owner LLC | c/o Sullivan Hazeltine Allinson LLC | Attn: William D. Sullivan | bsullivan@sha-llc.com |
| Angstrom Technology | Attn: Chris Afendoulis, CFO | | chris.afendoulis@angstromtech.com |
| Barker Contracting Inc | Attn: Brian G. Lepker & Brian Barker | | blepker@barkerone.com<br>bbarker@barkerone.com |
| Blue Mountain Quality Resources | Attn: Ann Getz | | amgetz@coolblue.com |
| California Office of the Attorney General | | | xavier.becerra@doj.ca.gov |
| CDW Direct | Attn: Jeff Carr | | jeffcar@cdw.com |
| CDW Direct, LLC | Attn: Jeff Carr and Vida Krug | | jeffcar@cdw.com |
| Chrysalis Holdings LLC | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Richard M. Beck, Alyssa M. Radovanovich | rbeck@klehr.com<br>aradovanovich@klehr.com |
| Citro Digital LLC | Attn: Hillary Long | | hello@citrodigital.com |
| CleanSpace | Attn: Glenn Vandegrift | | gvandegrift@cleanspaceus.com |
| Controlled Contamination Services, LLC | Attn: Catherine McNealy | | legal@cleanroomcleaning.com |
| Controlled Contamination Services, LLC | Attn: Kelly Perna, Business Development Manager | | legal@cleanroomcleaning.com |
| Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com<br>john.turner@lgbs.com |
| DBC I, Inc. | Attn: Philip Asselin & Guy Sergi | | info@duffyproperties.com<br>gsergi@duffyproperties.com |
| Delaware Department of Justice | | | attorney.general@state.de.us |
| Department of Consumer Affairs | c/o Consumer Information Center | | dca@dca.ca.gov |
| Devens Utilities | Attn: Jim Moore, Officer or Legal Dept | | jmoore@massdevelopment.com |
| Eliquent Life Sciences, Inc. | c/o Chipman Brown Cicero & Cole, LLP | Attn: Daniel G. Egan | egan@chipmanbrown.com |
| Eliquent Life Sciences, Inc. | c/o Chipman Brown Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Eliquent Life Sciences, Inc. | c/o Ropes & Gray LLP | Attn: Cristine Pirro Schwarzman | cristine.schwarzman@ropesgray.com |
| Eliquent Life Sciences, Inc. | c/o Ropes & Gray LLP | Attn: Patricia Chen | patricia.chen@ropesgray.com |
| Illinois Office of the Attorney General | | | info@lisamadigan.org |
| Iodine Propco 2021, LLC | c/o Lincoln Harris LLC | Attn: Tammy Pierce, Sr. Lease Administrator | info@lpc.com |
| King 45 Jackson LLC | c/o Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, & Margaret A. Vesper | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com |
| King 45 Jackson LLC | c/o Goulston & Storrs PC | Attn: Timothy J. Carter and Brendan M. Gage | tcarter@goulstonstorrs.com<br>bgage@goulstonstorrs.com |
| King 45 Jackson LLC | c/o Lincoln Property Company | Attn: Tyson Reynoso, Authorized Signatory | contact@ks-prop.com |
| Manufacturers and Traders Trust Company, as Pre-Petition and DIP Lender ("M&T") | c/o Otterbourg, P.C. | Attn: Andrew M. Kramer & James V. Drew | akramer@otterbourg.com<br>jdrew@otterbourg.com |
| Manufacturers and Traders Trust Company, as Pre-Petition and DIP Lender ("M&T") | c/o Richards, Layton & Finger, P.A. | Attn: John H. Knight & David T. Queroli | knight@rlf.com<br>queroli@rlf.com |
| Massachusetts Office of the Attorney General | | | ago@state.ma.us |
| Milton CAT | c/o Southworth-Milton, Inc. | Attn: David DelloRusso | david_dellorusso@miltoncat.com |
| nanoClean | Attn: Bryan Runge | | info@nanocleandecon.com<br>brunge@nanocleanecon.com |

In re: Azzur Group Holdings LLC, et al.
Case No. 25-10342 (KBO)

Page 1 of 3



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| NESPA, Inc. | Attn: Daniel Sarno | | dsarno@newenglandsecurity.com |
| New England Security | Attn: Daniel Ryan, President & Daniel Sarno, CFO | | dsarno@newenglandsecurity.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn: Jonathan Lipshie | | jon.lipshie@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones, David M. Bertenthal, Colin R. Robinson, Edward A. Corma | ljones@pszjlaw.com dbertenthal@pszjlaw.com crobinson@pszjlaw.com ecorma@pszjlaw.com |
| OnePointe Solutions LCC | Attn: Ashley Wright, Vice President of Operations | | info@onepointesolutions.com ar@onepointesolutions.com |
| Oracle America, Inc. | Attn: Cole Sundolf | | contact@oracle.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| QSI 3PL Plus LLC | Attn: Shaun McCormack | | info@qsitesting.net smccormack@qsiglobal.net |
| RGK Group, LLC d/b/a Angstrom Technology | c/o Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Shannah L. Colbert, David L. Fine and Amanda C. McNamaram | scolbert@miricklaw.com |
| RGK Group, LLC d/b/a Angstrom Technology | c/o Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W. Carey | pcarey@miricklaw.com |
| Shiraz Partners LP | Attn: Ben Badiee, President, Officer, Director or Legal Dept | | ben@badieedevelopment.com ben@theweissgroup.net |
| Shiraz Partners LP | c/o Badiee Development | Attn: Benjamin Weiss & Bob Badiee | bweiss@badieedevelopment.com bob@badieedevelopment.com ben@badieedevelopment.com ben@theweissgroup.net |
| Silva Avoyan | | | Email Address Redacted |
| Southworth-Milton Inc. d/b/a Milton Cat | c/o Borges & Associates, LLC | Attn: Wanda Borges and Sue L. Chin | wborges@borgeslawllc.com schin@borgeslawllc.com |
| Southworth-Milton Inc. d/b/a Milton-Cat | Attn: Jacqueline R. Benard | | jackie.benard@miltoncat.com jackie_benard@miltoncat.com wborges@borgeslawllc.com |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |
| Stericycle Inc | Attn: Stacy Sachs | | customer-relations@stericycle.com |
| Sunbelt Rentals | Attn: Christina Smith | | statements@sunbeltrentals.com bankruptcy@sunbeltrentals.com |
| Technical Safety Services, LLC | Attn: Joe Carline, Project Manager | | tss-acctrec@techsafety.com |
| Texas Comptroller of Public Accounts | c/o Office of the Attorney General, Bankruptcy & Collections Division | Attn: Callan C. Searcy & Sherri K. Simpson | bk-csearcy@texasattorneygeneral.gov sherri.simpson@oag.texas.gov |
| Thomas Scientific, LLC | Attn: Kim Duffield | | customerservice@thomassci.com kim.duffield@thomassci.com |
| Thomas Scientific, LLC | Attn: Kim Duffield and Anna Walker | | customerservice@thomassci.com kim.duffield@thomassci.com anna.walker@thomassci.com |
| Thomas Scientific, LLC | c/o Morrison Cohen LLP | Attn: Joseph T. Moldovan and David J. Kozlowski | bankruptcy@morrisoncohen.com dkozlowski@morrisoncohen.com |

In re: Azzur Group Holdings LLC, et al.
Case No. 25-10342 (KBO)

Page 2 of 3

Document Ref: GXIGS-YV6HF-WLZFI-Y92BQ

Page 7 of 8



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Unifirst Corporation | Attn: Jennifer Glaude | | customercare@unifirst.com  jennifer_glaude@unifirst.com |
| Veolia Environmental Services | Attn: Greg Giandomenico, Sales Manager | | wrcs@veolia.com |
| VV330 LLC | Attn: Zachary Moore, Authorized Signatory | | zach@velocityinv.com |
| VV330 LLC | c/o Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | dplon@sirlinlaw.com |

In re: Azzur Group Holdings LLC, et al.
Case No. 25-10342 (KBO)

Page 3 of 3

Document Ref: GXIGS-YV6HF-WLZFI-Y92BQ

Page 8 of 8