IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AZZUR GROUP HOLDINGS LLC, *et al.*,[1] | Case No. 25-10342 (KBO) |
| | (Jointly Administered) |
| Debtors. | **Re: D.I. 727** |

## NOTICE OF WITHDRAWAL RE: D.I. 727

PLEASE TAKE NOTICE that on September 16, 2025, Andrew R. Vara, the United States Trustee for Region 3 ("U.S. Trustee"), by and through his undersigned attorney, filed the *United States Trustee's Motion To Compel Debtors to File an Amended Plan and/or Revised Proposed Confirmation Order In Response to the Bankruptcy Court's May 20, 2025 Rulings on the Combined Disclosure Statement and Joint Chapter 11 Plan of Azzur Group Holdings LLC and its Affiliated Debtors* [D.I. 727] (the "Motion").

PLEASE TAKE FURTHER NOTICE that the U.S. Trustee hereby withdraws the Motion.

Dated: October 2, 2025
       Wilmington, Delaware

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**REGION THREE**

By: */s/ Jonathan W. Lipshie*
Jonathan W. Lipshie, Esquire
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(202)567-1124
Jon.Lipshie@usdoj.gov

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.cases.stretto.com/Azzur. The Debtors' headquarters and the mailing address for the Debtors is 330 South Warminster Road, Suite 341, Hatboro, PA 19040.