# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AZZUR GROUP HOLDINGS LLC, *et al.*,[1] | Case No. 25-10342 (KBO) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON OCTOBER 7, 2025 AT 9:30 A.M. (ET)

**\*\* THIS HEARING IS CANCELLED WITH THE PERMISSION OF THE COURT. \*\***

**WITHDRAWN MATTERS:**

1. United States Trustee's motion to Compel Debtors to File an Amended Plan and/or Revised, Proposed Confirmation Order in Response to the Bankruptcy Court's May 20, 2025 Rulings on the Combined Disclosure Statement and Joint Chapter 11 Plan of Azzur Group Holdings LLC and Its Affiliated Debtors [D.I. 727; filed 09/16/2025].

   **Response Deadline:** September 26, 2025 at 4:00 p.m. (ET).

   **Related Documents:**

   A. Notice of Withdrawal of United States Trustee's Motion to Compel Debtors to File an Amended Plan and/or Revised, Proposed Confirmation Order in Response to the Bankruptcy Court's May 20, 2025 Rulings on the Combined Disclosure Statement and Joint Chapter 11 Plan of Azzur Group Holdings LLC and Its Affiliated Debtors [D.I. 735; filed 10/02/2025].

   **Responses Received:**

   A. Objection of the Debtors to the United States Trustee's motion to Compel Debtors to File an Amended Plan and/or Revised, Proposed Confirmation Order in Response to the Bankruptcy Court's May 20, 2025 Rulings on the Combined Disclosure Statement and Joint Chapter 11 Plan of Azzur Group Holdings LLC and Its Affiliated Debtors [D.I. 729; filed 09/26/2025].

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Azzur. The Debtors' headquarters and the mailing address for the Debtors is 330 South Warminster Road, Suite 341, Hatboro, PA 19040.

**Status:** This matter has been withdrawn, therefore, the hearing on this matter has been cancelled with the permission of the Court.

**PLEASE TAKE FURTHER NOTICE** that parties interested in obtaining copies of the aforementioned pleadings, and/or any other document filed in the above-captioned cases may do so by: (i) accessing the Court's website at https://www.deb.uscourts.gov (note that a PACER password is needed to access documents on the Court's website); (ii) contacting the Office of the Clerk of the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801; (iii) accessing the website maintained by Stretto, Inc., the Debtors' noticing agent, available at: https://cases.stretto.com/Azzur (which is free of charge); or (iv) contacting proposed counsel for the Debtors using the contact information below.

| | |
|---|---|
| Dated: October 6, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br>/s/ Stuart M. Brown<br>Stuart M. Brown (DE 4050)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2462<br>Email: stuart.brown@us.dlapiper.com<br><br>- and -<br><br>W. Benjamin Winger (admitted *pro hac vice*)<br>444 West Lake Street, Suite 900<br>Chicago, Illinois 60606<br>Telephone: (312) 368-4000<br>Facsimile: (312) 236-7516<br>Email: benjamin.winger@us.dlapiper.com<br><br>*Counsel to the Debtors* |