# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AZZUR GROUP HOLDINGS LLC, *et al.*,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 25-10342 (KBO)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 17, 2025 at 2:00 p.m. (ET)** |

## NOTICE OF HEARING ON FINAL FEE APPLICATIONS

**PLEASE TAKE NOTICE** that, March 2, 2025, Azzur Group Holdings LLC and its affiliated debtors (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of the United States Code in the United States Bankruptcy for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on October 3, 2025, the Court entered an order [D.I. 735] (the "Confirmation Order"), confirming the *First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Azzur Group Holdings, LLC and Its Affiliated Debtors* [D.I. 531] (as may be further amended, supplemented, or otherwise modified from time to time, the "Plan").

**PLEASE TAKE FURTHER NOTICE** that, on October 21, 2025, the Debtors filed a notice [D.I. 743] (the "Effective Date Notice") advising the Effective Date of the Plan had occurred on October 21, 2025 (the "Effective Date").

**PLEASE TAKE FURTHER NOTICE** that the Effective Date Notice advised, in accordance with Section 2.2 of the Plan and Paragraph 108 of the Confirmation Order, all requests for payment of Professional Fee Claims for services rendered and reimbursement of expenses incurred prior to the Effective Date (collectively, the "Final Fee Applications") must be filed with the Court no later than thirty (30) days after the Effective Date, or November 20, 2025.

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled a hearing on Final Fee Applications before the Honorable Karen B. Owens, Chief United States Bankruptcy Judge, at the Court, 824 North Market Street, Sixth Floor, Courtroom 3, Wilmington, Delaware 19801 on **December 17, 2025 at 2:00 p.m. (ET)**.

[*Remainder of page intentionally left blank*]

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Azzur. The Reorganized Debtors' mailing address for the Debtors is 330 South Warminster Road, Suite 341, Hatboro, PA 19040.

**PLEASE TAKE FURTHER NOTICE** that copies of the Final Fee Applications, as well as all filings in the Debtors' cases, are and will be available for free on the website of the court-appointed claims and noticing agent in these chapter 11 cases, Stretto, Inc., at https://cases.stretto.com/Azzur.

| | |
|---|---|
| Dated: October 31, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br>/s/ Stuart M. Brown<br>Stuart M. Brown (DE 4050)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2462<br>Email: stuart.brown@us.dlapiper.com<br><br>- and -<br><br>W. Benjamin Winger (admitted *pro hac vice*)<br>444 West Lake Street, Suite 900<br>Chicago, Illinois 60606<br>Telephone: (312) 368-4000<br>Facsimile: (312) 236-7516<br>Email: benjamin.winger@us.dlapiper.com<br><br>*Counsel to the Reorganized Debtors* |