IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AZZUR GROUP HOLDINGS LLC, *et al.*,[1] | ) ) ) | Case No. 25-10342 (KBO) |
| Debtors. | ) ) ) | (Jointly Administered) |

Objection Deadline:  December 9, 2025 at 4:00 p.m. ET
Hearing Date:  December 17, 2025 at 2:00 p.m. ET

**NOTICE OF FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 19, 2025 THROUGH OCTOBER 21, 2025**

**PLEASE TAKE NOTICE** that on November 18, 2025, Pachulski Stang Ziehl & Jones LLP, counsel for the Official Committee of Unsecured Creditors (the "Committee"), filed the attached *First and Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as the Official Committee of Unsecured Creditors, for the Period from March 19, 2025 through October 21, 2025* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801 (the "Bankruptcy Court"), seeking fees in the amount of $1,680,684.50 and reimbursement of actual and necessary expenses in the amount of $16,914.59 for the period from March 19, 2025 through and including October 21, 2025.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application must be filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, DE 19801, on or before **December 9, 2025, at 4:00 p.m. (Eastern Time)** and be served upon and

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.cases.stretto.com/Azzur.  The Debtors' headquarters and the mailing address for the Debtors is 330 South Warminster Road, Suite 341, Hatboro, PA 19040.

4910-4271-2955.1 06063.00002

received by: (a) counsel to the Committee, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: Laura Davis Jones (ljones@pszjlaw.com), David M. Bertenthal (dbertenthal@pszjlaw.com), Peter J. Keane (pkeane@pszjlaw.com), and Edward A. Corma (ecorma@pszjlaw.com); and (b) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Jonathan W. Lipshie (jon.lipshie@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** THAT, IF ANY OBJECTIONS OR RESPONSES ARE TIMELY FILED AND SERVED TO THE NOTICE, A HEARING ON THE PROPOSED APPROVAL OF THE STIPULATION WILL BE HELD ON **DECEMBER 17, 2025 AT 2:00 P.M. (EASTERN TIME)** BEFORE THE HONORABLE KAREN B. OWENS, UNITED STATES BANKRUPTCY JUDGE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801. ONLY OBJECTIONS MADE IN WRITING AND TIMELY FILED WILL BE CONSIDERED BY THE BANKRUPTCY COURT AT SUCH HEARING.

Dated: November 18, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (admitted *pro hac vice*)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
         dbertenthal@pszjlaw.com
         pkeane@pszjlaw.com
         ecorma@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*