IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AZZUR GROUP HOLDINGS LLC, *et al.*,[1] | ) | Case No. 25-10342 (KBO) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: Docket No. \_\_\_** |

**ORDER GRANTING FIRST AND FINAL
APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR THE PERIOD FROM MARCH 19, 2025 THROUGH OCTOBER 21, 2025**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as Counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned cases, filed its First and Final Application for Compensation and for Reimbursement of Expenses for the Period from March 19, 2025 through October 21, 2025 (the "Final Application"). The Court has reviewed the Final Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Final Application, and any hearing on the Final Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Application. Accordingly, it is hereby

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.cases.stretto.com/Azzur. The Debtors' headquarters and the mailing address for the Debtors is 330 South Warminster Road, Suite 341, Hatboro, PA 19040.

ORDERED that the Final Application is GRANTED, on a final basis, and all fees and costs requested in the Final Application are allowed on a final basis. Debtors in the above cases shall pay to PSZ&J the sum of $1,680,684.50 as compensation and $16,914.59 as reimbursement of expenses, for a total of $1,697,599.09 for services rendered and disbursements incurred by PSZ&J for the period March 19, 2025 through October 21, 2025.

ORDERED that PSZ&J may file one or more supplemental fee applications and submit a certificate of no objection and order to the Court for final approval of such fees and expenses as may be reflected in any such supplemental fee application.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.