# **EXHIBIT A**

**Customary and Comparable Compensation Disclosures with Fee Applications**

**EXHIBIT A**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS**

(*See* Guidelines C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE* | |
|---|---|---|
| | BILLED OR COLLECTED<br>Firm or offices for preceding year, excluding bankruptcy* | BILLED<br>In this fee application |
| Sr./Equity Partner/Shareholder | $1,700.00 | $1,737.51 |
| Of Counsel | $1,400.00 | $1,368.08 |
| Associates | $1,000.00 | $ 875.00 |
| Paralegal | $625.00 | $ 629.96 |
| Case Management Assistants | $495.00 | $ 495.00 |
| All timekeepers aggregated** | $1,050.00** | $1,478.69 |

* Represents approximate blended hourly rate. Non-estate work for PSZ&J represents a de minimis amount of the Firm's revenues as the Firm's engagements are primarily on behalf of debtors, official committees, and other estate-billed constituencies. For fiscal year ending 2024, non-estate work represented approximately 8-10% of the Firm's revenues. It is expected that non-estate work in 2025 will represent approximately 8-10% of the Firms' revenues.

**Represents an estimate for the aggregate blended hourly rate for all timekeepers on non-estate work

Case Name:        Azzur Group Holdings LLC
Case Number:      25-10342 (KBO)
Applicant's Name: Pachulski Stang Ziehl & Jones LLP
Date of Application: 11/18/2025
Interim or Final  Final

4915-1835-8135.2 06063.00002