# EXHIBIT B

**Summary of Timekeepers Included in this Fee Application**

4915-1835-8135.2 06063.00002

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| **David J. Barton** | Partner | Bankruptcy | 1981 | 1.10 | $2,145.00 | $1,950.00 | $1,950.00 | 0 |
| **David M. Bertenthal** | Partner | Bankruptcy | 1993 | 144.20 | $248,745.00 | $1,725.00 | $1,725.00 | 0 |
| **Henry C. Kevane** | Partner | Bankruptcy | 1986 | 10.00 | $18,750.00 | $1,875.00 | $1,875.00 | 0 |
| **Joshua M. Fried** | Partner | Bankruptcy | 1995 | 141.00 | $215,025.00 | $1,525.00 | $1,525.00 | 0 |
| **Laura Davis Jones** | Partner | Bankruptcy | 1986 | 192.90 | $400,267.50 | $2,075.00 | $2,075.00 | 0 |
| **Maxim B. Litvak** | Partner | Bankruptcy | 1997 | 121.50 | $209,587.50 | $1,725.00 | $1,725.00 | 0 |
| **Maxim B. Litvak** | Partner | Bankruptcy | 1997 | 13.00 | $11,212.50 | $ 862.50 | $ 862.50 | 0 |
| **Timothy P. Cairns** | Partner | Bankruptcy | 2002 | 56.90 | $76,815.00 | $1,350.00 | $1,350.00 | 0 |
| **Colin R. Robinson** | Of Counsel | Bankruptcy | 1997 | 99.60 | $131,970.00 | $1,325.00 | $1,325.00 | 0 |
| **Jonathan J. Kim** | Of Counsel | Bankruptcy | 1995 | 37.30 | $53,152.50 | $1,425.00 | $1,425.00 | 0 |
| **Peter J. Keane** | Of Counsel | Bankruptcy | 2008 | 115.70 | $149,831.50 | $1,295.00 | $1,295.00 | 0 |
| **Richard J. Gruber** | Of Counsel | Bankruptcy | 1982 | 22.60 | $41,810.00 | $1,850.00 | $1,850.00 | 0 |
| **William L. Ramseyer** | Of Counsel | Bankruptcy | 1980 | 1.10 | $1,237.50 | $1,125.00 | $1,125.00 | 0 |
| **Edward A. Corma** | Associate | Bankruptcy | 2018 | 58.80 | $51,450.00 | $ 875.00 | $ 875.00 | 0 |
| **Cheryl A. Knotts** | Paralegal | Bankruptcy | N/A | 4.40 | $2,530.00 | $ 575.00 | $ 575.00 | 0 |
| **Karina K. Yee** | Paralegal | Bankruptcy | N/A | 2.40 | $1,500.00 | $ 625.00 | $ 625.00 | 0 |
| **Melissa N. Flores** | Paralegal | Bankruptcy | N/A | 45.10 | $28,187.50 | $ 625.00 | $ 625.00 | 0 |
| **Patricia E. Cuniff** | Paralegal | Bankruptcy | N/A | 0.40 | $250.00 | $ 625.00 | $ 625.00 | 0 |
| **Patricia J. Jeffries** | Paralegal | Bankruptcy | N/A | 4.60 | $2,990.00 | $ 650.00 | $ 650.00 | 0 |
| **Leslie A. Forrester** | Library | Bankruptcy | N/A | 8.60 | $5,805.00 | $ 675.00 | $ 675.00 | 0 |
| **Andrea R. Paul** | Case Mgmt. Assist | Bankruptcy | N/A | 0.60 | $297.00 | $ 495.00 | $ 495.00 | 0 |
| **Charles J. Bouzoukis** | Case Mgmt. Assist | Bankruptcy | N/A | 3.90 | $1,930.50 | $ 495.00 | $ 495.00 | 0 |
| **Gary L. Arnold** | Case Mgmt. Assist | Bankruptcy | N/A | 50.90 | $25,195.50 | $ 495.00 | $ 495.00 | 0 |
| **Total:** | | | | 1,136.60 | $1,680,684.50 | | | |

Case Name:        Azzur Group Holdings LLC

Case Number:      25-10342 (KBO)

Applicant's Name: Pachulski Stang Ziehl & Jones LLP

Date of Application: 11/18/2025

Interim or Final    Final

---

[1] If applicable.

4915-1835-8135.2 06063.00002