# EXHIBIT D-1

**Summary of Compensation Requested by Project Category**

| PROJECT CATEGORY | HOURS BUDGETED[1] | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| Asset Disposition | 225.00 | $325,000.00 | 183.30 | $285,318.50 |
| Bankruptcy Litigation | 350.00 | $500,000.00 | 312.00 | $465,796.50 |
| Case Administration | 60.00 | $30,000.00 | 53.60 | $ 30,055.00 |
| Claims Administration and Objections | 10.00 | $10,000.00 | 6.40 | $  8,020.00 |
| PSZJ Compensation | 5.00 | $5,000.000 | 1.10 | $  1,237.50 |
| Other Professional Compensation | 0.00 | $0.00 | 0.90 | $  1,002.50 |
| Employee Benefits/Pensions and KEIP/KERP | 10.00 | $15,000.00 | 20.20 | $ 27,300.00 |
| Contract and Lease Matters | 10.00 | $15,000.00 | 8.80 | $ 12,165.00 |
| Financial Filings | 0.00 | $0.00 | 4.00 | $  5,352.50 |
| Financing/Cash Collateral/Cash Management | 75.00 | $125,000.00 | 80.60 | $129,486.00 |
| General Business Advice | 0.00 | $0.00 | 1.10 | $  2,145.00 |
| General Creditors' Committee | 30.00 | $45,000.00 | 34.40 | $ 51,370.00 |
| Insurance Coverage | 0.00 | $0.00 | 0.90 | $  1,215.00 |
| Meetings of and Communications with Creditors | 5.00 | $5,000.0 | 0.50 | $    662.50 |
| Operations | 0.00 | $0.00 | 0.60 | $    810.00 |
| Plan and Disclosure Statement | 350.00 | $560,000.00 | 358.90 | $580,633.00 |
| Plan Implementation | 5.00 | $5,000.00 | 4.70 | $  7,802.50 |
| PSZJ Retention | 5.00 | $5,000.00 | 8.50 | $  7,855.00 |
| Other Professional Retention | 30.00 | $40,000.00 | 41.90 | $ 49,440.50 |
| Stay Litigation | 5.00 | $5,000.00 | 0.40 | $    725.00 |
| Tax Issues | 0.00 | $0.00 | 0.80 | $  1,080.00 |
| Travel | 10.00 | $10,000.00 | 13.00 | $ 11,212.50 |
| **Total** | **1,185.00** | **$1,700,000.00** | **1,136.60** | **$1,680,684.50** |

| | |
|---|---|
| Case Name: | Azzur Group Holdings LLC |
| Case Number: | 25-10342 (KBO) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 11/18/2025 |
| Interim or Final | Final |

---

[1] If applicable.

4915-1835-8135.2 06063.00002

# EXHIBIT D-2

**Summary of Expense Reimbursement Requested by Category**

4915-1835-8135.2 06063.00002

**EXHIBIT D-2**

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

(*See* Guidelines C.8. for project category information.)

| Expense Category | Total Expenses |
|---|---|
| Attorney Service | $ 148.60 |
| Auto Travel Expense | $ 87.09 |
| Bloomberg | $ 134.60 |
| Working Meals | $ 142.67 |
| Delivery/Courier Service | $ 450.00 |
| Court Fees | $ 100.00 |
| Hotel Expense | $ 473.78 |
| Lexis/Nexis - Legal Research | $1,332.83 |
| Litigation Support Vendors | $ 150.00 |
| Pacer - Court Research | $ 322.40 |
| Postage | $ 9.12 |
| Reproduction Expense | $2,070.40 |
| Online Research | $2,668.75 |
| Transcript | $8,824.35 |
| **Total:** | **$16,914.59** |

Case Name: Azzur Group Holdings LLC

Case Number: 25-10342 (KBO)

Applicant's Name: Pachulski Stang Ziehl & Jones LLP

Date of Application: 11/18/2025

Interim or Final: Final