IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AZZUR GROUP HOLDINGS LLC, *et al.*,[1] | ) | Case No. 25-10342 (KBO) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: Docket No. 760** |

**CERTIFICATION OF NO OBJECTION REGARDING FIRST
AND FINAL APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR THE PERIOD FROM MARCH 19, 2025 THROUGH OCTOBER 21, 2025**

The undersigned hereby certifies that:

1. On November 18, 2025, Pachulski Stang Ziehl & Jones LLP ("PSZJ") filed the *First and Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel to the Official Committee of Unsecured Creditors, for the Period from March 19, 2025 through October 21, 2025* [Docket No. 760] (the "Application").

2. Objections to the Application were due on or before December 9, 2025 at 4:00 p.m. (the "Objection Deadline"). The undersigned has caused the Bankruptcy Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Application appears thereon. Additionally, no objections to the Application have been received by the undersigned counsel.

3. Accordingly, it is hereby respectfully requested that the proposed order attached hereto as **Exhibit A** be entered at the Court's convenience.

---

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.cases.stretto.com/Azzur. The Debtors' headquarters and the mailing address for the Debtors is 330 South Warminster Road, Suite 341, Hatboro, PA 19040.

DE:4899-3950-5536.1 06063.00002

| | |
|---|---|
| Dated:  December 10, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | <u>*/s/ Laura Davis Jones*</u><br>Laura Davis Jones (DE Bar No. 2436)<br>David M. Bertenthal (admitted *pro hac vice*)<br>Peter J. Keane (DE Bar No. 5503)<br>Edward A. Corma (DE Bar No. 6718)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>          dbertenthal@pszjlaw.com<br>          pkeane@pszjlaw.com<br>          ecorma@pszjlaw.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |